[Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br><br>*DeKalb County School District v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**DECLARATION OF DAVIS VAUGHN IN SUPPORT OF PLAINTIFF DEKALB COUNTY SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (SD MSJ No. 5)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang<br><br>Date: January 26, 2026<br>Time: 8:00 AM<br>Place: Courtroom 1, 4th Floor |

DECLARATION OF DAVIS VAUGHN SUPPORT OF PLAINTIFF DEKALB COUNTY SCHOOL DISTRICT'S TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (SD MSJ No. 5)

I, Davis Vaughn, declare under penalty of perjury:

1. I am an attorney duly admitted to practice law in Alabama and admitted *pro hac vice* in this Court. I am a Principal with the Beasley Allen Law Firm and am counsel for the Plaintiff DeKalb County School District. I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. I submit this Declaration in support of DeKalb County School District's Opposition to Defendants' Motion for Summary Judgment (SD MSJ No. 5) ("Motion"), filed concurrently with this Declaration.

3. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Sharon A. Hoover, Ph.D., dated May 16, 2025.

4. Attached as Exhibit 2 is a true and correct copy of relevant portions of the transcript from the deposition of Kishia Towns, Ph.D. on March 17, 2025.

5. Attached as Exhibit 3 is a true and correct copy of relevant portions of the transcript from the deposition of Deborah Moore-Sanders, Ph.D. on April 9, 2025.

6. Attached as Exhibit 4 is a true and correct copy of relevant portions of the transcript from the deposition of Darnell Logan, Ed.D. on April 16, 2025.

7. Attached as Exhibit 5 is a true and correct copy of relevant portions of the transcript from the deposition of Denise Revels on April 18, 2025.

8. Attached as Exhibit 6 is a true and correct copy of the Amended Expert Report of Sharon A. Hoover, Ph.D., dated June 20, 2025.

9. Attached as Exhibit 7 is a true and correct copy of relevant portions of the transcript from the deposition of Sharon A. Hoover, Ph.D. on August 12, 2025.

10. Attached as Exhibit 8 is a true and correct copy of the affidavit of Darnell Logan, Ed.D., executed on May 15, 2025.

11. Attached as Exhibit 9 is a true and correct copy of the following DeKalb document: DEKALB726964.

12. Attached as Exhibit 10 is a true and correct copy of the following DeKalb documents: DEKALB876954—DEKALB876956.

13. Attached as Exhibit 11 is a true and correct copy of relevant portions of the transcript from the deposition of Monika Davis on April 14, 2025.

14. Attached as Exhibit 12 is a true and correct copy of the affidavit of Monika Davis, executed on May 16, 2025.

15. Attached as Exhibit 13 is a true and correct copy of the following DeKalb documents: DEKALB2139358—DEKALB2139361.

16. Attached as Exhibit 14 is a true and correct copy of the Expert Report of Robert L. Klein, dated May 18, 2025.

17. Attached as Exhibit 15 is a true and correct copy of the Expert Report of Jeffrey E. Meyers, dated May 19, 2025.

18. Attached as Exhibit 16 is a true and correct copy of relevant portions of the transcript from the deposition of Norman Sauce, Ed.D. on April 15, 2025.

19. Attached as Exhibit 17 is a true and correct copy of the affidavit of Kishia Towns, Ph.D., executed on November 3, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: November 7, 2025

BY:   /s/ *Davis Vaughn*
       Davis Vaughn
       BEASLEY ALLEN CROW METHVIN
       PORTIS & MILES, P.C.
       234 Commerce Street
       Montgomery, AL 36103
       Tel.: 334-269-2343
       davis.vaughn@beasleyallen.com

DECLARATION OF DAVIS VAUGHN SUPPORT OF PLAINTIFF DEKALB COUNTY SCHOOL DISTRICT'S TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (SD MSJ No. 5)