# Exhibit 5

# PLAINTIFF DEKALB COUNTY SCHOOL DISTRICT'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CONFIDENTIAL

Page 1

1            UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE: SOCIAL MEDIA              ) Case No.
   ADOLESCENT ADDICTION/            ) 4:22-md-3047-YGR
5  PERSONAL INJURY PRODUCTS         )
   LIABILITY LITIGATION             ) MDL No. 3047
6                                   )
   _____)
7  This Document Relates to:        )
                                    )
8  DeKalb County School District    )
   v. Meta Platforms Inc., et al.   )
9                                   )
   Case No. 4:23-cv-05733-YGR       )
10 _____)

11

12     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

13

14 VIDEO-RECORDED FACT DEPOSITION AND RULE 30(B)(6)PMQ

15                      OF

16                 DENISE REVELS

17            Beasley Allen Law Firm

18       2839 Paces Ferry Road SE, Suite 400

19            Atlanta, Georgia  30339

20        Friday, April 18, 2025, 9:09 a.m.

21                   - - - -

22

23 Reported by:  Karen Kidwell, RMR, CRR

24

25

CONFIDENTIAL

```
                                                Page 2

 1   APPEARANCES:
 2   For the MDL Plaintiffs DeKalb County School District:
 3              BY: BURTON WALKER, ESQ.
                    DAVIS S. VAUGHN, ESQ.
 4                  JAMES LAMPKIN, ESQ. (Via Zoom)
               Beasley Allen Law Firm
 5             218 Commerce Street
               Montgomery, AL  36104
 6             334.495.1585
               burton.walker@beasleyallen.com
 7             davis.vaughn@beasleyallen.com
               james.lampkin@beasleyallen.com
 8
 9   For DCSD Plaintiffs:
10              BY: SAVANNAH LINER AVERA, ESQ.
                    General Counsel for DCSD
11                  JASMINE CHANDLER, ESQ. (Via Zoom)
               Hall Booth Smith, P.C.
12             191 Peachtree Street NE, Suite 2900
               Atlanta, GA  30303
13             404.954.6973
               savera@hallboothsmith.com
14             jchandler@hallboothsmith.com
15
16   For the Defendants TikTok, Ltd.; Tiktok, LLC;
     Tiktok, Inc.; ByteDance Ltd.; and ByteDance, Inc.:
17
               BY: ADAM REINKE, ESQ.
18                  MEGAN M. MICHELSEN, ESQ.
               King & Spalding
19             1180 Peachtree Street, N.E., Suite 1600
               Atlanta, GA  30309
20             404.572.2774
               areinke@kslaw.com
21             mmichelsen@kslaw.com
22
23
24
25   (Appearances continued on next page.)
```

CONFIDENTIAL

```
                                             Page  3

 1    APPEARANCES CONTINUED:
 2    For the Defendants Meta Platforms, Inc., f/k/a
      Facebook, Inc.; Facebook Holdings, LLC; Facebook
 3    Operations, LLC; Facebook Payments, Inc.; Facebook
      Technologies, LLC; Instagram, LLC; Siculus, Inc.;
 4    and Mark Elliot Zuckerberg:
 5              BY: DANA L. STRUEBY, ESQ.
                    MARTINA A. FLORIDO, ESQ.
 6              Shook, Hardy & Bacon L.L.P.
                2555 Grand Boulevard
 7              Kansas City, MO  64108
                816.559.2749
 8              dstrueby@shb.com
                mflorido@shb.com
 9
10    For the Defendant Snap:
11              BY: CAROLINE A. SPRAGUE, ESQ. (Via Zoom)
                Kirkland & Ellis LLP
12              1301 Pennsylvania Avenue, N.W.
                Washington, DC  20004
13              202.389.3398
                caroline.sprague@kirkland.com
14
15    For the Defendants Alphabet Inc., Google LLC, and
      YouTube LLC:
16
                BY: ANNIE E. SHOWALTER, ESQ. (Via Zoom)
17              Williams & Connolly LLP
                680 Maine Avenue SW
18              Washington, DC  20024
                202.434.5841
19              ashowalter@wc.com
20
21
22    Also Present:
23         Erik Nelson, Videographer
24         Dan Lawlor, Document Technician
25
```

CONFIDENTIAL

Page 4

1                    I N D E X

2    WITNESS/EXAMINATION                              Page

3    DENISE REVELS

4      By Mr. Reinke                                  7

5      By Mr. Walker                                  217

6

7

8

9

10                  E X H I B I T S

11     Number            Description              Page

12   DeKalb-Revels Exhibit 1  .......................8

                 Defendants' Amended Notice of

13               Oral and Videotaped Deposition

                 of Denise Revels; Request for

14               Production of Documents

15   DeKalb-Revels Exhibit 2  .......................9

                 Denise Revels, Ed.S., LCSW

16               Curriculum Vitae

17   DeKalb-Revels Exhibit 3  ......................11

                 Denise Revels End of Year

18               Evaluation for 2023

19   DeKalb-Revels Exhibit 4  ......................23

                 Plaintiff Fact Sheet - School

20               Districts

21   DeKalb-Revels Exhibit 5  .....................103

                 E-mail chain, top e-mail

22               10/25/2020, Denise Revels to

                 Deborah Moore-Sanders,

23               Confidential, Bates

                 DEKALB027540-541

24

25

CONFIDENTIAL

```
 1            E X H I B I T S (Cont'd)
 2    Number        Description              Page
 3    DeKalb-Revels Exhibit 6  ....................105
                Addressing the Mental Health
 4              Needs of Students/Staff and
                Parents, DeKalb County School
 5              District, Confidential, Bates
                DEKALB027542-544
 6
      DeKalb-Revels Exhibit 7  ....................113
 7              4/30/2020 E-mail Denise Revels
                to Denise Revels,
 8              Confidential, Bates
                DEKALB059369
 9
      DeKalb-Revels Exhibit 8  ....................113
10              Document starts with "School
                social Workers", Confidential,
11              Bates DEKALB059370
12    DeKalb-Revels Exhibit 9  ....................125
                E-mail chain, top e-mail
13              2/1/2021 Kishia towns to
                Deborah Moore-Sanders and
14              others, Confidential, Bates
                DEKALB622429-430
15
      DeKalb-Revels Exhibit 10  ...................156
16              Chart What's in the SAFE
                Center?
17
      DeKalb-Revels Exhibit 11  ...................159
18              Academic Report Document
                September 2023, Mrs. Michelle
19              Dillard, Chief of Schools,
                Confidential, Bates
20              DEKALB053180-226
21    DeKalb-Revels Exhibit 12  ...................185
                1/14/2022 E-mail, Deborah
22              Moore-Sanders to Cheryl
                Watson-Harris and others,
23              Confidential, Bates
                DEKALB-063308
24
25
```

Page 6

1                  E X H I B I T S (Cont'd)

2      Number            Description                    Page

3   DeKalb-Revels Exhibit 13  ....................188

4                  Division of Equity and Student

                   Empowerment, Staff to Student

                   Ratios for School

5                  Psychologists and School

                   Social Workers, Confidential,

6                  Bates DEKALB063309-331

7

8

9

10

11

12

13

14

15

16

17

18

19

20   REPORTER'S NOTE: All quotations from exhibits

21   are reflected in the manner in which they

22   were read into the record and do not

23   necessarily indicate an exact quote from the

24   document.

25

CONFIDENTIAL

Page 7

1          ATLANTA, GEORGIA, FRIDAY, APRIL 18, 2025
2                    P R O C E E D I N G S
3                         - - -
4          VIDEOGRAPHER:  Good morning.  We are now
5     going on the record.
6          My name is Erik Nelson, and I'm a
7     videographer for Golkow, a Veritext division.
8     Today's date is April 18th, 2025, and the time
9     is 9:09 a.m.
10          This video deposition is being held at
11     2839 Paces Ferry Road SE in Atlanta, Georgia.
12     It's being taken in the matter of DeKalb County
13     School District vs. Meta Platform Incorporated,
14     et al., for the United States District Court,
15     Northern District of California.
16          Deponent today is Denise Revels.  Counsel
17     will be noted on the stenographic record.
18          The court reporter, Karen Kidwell, will
19     now swear in the witness.
20                    DENISE REVELS,
21    being first duly sworn, testified as follows:
22                    EXAMINATION
23    BY MR. REINKE:
24          Q.   Good morning.
25          A.   Good morning.

CONFIDENTIAL

Page 8

1          Q.    My name is Adam Reinke, and I'm one of the
2    attorneys for the Defendants in this case, and I'll
3    be taking your deposition this morning.
4               Can you please state your name for the
5    record?
6          A.    Denise Revels.
7          Q.    You are currently employed by the DeKalb
8    County School District, correct?
9          A.    Yes, I am.
10         Q.    What is your current position?
11         A.    I serve as the director of Wrap Around and
12   Student Support Services.
13         Q.    And how long have you been in that
14   position?
15         A.    Since 2022.
16         Q.    I'm going to show you a document that
17   we'll mark as Exhibit 1, which is Tab 1.
18         (DeKalb-Revels Exhibit 1 was marked for
19   identification.)
20   BY MR. REINKE:
21         Q.    If you could please take a moment to
22   review the document that I've marked as Exhibit 1,
23   and tell me if you recognize it.
24         A.    Yes, I do.
25         Q.    What is Exhibit 1?

```
                                                   Page 9
 1         A.    This is the notice that I was provided
 2    with.
 3         Q.    For your deposition today?
 4         A.    Yes.
 5         Q.    And if you turn to page 6, there's a page
 6    with a heading on the top that says "Exhibit A."  Do
 7    you see that?
 8         A.    Yes.
 9         Q.    And do you understand that this is a list
10    of documents that Defendants requested that you
11    search for and produce, either before or at your
12    deposition?
13         A.    Yes.
14         Q.    And did you provide any documents -- did
15    you search for any documents on this list?
16         A.    Yes.
17         Q.    And did you provide the documents that you
18    found to your attorneys?
19         A.    Yes.
20         Q.    I'm going to show you a document that
21    we'll mark as Exhibit 2, which is Tab 75.
22         (DeKalb-Revels Exhibit 2 was marked for
23    identification.)
24    BY MR. REINKE:
25         Q.    If you could please take a moment to
```

CONFIDENTIAL

Page 10

```
1    review the document I've marked as Exhibit 2, and
2    tell me if you recognize it.
3            A.    Yes.
4            Q.    And what is this document?
5            A.    My résumé.
6            Q.    Is this a document that you provided to
7    your attorneys in advance of your deposition?
8            A.    Yes.
9            Q.    And you provided it so your attorneys
10   could produce it to Defendants?
11           A.    Yes.
12           Q.    Did you personally draft this document?
13           A.    Yes.
14           Q.    And when was the last time you updated
15   this résumé?
16           A.    I can't recall.
17           Q.    Was it within the last two years?
18           A.    Yes.
19           Q.    We can set that aside for the moment.
20                 Next I'm going to show you a document that
21   we'll mark as Exhibit 3.  And this is Tab 80.  I
22   don't have a printed copy of this document, so it
23   will just be on your screen.
24           (DeKalb-Revels Exhibit 3 was marked for
25   identification.)
```

CONFIDENTIAL

Page 11

1           MR. REINKE:  Can you zoom in on that a
2       little bit?
3   BY MR. REINKE:
4       Q.   And if you could please take a moment to
5   review the document that is on your screen, which
6   we've marked as Exhibit 3.
7           If you'd like, we can scroll through the
8   document as well.  Tell me if you'd like to scroll
9   through the document.
10      A.   No.
11      Q.   Okay.  Do you recognize this document that
12  we've marked as Exhibit 3?
13      A.   Yes.
14      Q.   And is this a document that you provided
15  to your attorneys to produce to Defendants in advance
16  of your deposition?
17      A.   Yes.
18      Q.   And what is this document?
19      A.   My end-of-the-year evaluation.
20      Q.   For which year?
21      A.   2023, the year ending.
22      Q.   And at the top it says "DKES Employee
23  End-Of-Year Assessment."  Do you know what "DKES" is?
24      A.   I can't -- I cannot recall the exact . . .
25      Q.   Okay.  Was this an evaluation that was

CONFIDENTIAL

Page 12

1    done of you in connection with your employment by the

2    DeKalb County School District?

3          A.    Yes, it was.

4          Q.    Was there one person who performed your

5    evaluation, or more than one person?

6          A.    One person.

7          Q.    And who was that?

8          A.    Kishia Towns.

9          Q.    And what is Kishia Towns' position?

10         A.    She's the chief of Wrap Around.

11         Q.    Is she your direct supervisor?

12         A.    Yes, she is.

13         Q.    Are you represented by any attorneys at

14   this deposition?

15         A.    Yes, I am.

16         Q.    You are represented by the attorneys from

17   Beasley Allen who are present here today?

18         A.    Yes, I am.

19         Q.    Have you been deposed before?

20         A.    No, I have not.

21         Q.    Have you ever testified in court before?

22         A.    Yes, I have.

23         Q.    How many times have you testified in

24   court?

25         A.    Approximately 40.

CONFIDENTIAL

Page 13

1        Q.    When was the most recent time that you
2   testified in court?
3        A.    2020.
4        Q.    Was that in connection with your
5   employment by the DeKalb County School District?
6        A.    No, it was not.
7        Q.    Has any time that you testified in court
8   been in connection with your employment with the
9   DeKalb County School District?
10        A.    Not that I can recall.
11        Q.    Has any of your testimony in court, to
12   your recollection, related to social media?
13        A.    No.
14        Q.    Has any of your testimony in court, to
15   your recollection, related to student mental health
16   issues?
17        A.    Yes, it has.
18        Q.    Okay.  Were these students of the DeKalb
19   County School District or some other school district?
20        A.    Some other school district.
21        Q.    And what school district was that?
22        A.    Atlanta Public Schools.
23        Q.    Has any of your testimony in court related
24   to student mental health for DeKalb County School
25   District students?

CONFIDENTIAL

Page 14

1          A.    I have not testified in court as an
2     employee of DeKalb County School District.
3          Q.    Okay.  So now none of your testimony has
4     related to student mental health at DeKalb County
5     School District?
6          A.    I have not testified in court as a
7     representative of DeKalb County School District.
8          Q.    Right.  And what I'm trying to understand
9     is if you have testified in court in any other
10    capacity, in any way that's related to the mental
11    health of DeKalb County School District students.
12         A.    I can't recall.
13         Q.    Okay.  You testified that -- you testified
14    that you testified in court approximately 40 times.
15    Were most of these times in connection with your
16    employment at Atlanta Public Schools?
17         A.    Yes.
18         Q.    And generally speaking, what type of court
19    testimony did you give in connection with your
20    employment at Atlanta Public Schools?
21         A.    Testimony regarding truancy and child
22    welfare concerns.
23         Q.    Are there any other subject areas that you
24    can recall testifying about as an employee of Atlanta
25    Public Schools?

CONFIDENTIAL

1        A.    No.

2        Q.    Have you ever given testimony before a

3    legislature or legislative committee?

4        A.    Yes, I have.

5        Q.    Okay.  How many times?

6        A.    Once.

7        Q.    And when was that?

8        A.    I can't recall the date.

9        Q.    Was it within the last ten years?

10       A.    I can't recall the date.

11       Q.    Did the -- do you recall what legislature

12   or legislative committee you testified before?

13       A.    The education committee.

14       Q.    And was that for like the Georgia

15   legislature?

16       A.    Yes.

17       Q.    Was this during the time that you were

18   employed by the DeKalb County School District?

19       A.    No, it was not.

20       Q.    It was during the time you were employed

21   by Atlanta Public Schools?

22       A.    Yes, it was.

23       Q.    Do you recall generally what the subject

24   of your testimony was?

25       A.    Yes.

CONFIDENTIAL

Page 16

1      Q.   What was it?

2      A.   It was a -- in regards to advocating to

3 increase the number of school social workers across

4 the state of Georgia, to address mental health

5 concerns in schools.

6      Q.   Do you recall mentioning social media at

7 all during your testimony?

8      A.   No.

9      Q.   Have you ever testified at any

10 administrative hearing?

11      A.   No.

12      Q.   Did you do anything to prepare for your

13 deposition today?

14      A.   I met with the attorneys.

15      Q.   Other than meeting with your attorneys,

16 did you do anything else to prepare for your

17 deposition today?

18      A.   No, I did not.

19      Q.   How many times did you meet with your

20 attorneys to prepare for your deposition?

21      A.   Six times.

22      Q.   Okay.  And when, approximately, was the

23 first time?

24      A.   The end of February.

25      Q.   Was that meeting in person?

Page 17

1        A.    Yes, it was.

2        Q.    Approximately how long did that last?

3        A.    About one hour.

4        Q.    When was the next time, approximately,

5    that you -- that you met with your attorneys to

6    prepare for your deposition?

7        A.    In March.

8        Q.    And was that meeting in person?

9        A.    No, it was not.

10        Q.    Was it virtual?

11        A.    Yes, it was.

12        Q.    Approximately how long was that meeting?

13        A.    About an hour.

14        Q.    When was the third time that you met with

15    your attorneys to prepare for your deposition?

16        A.    March.

17        Q.    Was that a virtual meeting?

18        A.    Yes, it was.

19        Q.    And approximately how long did that

20    meeting last?

21        A.    About an hour and a half.

22        Q.    When was the fourth time that you met with

23    your attorneys to prepare for your deposition?

24        A.    Early April.

25        Q.    Was that also a virtual meeting?

CONFIDENTIAL

Page 18

1          A.    Yes, it was.

2          Q.    And approximately how long did that

3    meeting last?

4          A.    About an hour and a half.

5          Q.    When was the fifth time that you met with

6    your attorneys to prepare for your deposition?

7          A.    In April.

8          Q.    Do you recall when in April?

9          A.    Yesterday.

10         Q.    And was that an in-person meeting?

11         A.    Yes, it was.

12         Q.    Approximately how long did that meeting

13   last?

14         A.    About three hours.

15         Q.    And when was the sixth time that you met

16   with your attorneys to prepare for your deposition?

17         A.    This morning.

18         Q.    And was that in person?

19         A.    Yes.

20         Q.    And approximately how long did you meet

21   with your attorneys this morning to prepare for your

22   deposition?

23         A.    About 30, 40 minutes.

24         Q.    Other than the meetings that you've just

25   testified about, have you done anything else to

```
1    prepare for your deposition?
2          A.    No, I have not.
3          Q.    Did you review any documents to prepare
4    for your deposition?
5          A.    No, I have not.
6          Q.    Did you bring any documents with you to
7    your deposition today?
8          A.    No, I did not.
9          Q.    Did you bring with -- any -- did you bring
10   any notes with you to your deposition today?
11         A.    No, I did not.
12         Q.    Did you meet with anybody other than your
13   attorneys to prepare for your deposition?
14         A.    No, I did not.
15         Q.    Have you discussed your deposition with
16   anybody other than your attorneys?
17         A.    No, I have not.
18         Q.    Have you discussed your deposition with
19   any other DeKalb County School District employees?
20         A.    No, I have not.
21         Q.    Have you reviewed any transcripts of any
22   depositions that have been taken in this case?
23         A.    No, I have not.
24         Q.    Have you spoken with any former or current
25   employees of the DeKalb County School District who
```

CONFIDENTIAL

Page 20

1    have been deposed in this case about their

2    depositions?

3           A.    No, I have not.

4           Q.    You mentioned that Dr. Towns is your

5    direct supervisor?

6           A.    Yes.

7           Q.    Are you aware that Dr. Towns was deposed

8    in this case?

9           A.    Yes.

10          Q.    And during her deposition, Dr. Towns

11   testified that she met with you to prepare for her

12   deposition.  Do you recall that meeting?

13          A.    I provided data.

14          Q.    Okay.  Do you recall meeting with her to

15   prepare for her -- to prepare -- do you recall

16   meeting with her while she was preparing for her

17   deposition?

18          A.    We didn't have a meeting about the

19   deposition.

20          Q.    Okay.  But you recall providing data to

21   her?

22          A.    Yes.

23          Q.    Do you recall what data you provided?

24          A.    Social work referral data.

25          Q.    Anything else?

CONFIDENTIAL

Page 21

1          A.    SAFE Center cost data.

2          Q.    Okay.  And do you recall providing any

3    other data to Dr. Towns in advance of her deposition?

4          A.    No.

5          Q.    I understand you didn't meet with

6    Dr. Towns as she was preparing for her deposition.

7    Did you have any conversations with Dr. Towns about

8    her deposition before she was deposed?

9          A.    No, I did not.

10         Q.    You mentioned providing social work

11   referral data and SAFE Center cost data to Dr. Towns.

12   Did you provide any other documents to her in advance

13   of her deposition?

14         A.    Not that I can recall.

15         Q.    Did Dr. Towns ask you any questions about

16   the documents -- about the data that you provided to

17   her in advance of her deposition?

18         A.    No.

19         Q.    And how did you provide that data?

20         A.    Via e-mail.

21         Q.    Do you have an understanding of what the

22   allegations in this lawsuit are?

23         A.    Yes.

24         Q.    And what is your understanding of what the

25   allegations are?

CONFIDENTIAL

Page 22

1          A.    That social media has had an adverse

2     impact on students, K through 12 students, that has

3     caused a great deal of hardship for the School

4     District, because it has caused us to have to

5     continually and repeatedly redirect students and take

6     away from instructional time.  And it has caused an

7     increase in disciplinary concerns.

8          Q.    Did you gain an understanding of the

9     allegations in this lawsuit from any source other

10    than conversations with your lawyers?

11         A.    No, I did not.

12         Q.    When did you first become aware of this

13    lawsuit?

14         A.    In the summer of 2024.

15         Q.    Did you gain an understanding of the fact

16    that DeKalb County School District was participating

17    in this lawsuit from any source other than

18    conversations with lawyers?

19         A.    No, I did not.

20         Q.    Were you involved with the decision made

21    by the DeKalb County School District to participate

22    in this lawsuit?

23         A.    No, I was not.

24         Q.    Do you know who was?

25         A.    No, I don't.

CONFIDENTIAL

Page 23

1        Q.    Do you know when that decision was made?

2        A.    I do not.

3        Q.    Prior to the School District making the

4    decision to participate in this lawsuit, were you

5    involved with any -- were you involved in any

6    discussions about whether the School District should

7    participate in this lawsuit?

8        A.    No.

9        Q.    Do you know anybody who was involved in

10   those discussions?

11       A.    No.

12       Q.    Do you know -- well, that's fine.

13            Have you ever reviewed the complaint in

14   this litigation?

15       A.    I have not.

16       Q.    I'm going to show you a document that we

17   will mark as Exhibit 4, which is Tab 73.

18            (DeKalb-Revels Exhibit 4 was marked for

19   identification.)

20   BY MR. REINKE:

21       Q.    If you could please take a moment to

22   review the document that I've marked as Exhibit 4,

23   and let me know when you've completed your review.

24       A.    Okay.

25       Q.    You've reviewed the document?

CONFIDENTIAL

Page 24

1          A.    I have.

2          Q.    Have you seen this document before?

3          A.    No, I have not.

4          Q.    This document is titled "Plaintiff Fact

5    Sheet."  Is that a term that you have heard before,

6    to your recollection?

7          A.    No, I have not.

8          Q.    Okay.  If you flip to page 3 of this

9    document, under Section II, "Representative

10   Capacity," Question 7 says, "Name of individuals

11   completing this fact sheet."  And you are listed as

12   one of the individuals.  Is that correct?

13         A.    Yes.

14         Q.    Do you recall providing information to

15   your attorneys in connection with the Plaintiff fact

16   sheet?

17         A.    Yes.

18         Q.    Do you recall any specific information

19   that's reflected in this document that you personally

20   provided?

21         A.    Page 27.

22         Q.    Okay.  And page 27:  Are you referring to

23   the data in Question 38?

24         A.    Yes.

25         Q.    Okay.  And Question 38 says, "Describe the

CONFIDENTIAL

Page 25

1    portion of your student body receiving mental health

2    services in your district and how it has changed over

3    time since the 2017 through 2018 school year,

4    including approximate numbers and percentages if

5    available in any existing report, survey, analysis,

6    study or other document that provides an overview of

7    or describes student mental health services.  Note:

8    This question is not designed to require review of

9    underlying individual student records."

10          Did I read that correctly?

11       A.   Yes.

12       Q.   And then there are numbers reflected for

13   school year 2018 through school year 2024 year to

14   date.  Is that correct?

15       A.   Yes.

16       Q.   Did you provide the data that is listed

17   for each of those school years?

18       A.   Yes.

19       Q.   And how did you gather that data?

20       A.   Through our student information system,

21   which is Infinite Campus.

22       Q.   Did you gather this data by running a

23   search in Infinite Campus?

24       A.   Yes, I did.

25       Q.   And what do you recall searching for?

CONFIDENTIAL

1          A.    Social work referrals.

2          Q.    So is it your understanding that the data

3    reflected here reflects the total number of social

4    work referrals for the DeKalb County School District

5    for each of the school years that are listed?

6          A.    In the category of mental health.

7          Q.    Okay.  So -- so you limited your search of

8    social work referrals to the category of mental

9    health?

10          A.    Yes.

11          Q.    Within Infinite Campus, social work

12    referrals are broken down into specific categories.

13    Correct?

14          A.    Yes.

15          Q.    And one of those categories is mental

16    health?

17          A.    Yes.

18          Q.    Okay.  And so is it your understanding

19    that the data reflected in Question 38 of the

20    Plaintiff fact sheet is the number of social work

21    referrals for the category of mental health for the

22    DeKalb County School District for school years 2018

23    through 2024 year to date?

24          A.    Yes.

25          Q.    Underneath the data provided in

CONFIDENTIAL

Page 27

1    Question 38, there's a paragraph.  And that says,

2    "The decrease in students receiving services during

3    School Year '21 and School Year '22 could be

4    attributed to the District being on virtual learning

5    during COVID-19."

6              Did I read that first sentence correctly?

7         A.   Yes.

8         Q.   Did you personally draft that first

9    sentence?

10        A.   No.

11        Q.   Okay.  Do you know who did?

12        A.   No.

13        Q.   Do you agree with that sentence?

14        A.   Yes, I do.

15        Q.   And is that consistent with your review of

16   the data that you collected for Question 38?

17        A.   Yes.

18        Q.   And the next sentence says:  "The increase

19   during School Year '23 could be attributed to the use

20   of electronic technology as a major form of

21   communication by students through social media

22   platforms and less opportunity to communicate in

23   person while enhancing their social awareness skills,

24   self-awareness skills, responsible decision-making,

25   relationship building, and self-management."

CONFIDENTIAL

Page 28

1              Did you personally draft that sentence?

2       A.   No.

3       Q.   Do you know who did?

4       A.   No.

5       Q.   Do you remember -- did you -- or do you

6  recall analyzing the social work referral data that

7  you pulled from Infinite Campus to determine why

8  there was an increase in the number of social work

9  referrals in the category of mental health from the

10  school year 2022 to the school year 2023?

11              MR. WALKER:  Object to form.

12              THE WITNESS:  Can you rephrase that?

13  BY MR. REINKE:

14       Q.   Yeah.  Did you analyze the data that you

15  pulled from Infinite Campus, that's reflected in the

16  answer to Question 38, to determine why there was an

17  increase in social work referrals for the category of

18  mental health from school year 2022 to school year

19  2023?

20              MR. WALKER:  Object to form.

21              THE WITNESS:  I didn't -- am I --

22  BY MR. REINKE:

23       Q.   Yeah.  The question is, did you analyze

24  it?

25              MR. WALKER:  You can answer.

CONFIDENTIAL

Page 29

1          THE WITNESS:  Oh.

2          No.

3   BY MR. REINKE:

4      Q.   Okay.  So you -- you did not analyze the

5   data to determine why there was that increase?

6      A.   No.

7      Q.   Other than the data that we've looked at

8   in response to Question 38 of the Plaintiff fact

9   sheet, is there any other information that you recall

10  providing to your attorneys that's reflected in this

11  Plaintiff fact sheet?

12     A.   On page 8.

13     Q.   Okay.

14     A.   Number 13.

15     Q.   Okay.  And -- and question -- just to be

16  clear, you recall providing the data that's reflected

17  in response to Question 13 to your attorneys in

18  connection with the completion of the Plaintiff fact

19  sheet?

20     A.   The most recent -- the most recent years.

21  The most recent two years.

22     Q.   Okay.  So you recall providing the data

23  for the 2023 through 2024 school year and the 2022

24  through 2023 school year, correct?

25     A.   Yes.

CONFIDENTIAL

Page 30

1          Q.    But you do not recall providing the data

2     in the answer to Question 13 for the earlier school

3     years; is that correct?

4          A.    That's correct.

5          Q.    Question 13 says, "Provide the total

6     number of on-campus health care workers (for example,

7     social workers, nurses, psychologists, psychiatrists,

8     counselors, et cetera) employed by the District from

9     2017 through 2018 to present or to the year for which

10    data is most currently available (specified as FTE if

11    available), as well as the total number of volunteers

12    in these positions, if any."

13              Did I read that correctly?

14         A.    Yes.

15         Q.    And -- and you provided the data for the

16    school year of 2023 through 2024 that reflects 554

17    on-campus health care workers during that school

18    year, correct?

19         A.    Yes.

20         Q.    Do you recall how you determined that

21    there were 554 on-campus health care workers for the

22    school year 2023 through 2024?

23         A.    Yes.

24         Q.    And how did you determine that?

25         A.    I looked at records that I had and

CONFIDENTIAL

Page 31

1   contacted HR.

2        Q.    Okay.  What records did you look at?

3        A.    Records that reflected the names of

4   employees.

5        Q.    And then you said you also contacted HR?

6        A.    Yes.

7        Q.    Do you recall who you contacted?

8        A.    No.

9        Q.    Do you recall what you asked HR?

10       A.    Confirm the number of counselors.

11       Q.    You mention the number of counselors.

12   Does this number, 554, reflect only the number of

13   counselors?  Or does it reflect other positions

14   within the DeKalb County School District as well?

15       A.    It reflects other positions as well.

16       Q.    What is your understanding of the

17   positions that are counted in that number?

18       A.    The social workers, nurses, psychologists,

19   and counselors.

20       Q.    Does it include psychiatrists?

21       A.    We do not have any psychiatrists.

22       Q.    You also provided the data in response to

23   Question 13, stating that there were 512 on-campus

24   health care workers for the year 2022 through 2023,

25   correct?

CONFIDENTIAL

Page 32

1          A.    Yes.

2          Q.    Do you recall how you determined that

3    number?

4          A.    Yes.

5          Q.    How did you determine that number?

6          A.    I looked at the rosters of employees and

7    the positions.

8          Q.    Were those like hard copy documents that

9    you had in your office?

10         A.    Yes.

11         Q.    Other than looking at those rosters, is

12   there anything else you did to determine that number?

13         A.    I contacted HR as well.

14         Q.    Was that just to verify that the data you

15   had was accurate?

16         A.    Yes.

17         Q.    And does that number, 512, also include

18   social workers, nurses, psychologists, and

19   counselors?

20         A.    Yes.

21         Q.    Does it include any other positions in

22   addition to those?

23         A.    No.

24         Q.    All right.  Do you recall providing any

25   other data to your attorneys that is reflected within

Page 33

1   this Plaintiff fact sheet?

2         A.    The information on page 10, Number 15.

3         Q.    Okay.  And page 10, Number 15, says,

4   "Other than health care workers identified above,

5   does the District have other employees who provide

6   mental health services?  If yes, provide the total

7   number of such employees from 2017 through 2018 to

8   present or to the year for which data is most

9   currently available and their positions (specified as

10  FTE if available), as well as the total number of

11  volunteers in these positions, if any."

12        And then for the 2023 through 2024

13  school year, the response reflects that there were

14  9 employees.  Correct?

15        A.    Yes.

16        Q.    Is that the data that you provided?

17        A.    Yes.

18        Q.    And do you recall where you got that data?

19        A.    From notes that I had in my office.

20        Q.    Was there any other source?

21        A.    No.

22        Q.    Did you verify that data with HR?

23        A.    Yes.

24        Q.    And then the column on the far right

25  indicates that the 9 employees consist of 3 mental

CONFIDENTIAL

```
 1    health specialists and 6 mental health coordinators.
 2    Correct?
 3         A.   Yes.
 4         Q.   Was that data that you also got from notes
 5    in your office?
 6         A.   Yes.
 7         Q.   And did you also verify that data with HR?
 8         A.   Yes.
 9         Q.   What is a mental health specialist?
10         A.   A mental health specialist is a
11    professional that provides services to students
12    within the school, direct services to students in the
13    school.  It can be individual or group services
14    regarding mental health concerns.
15         Q.   Okay.  And -- and when you say "direct
16    services," what do you mean by that?
17         A.   They may meet with the student directly.
18         Q.   Like a counseling-type session?
19         A.   A supportive therapeutic-type session.
20         Q.   Do mental health specialists have any
21    other job responsibilities besides providing direct
22    services to students in schools?
23         A.   No.
24         Q.   And prior to the 2023 through 2024 school
25    year, did DeKalb County School District, to your
```

CONFIDENTIAL

Page 35

1   knowledge, employee any mental health specialists?

2          A.    No.

3          Q.    For the 2024 through 2025 school year, so

4   the current school year, do you know if the DeKalb

5   County School District employs any mental health

6   specialists?

7          A.    Yes, we do.

8          Q.    And how many mental health specialists

9   does the DeKalb County School District employ for the

10  2024 through 2025 school year?

11         A.    I do not know the exact number.

12         Q.    Do you know if it's more than three?

13         A.    Yes, it is.

14         Q.    Do you know if it's more than ten?

15         A.    No, it's not.

16         Q.    Okay.  The chart in the Plaintiff fact

17  sheet also refers to 6 mental health coordinators.

18  What is a mental health coordinator?

19         A.    A mental health coordinator is a

20  professional that provides mental health support to a

21  specific area of schools.  So they're assigned to

22  numerous schools.

23         Q.    Is a mental health specialist assigned to

24  a particular school?

25         A.    Yes.

CONFIDENTIAL

1      Q.   Okay.  And there are only three mental

2   health -- or at least at the time, 2023 through 2024

3   school year, there were only 3 mental health

4   specialists employed by the DeKalb County School

5   District, correct?

6      A.   Yes.

7      Q.   So were there only three schools where

8   mental health specialists provided services during

9   that school year?

10      A.   Yes.

11      Q.   Okay.  And do you know what those three

12   schools were?

13      A.   No.

14      Q.   Do you know how those three schools were

15   chosen?

16      A.   The principal was able to use their FTE.

17      Q.   And when you say "able to use their FTE,"

18   what do you mean by that?

19      A.   The principal had options of how to use

20   an FTE, and they could decide what they wanted to use

21   it for.  And those principals opted to use it to hire

22   a mental health specialist.

23      Q.   And "FTE" is full-time employee?

24      A.   Full-time equivalent.

25      Q.   Going back to the mental health

CONFIDENTIAL

Page 37

1  coordinators:  Mental health coordinators, you

2  testified, are assigned to a particular area, so they

3  support mental schools -- multiple schools, correct?

4       A.   Yes.

5       Q.   And in the 2023 through 2024 school year,

6  there were six mental health coordinators?

7       A.   Yes.

8       Q.   Do mental health coordinators provide

9  direct services to students?

10       A.   Occasionally.

11       Q.   And what would those direct -- direct

12  services include?

13       A.   They can provide brief supportive

14  counseling, if there's an acute crisis.

15       Q.   Do mental health coordinators have any job

16  responsibilities other than providing direct services

17  to students?

18       A.   Yes.

19       Q.   What are those job responsibilities?

20       A.   They provide mental health-type trainings,

21  like mental health first-aid trainings, Connections

22  Matter trainings.  So various types of trainings

23  related to mental health and wellness.

24       Q.   Do you have an estimate of approximately

25  what percentage of their time a mental health

CONFIDENTIAL

1  coordinator would spend doing supportive counseling

2  to students versus the training function that you

3  described?

4        A.    I do not.  I do not supervise them.

5        Q.    Who supervises them?

6        A.    The area superintendent.

7        Q.    And do you know who that is?

8        A.    There are seven area superintendents.

9  They each are assigned to different area

10 superintendents.

11       Q.    For the 2024 through 2025 school year,

12 does the DeKalb County School District employ any

13 mental health coordinators?

14       A.    Yes.

15       Q.    Do you know how many mental health

16 coordinators the DeKalb County School District

17 employs for the current school year?

18       A.    Seven.

19       Q.    Okay.  Is there any other data that's

20 reflected in this Plaintiff fact sheet that you

21 provided?

22       A.    Yes.  On page 11, Number 16.

23       Q.    Okay.  And Question 16 says, "Provide the

24 total number of health care workers, (e.g., social

25 workers, nurses, psychologists, psychiatrists,

CONFIDENTIAL

Page 39

1    counselors), employed by the District whose primary

2    responsibilities include addressing student mental

3    health issues from 2017 through 2018 to present or to

4    the year for which data is most currently available

5    and their positions (specified as FTE if available),

6    as well as the total number of volunteers in these

7    positions, if any."

8            Did I read that correctly?

9        A.    Yes.

10       Q.    And you -- did you provide the data for

11   all of the school years that are reflected in this

12   chart, or only some of the years?

13       A.    Only some.

14       Q.    And which years did you provide the data

15   for?

16       A.    2022-23 and '23-24.

17       Q.    Okay.  And this is the same data as the --

18   as the data that's reflected in response to

19   Question 13, correct?

20       A.    It appears to be.

21       Q.    Okay.  Is there any other data reflected

22   in this Plaintiff fact sheet that you provided?

23       A.    No.

24       Q.    Other than providing the data that we've

25   discussed, did you assist with completing this

Page 40

1    Plaintiff fact sheet in any other way?

2        A.    No.

3        Q.    Okay.  I want to draw your attention back

4    to page 3, Question 7:  "Name of individuals

5    completing this fact sheet."

6              And we've already talked about Dr. Towns.

7    We talked about you.  Larry Wright is also listed.

8    Do you know who Larry Wright is?

9        A.    Yes.

10       Q.    And what is his position?

11       A.    He's a police officer with our Public

12   Safety Office.

13       Q.    Okay.  If you could, please, turn to

14   page 15.

15             And Question 21 on page 15 says:  "To the

16   extent not listed above, identify the persons,

17   including their title/position, in your district most

18   knowledgeable about student mental health issues from

19   the 2017-2018 school year to the present."

20             You are identified under Question 21.  Do

21   you see that?

22       A.    Yes.

23       Q.    Would you agree that you are the most

24   knowledgeable person in the District about student

25   mental health issues from the 2017 through 2018

CONFIDENTIAL

Page 41

1    school year to the present?

2         A.    Yes.

3              MR. WALKER:   Object to form.

4    BY MR. REINKE:

5         Q.    And then if we flip to the next page,

6    there's a heading at the top that's called "Damages."

7    You see that?

8         A.    Yes.

9         Q.    And Question 22 says, "State generally in

10   what way or how you claim you have been damaged by

11   each Defendant's alleged acts at issue in this

12   lawsuit and approximately when that injury began."

13             If you could please take a moment to read

14   the paragraphs listed under Question 22, and let me

15   know when you've completed that.

16        A.    Okay.

17        Q.    Did you write those paragraphs?

18        A.    No, I do not -- I did not.

19        Q.    Do you know who did?

20        A.    No.

21        Q.    Okay.  And then if you could flip to

22   Question 23 on the next page.

23             It says, "Are you seeking monetary

24   damages?

25             "Choose your answer (Yes/No)."

CONFIDENTIAL

Page 42

```
 1            It says "Yes."
 2            "If yes, identify each category of damages
 3   or monetary relief that you allege."
 4            Could you please take a moment to read
 5   that paragraph, and tell me when you've completed
 6   that.
 7        A.   Okay.
 8        Q.   Did you write that paragraph?
 9        A.   No.
10        Q.   Do you know who did?
11        A.   No.
12        Q.   Okay.  I want to draw your attention back
13   to the document we previously marked as Exhibit 2
14   which is your résumé.
15            Okay.  And I want to start by talking
16   about your education.  So that's listed on the third
17   page of your résumé.
18            So after high school, the first degree
19   that you obtained was a Bachelor of Arts; is that
20   correct?
21        A.   Yes.
22        Q.   You obtained that degree from Hampton
23   University?
24        A.   Yes.
25        Q.   And you studied sociology and criminal
```

CONFIDENTIAL

Page 43

1  justice?

2      A.    Yes.

3      Q.    Do you recall when you obtained that

4  degree?

5      A.    1991.

6      Q.    Okay.  And then you obtained a master of

7  social work from New York University, studying

8  children and youth.  Correct?

9      A.    Yes.

10      Q.    When did you obtain that degree?

11      A.    1993.

12      Q.    Okay.  And then you obtained a specialist

13  degree in educational leadership from the University

14  of Georgia in educational administration and policy,

15  correct?

16      A.    Yes.

17      Q.    When did you obtain that degree?

18      A.    I recall 2013.

19      Q.    Have you obtained any degrees after high

20  school that are not reflected on your résumé?

21      A.    No.

22      Q.    Now, turning to your work experience on

23  your résumé, looks like your first position listed is

24  a family service coordinator, from July of 1994

25  through August of 1995.  Is that correct?

CONFIDENTIAL

Page 44

1          A.    Yes.

2          Q.    And at that time, you were employed by the

3    Institute for Family Centered Services in Atlanta?

4          A.    Yes.

5          Q.    What is the Institute for Family Centered

6    Services?

7          A.    It was a family preservation agency.

8          Q.    Okay.  And what is a family preservation

9    agency?

10         A.    It's an agency that provides services in

11   order to maintain the integrity of a family, and

12   provide reunification services in case there was a

13   separation where a child was placed in foster care.

14         Q.    And you were a family service coordinator

15   for that agency?

16         A.    Yes.

17         Q.    What were your job duties as a family

18   service coordinator?

19         A.    To assess the needs of the family, provide

20   counseling and therapeutic-type services, supervise

21   visits, and provide recommendations to DFCS --

22         Q.    And --

23         A.    -- testify in court hearings, and serve as

24   part of a team.

25         Q.    Thank you.  And I didn't mean to cut you

CONFIDENTIAL

Page 45

1    off; I thought you were finished.

2            You mentioned "DFCS."  What is that?

3        A.    The Department of Family and Children

4    Services.

5        Q.    Is that a State of Georgia agency?

6        A.    Yes, it is.

7        Q.    After -- well, when you were a family

8    service coordinator, you did not work in a school,

9    correct?

10        A.    That's correct.

11        Q.    Okay.  And then after you were a family

12    service coordinator, you became employed as a school

13    social worker for Atlanta Public Schools?

14        A.    Yes.

15        Q.    And you began in that position in August

16    of 1995, correct?

17        A.    Yes.

18        Q.    Was this the first position that you held

19    in a school or school district?

20        A.    Yes, it was.

21        Q.    Okay.  And you held that position from

22    August 1995 through June of 2009?

23        A.    Yes.

24        Q.    What were your job duties as a school

25    social worker for Atlanta Public Schools?

CONFIDENTIAL

Page 46

1          A.    To respond to child welfare concerns, and

2     to respond to referrals.  To provide supportive

3     counseling to students that exhibited mental health

4     concerns, including suicidal ideation, self-esteem

5     concerns, poor conflict resolution skills, anxiety,

6     depression, any school phobia -- any issues that

7     students presented with while at school that had an

8     adverse impact on their academic success.

9               I was responsible for leading committees

10    and teams while I was there.  I was also responsible

11    for taking truancy cases to court, filing the

12    complaints, responsible doing trainings around child

13    abuse and neglect.  And like I said, anything to do

14    with child welfare; so developing safety plans,

15    initiating projects, meeting with students

16    individually, meeting with their families, conducting

17    home visits, participating in multidisciplinary team

18    meetings.

19         Q.   You mentioned responding to child welfare

20    concerns as one your job duties.  When you say "child

21    welfare concerns," what do you mean by that?

22         A.   Typically child welfare concerns are

23    concerns that students may have around safety issues

24    presented to them, either at home or at school; cases

25    regarding maltreatment by an adult or another family

CONFIDENTIAL

Page 47

1    member.

2         Q.   Okay.  And you said that your job duties

3    included responding to these concerns.  What do you

4    mean by "responding"?

5         A.   Interviewing.  Meeting with students

6    individually.  Meeting with their siblings

7    individually.  Meeting with the -- the maltreater in

8    certain instances.  And calling, making reports to

9    DFCS where needed.  Making -- or filing complaints

10   with juvenile court as needed.

11        Q.   When you refer to like "maltreatment" or

12   "maltreater," are you referring to child abuse?

13        A.   I am.

14        Q.   You also mentioned that part of your role

15   as a school social worker for the Atlanta Public

16   Schools was providing supportive counseling.  How did

17   you do that?

18        A.   I did that in one-on-one sessions, and

19   hosting groups for students that may have been

20   grieving the loss of a family member, or students

21   that may have had some conflict resolution

22   skill-building needs, poor self-esteem.  So just

23   facilitating direct services-type interactions with

24   students.

25        Q.   And obviously you had a number of duties

CONFIDENTIAL

Page 48

1   when you were a school social worker.  Can you

2   estimate approximately what percentage of your time

3   you spent doing this supportive counseling that you

4   describe?

5        A.   80 percent.

6        Q.   And of that 80 percent of your time, that

7   was split between like one-on-one sessions and group

8   sessions; is that right?

9        A.   Right, meeting the students individually,

10  yeah.

11       Q.   Right.  What -- what percentage of your

12  time would you estimate was spent meeting with

13  students individually?

14       A.   About 70 percent of that.

15       Q.   Okay.  And what percentage of your time

16  was spent meeting with students in groups?

17       A.   10 percent.

18       Q.   Okay.  On your résumé, the fifth bullet

19  point down indicates that you completed psychosocial

20  assessments as a school social worker.  What is a

21  psychosocial assessment?

22       A.   A psychosocial assessment looks at all the

23  surrounding factors that have an impact on a child's

24  life.  And so we look at family, look at the

25  community.  We look at school, at medical concerns.

CONFIDENTIAL

Page 49

1    If religion plays a role.

2              Anything that plays a role in the

3    development of that child and that family that can

4    possibly have an impact on their performance.

5         Q.   For what purpose are these psychosocial

6    assessments conducted?

7         A.   They were conducted as part of what was

8    then called the SST process, the student support team

9    process.  They were conducted as part of that process

10   when a child was referred to the SST process, and if

11   they needed further evaluation because there was a

12   suspected disability.

13        Q.   Okay.  So were these assessments conducted

14   in determining whether a student needed like an IEP

15   or a Section 504 plan?

16        A.   No, they -- well, they were conducted

17   to assist the psychologist in their testing to

18   determine if a child had a disability that would

19   warrant an IEP.

20        Q.   Okay.  Were they conducted for any other

21   purpose that you can recall?

22        A.   No, they were not.

23        Q.   And then it looks like in July of 2009,

24   you became coordinator for social work services for

25   Atlanta Public Schools, correct?

CONFIDENTIAL

Page 50

```
 1          A.    Yes.
 2          Q.    Was that a promotion from your role as
 3    school social worker?
 4          A.    Yes, it was.
 5          Q.    And you served in the position of
 6    coordinator for social work services for Atlanta
 7    Public Schools from July 2009 through June of 2016,
 8    correct?
 9          A.    Yes.
10          Q.    What were your job duties as coordinator
11    of social work services for Atlanta Public Schools?
12          A.    I provided leadership to the school social
13    work department.  I was responsible for personnel
14    matters, for hiring social workers, and providing
15    support and guidance, direction to them.  To provide
16    training to social workers.  I served as the -- the
17    LGBT liaison for the District.  And I served on
18    multidisciplinary teams.  I developed a sexual
19    assault prevention task force while I was there.  I
20    led the District attendance plan while I was there.
21    I became the trained deescalation facilitator while I
22    was there.  I managed budgets.  I prepared State
23    reports for the Georgia Department of Education.  I
24    also provided leadership to the homeless education
25    program, worked with the migrant program, the truancy
```

CONFIDENTIAL

1    prevention program.  I met with external and internal

2    community partners to develop programming for the

3    District, and managed budgets.

4         Q.   You mentioned developing programming for

5    the District.  What kind of programming did you

6    develop?

7         A.   Programming around supporting students.

8    And so like pregnancy prevention programming,

9    programming around sexual assault, the prevention of

10   sexual assault.  Increase awareness around child

11   abuse, particularly child sexual abuse.  Increase

12   awareness around suicide prevention.

13        Q.   Do you recall if you developed any

14   programming that was specifically focused on social

15   media?

16        A.   Social media presented itself as a concern

17   back when I was in Atlanta Public Schools.  And there

18   was -- there was several concerns that came up around

19   social media at the time, so we were able to address

20   that through our trainings around suicide prevention,

21   around safety.  So we were able to -- to discuss that

22   during that time.

23        Q.   Okay.  You mentioned that there was

24   several concerns around social media at this time,

25   when you were at Atlanta Public Schools.  What were

CONFIDENTIAL

Page 52

1  those concerns?

2      A.   We started noticing that students were

3  distracted in class.  We started noticing that it was

4  difficult to redirect students when they needed to be

5  redirected.  And we started noticing that we had an

6  increase in behavioral concerns.

7      Q.   And did you develop programming that

8  specifically addressed these concerns?

9      A.   We included the discussion around taking

10  precautions to prevent further problems.  And so we

11  incorporated that into trainings that we were doing.

12      Q.   Which trainings was that incorporated

13  into?

14      A.   Our suicide prevention training.

15      Q.   Any other trainings that you can recall?

16      A.   Our mental health first-aid training.

17      Q.   Anything else that you recall?

18      A.   No.

19      Q.   You said you incorporated things about

20  taking precautions into those trainings.  Do you

21  recall specific precautions that you trained people

22  on?

23      A.   Limiting time that was spent on social

24  media.

25      Q.   Any -- sorry.  Any others?

CONFIDENTIAL

1      A.   And just around not engaging in social

2   media to the point where it becomes a distraction

3   from the core work, which for us is teaching children

4   and increasing their academic capability.

5      Q.   Do you recall any other precautions that

6   you included in these trainings?

7      A.   Not during that time.

8      Q.   Okay.  In your role as coordinator for

9   social work services for Atlanta Public Schools,

10  during the time you held that position, did you

11  personally complete psychosocial assessments of

12  students?

13     A.   As the coordinator, I don't recall

14  completing them.  I recall reviewing.

15     Q.   In your role as coordinator, so just

16  during the time period you held that position, did

17  you personally provide supportive counseling to

18  students in Atlanta Public Schools?

19     A.   Yes, I did.

20     Q.   Okay.  And approximately how much -- what

21  percentage of your time in your role as coordinator

22  did you spend providing supportive counseling to

23  students?

24     A.   About -- about 25 percent of the time.

25     Q.   And did that include both one-on-one

CONFIDENTIAL

1    sessions and groups?

2          A.    It did.

3                MR. REINKE:  We've been going for about an

4          hour, so let's take a break and go off the

5          record.

6                VIDEOGRAPHER:  We're going off --

7                (Interruption.)

8                VIDEOGRAPHER:  We're going off the record

9          at 10:15.

10               (A recess transpired from 10:15 a.m. until

11               10:32 a.m.)

12               VIDEOGRAPHER:  We're back on the record

13          at 10:32.

14   BY MR. REINKE:

15         Q.    All right.  Ms. Revels, before the break

16   we were discussing your employment with Atlanta

17   Public Schools.  You left Atlanta Public Schools in

18   June of 2016, correct?

19         A.    Yes.

20         Q.    And then you became employed by DeKalb

21   County School District in July of 2016?

22         A.    Yes.

23         Q.    And at that time that you first became

24   employed by the DeKalb County School District, your

25   title was lead of social work services?

CONFIDENTIAL

Page 55

1      A.    Yes.

2      Q.    What was your job function when you were

3  lead of social work services for the DeKalb County

4  School District?

5      A.    I worked directly under the coordinator of

6  social work services, and so I provided support to

7  the social work department under the guidance of the

8  coordinator.

9      Q.    During your time as lead of social work

10  services for the DeKalb County School District, did

11  you conduct any psychosocial assessments of DeKalb

12  County School District students?

13      A.    No, I did not.

14      Q.    And during your time as lead of social

15  work services for the DeKalb County School District,

16  did you conduct any supportive counseling for DeKalb

17  County School District students?

18      A.    Yes, I did.

19      Q.    And about what percentage of your time,

20  when you were lead of social work services for the

21  DeKalb County School District, would you estimate

22  that you spent conducting supportive counseling for

23  DeKalb County School District students?

24      A.    About 15 percent.

25      Q.    You served as lead of social work services

CONFIDENTIAL

Page 56

1    for the DeKalb County School District from July of
2    2016 through July of 2017, correct?
3           A.   Yes.
4           Q.   And then in July of 2017, your title
5    changed to coordinator of social work services?
6           A.   Yes.
7           Q.   Did your job duties also change?
8           A.   Yes.
9           Q.   How so?
10          A.   In addition to what is listed below, I had
11   the additional responsibility for corrective actions
12   if a social worker did something that was against
13   school policy.
14          Q.   Okay.  Were there any other ways in which
15   your job changed when you became coordinator of
16   social work services?
17          A.   I completed evaluations.
18          Q.   Evaluations of social workers?
19          A.   Yes.
20          Q.   Any additional duties when you became
21   coordinator of social work services?
22          A.   No more additional duties.
23          Q.   You mentioned that when you became
24   coordinator of social work services, you gained
25   responsibility for corrective actions.  Would that be

CONFIDENTIAL

Page 57

```
 1   corrective actions for social workers who violated
 2   some sort of policy or, you know, did some other
 3   wrong?
 4        A.   Yes.
 5        Q.   Okay.  So that wasn't like corrective
 6   actions for students?
 7        A.   No.
 8        Q.   Okay.  As coordinator of social work
 9   services for the DeKalb County School District, did
10   you complete psychosocial assessments for DeKalb
11   County School District students?
12        A.   No.
13        Q.   And as coordinator of social work services
14   for the DeKalb County School District, did you do any
15   supportive counseling for DeKalb County School
16   District students?
17        A.   Yes.
18        Q.   And about what time -- what percentage of
19   your time as coordinator of social work services for
20   the DeKalb County School District would you estimate
21   that you spent providing supportive counseling for
22   DeKalb County School District students?
23        A.   About -- about 20 percent.
24        Q.   And if you could just briefly describe for
25   me the type of supportive counseling you did for
```

CONFIDENTIAL

Page 58

1  DeKalb County School District students in that role.

2       A.    I lead the District crisis team.  And so

3  when there's a death of a student or a staff member,

4  I have to gather the team together and go out to the

5  school to provide supportive counseling to students.

6       Q.    Okay.  Other than providing supportive

7  counseling to students during times related to the

8  death of a student or a staff member, were there any

9  other circumstances in which you provided supportive

10 counseling to DeKalb County School District students

11 during your time as coordinator of social work

12 services?

13      A.    Yes.  When there is an allegation against

14 employee wrongdoing involving a student.

15      Q.    When there was an allegation of an

16 employee wrongdoing involving a student, what would

17 your role be?

18      A.    To interview the student and get a

19 statement.

20      Q.    Any -- anything else?

21      A.    And to provide that emotional support

22 during the interviews.

23      Q.    Other than in your function leading the

24 District crisis team associated with deaths of

25 students or staff members, and what you just

CONFIDENTIAL

1   described with respect to allegations of employee

2   wrongdoing involving students, did you -- were there

3   any other circumstances in which you provided

4   supportive counseling to DeKalb County School

5   District students during the time you were

6   coordinator of social work services?

7        A.    There may have been instances where I

8   provided supportive counseling when an employee was

9   absent, so if a social worker was out and I needed to

10  go to the school to provide support to a student.

11       Q.    Do you have any specific recollection of

12  doing that when you were coordinator?

13       A.    A couple times.

14       Q.    A couple times during the five- or

15  six-year period you served in that role?

16       A.    Yes.

17       Q.    Okay.  Other than what we've just been

18  discussing, can you recall any other circumstances in

19  which you provided supportive counseling to DeKalb

20  County School District students during the time you

21  were coordinator of social work services?

22       A.    No.

23       Q.    When you were in the role of coordinator

24  of social work services, is it fair to say that you

25  led the social work department for DeKalb County

CONFIDENTIAL

Page 60

1    School District?

2        A.    I did.

3        Q.    Okay.  And who did you report to in that

4    role?

5        A.    The deputy superintendent, Deborah

6    Moore-Sanders.

7        Q.    Did you have any direct reports in that

8    role?

9        A.    I did.

10        Q.    How many direct reports did you have?

11        A.    Approximately 40.

12        Q.    Would that include the social workers that

13    were employed by the DeKalb County School District at

14    the time?

15        A.    Yes.

16        Q.    Other than social workers, were there any

17    other positions that directly reported to you when

18    you were coordinator of social work services?

19        A.    Secretarial-type positions.

20        Q.    Okay.  Anything other than that?

21        A.    The migrant education program tutor.

22        Q.    What is the migrant education program?

23        A.    That's the program that serves families

24    that have been identified as migratory.

25        Q.    Other than what we've just discussed, did

CONFIDENTIAL

Page 61

1    you have any other direct reports when you were

2    coordinator of social work services?

3        A.    No.

4        Q.    I want to talk to you about a couple of

5    bullet points on your résumé.  The fifth one down

6    says "Enhanced technology practices, including child

7    abuse, homeless and annual data to ensure accuracy."

8            What do you mean by "enhanced technology

9    practices"?

10        A.    We were changing over -- we had just

11    changed over to using Infinite Campus to house social

12    work records at the time.  And so I met with the

13    vendor to streamline the process and make it more

14    intuitive to the staff, so that they were not having

15    difficulty with inputting data.

16        Q.    You mentioned that DeKalb County School

17    District had just transitioned to using Infinite

18    Campus to track social work records.  Do you recall

19    when DeKalb County School District started using

20    Infinite Campus for that purpose?

21        A.    The 2016 school year, they started using

22    Infinite Campus.

23        Q.    And do you know what system they had been

24    using to track social work records before Infinite

25    Campus?

Page 62

1      A.   I just started my employment with them in

2   2016.

3      Q.   All right.  So you don't know?

4      A.   No.

5      Q.   Other than assisting with the transition

6   to Infinite Campus in the way that you described, was

7   there anything else that you did to enhance

8   technology practices in your role as lead of social

9   work services or coordinator of social work services?

10      A.   We created a uniform presentation to

11   conduct our mandated reporter training for staff

12   members.

13      Q.   What is mandated reporter training?

14      A.   There's an annual training that's mandated

15   regarding child abuse.  And so we had to create a

16   training for staff members so they would know how to

17   recognize signs of abuse and the proper way to make a

18   report.

19      Q.   Was this training like a PowerPoint

20   presentation?

21      A.   Yes.

22      Q.   Was it presented to staff members like in

23   an in-person presentation?

24      A.   Yes.

25      Q.   Other than the PowerPoint presentation,

CONFIDENTIAL

Page 63

1    did you use any other technology in connection with

2    that training?

3         A.   No.

4         Q.   The next bullet point on your résumé says,

5    "Redesigned annual social work presentation to more

6    effectively reflect roles and responsibilities."

7              What is the annual social work

8    presentation?

9         A.   That's the comprehensive presentation that

10   we provide to staff members.  And so it includes the

11   child abuse, homelessness, suicidal ideation; various

12   areas.

13        Q.   And you redesigned that presentation in

14   your role as either lead of social work services or

15   coordinator of social work services?

16        A.   Yes.

17        Q.   Do you recall which title you held when

18   you redesigned that presentation?

19        A.   Lead.

20        Q.   So this would have been in the time frame

21   of July 2016 through July 2017 that you redesigned

22   that presentation?

23        A.   Yes.

24        Q.   How did you redesign the presentation?

25        A.   We expanded it to become a more

CONFIDENTIAL

Page 64

1    comprehensive presentation.

2         Q.    Were there particular topics within this

3    presentation that were not previously included, that

4    you added?

5         A.    Yes.

6         Q.    Do you recall what any of those topics

7    were?

8         A.    We added attendance.  We added migrant,

9    foster care, suicidal ideation, volunteers.

10        Q.    Before you redesigned the presentation, to

11   your recollection, did it include any content related

12   to social media?

13             MR. WALKER:  Object to form.

14             THE WITNESS:  Not that I recall.

15   BY MR. REINKE:

16        Q.    Did you add any content related to social

17   media when you redesigned the presentation?

18        A.    We added social media in the human

19   trafficking portion.

20        Q.    What do you recall about that?

21        A.    We wanted staff members to be aware of

22   students using social media during the school day.

23        Q.    Okay.  And was that specifically in

24   connection with the human trafficking portion of the

25   presentation?

CONFIDENTIAL

Page 65

1          A.    Yes.

2          Q.    Do you recall what you added about social

3    media to the human traffic portion of the

4    presentation?

5          A.    Not exactly.

6          Q.    You testified that you wanted staff

7    members to be aware of students using social media

8    during the school day.  Why did you want staff

9    members to be aware of that?

10         A.    In regards to human trafficking, we

11   learned that students are sometimes being adversely

12   impacted by social media during the school day.

13         Q.    In regards to human trafficking?

14         A.    Yes.

15         Q.    And how are students being adversely

16   impacted by social media during the school day in

17   regards to human trafficking?

18         A.    They're being distracted by -- by

19   predators.  And so we just wanted teachers to be

20   aware, and to remind students not to get on their

21   devices during the school day.

22         Q.    You testified that this was something you

23   learned.  Do you recall where you learned this?

24         A.    Through trainings.

25         Q.    Do you recall any specific trainings?

CONFIDENTIAL

Page 66

1         A.    There was a training that was provided by

2    the district attorney of DeKalb County.

3         Q.    Do you recall who that was at the time?

4         A.    I do not.

5         Q.    Were there any other trainings where you

6    learned that?

7         A.    Not that I can recall.

8         Q.    Okay.   Other than the social media content

9    related to human trafficking that you added to the

10   presentation, do you recall adding any other content

11   to this annual social work presentation related to

12   social media?

13        A.    No, I do not.

14        Q.    Now, in September 2022, you became

15   director of Wrap Around and Student Support for

16   DeKalb County School District?

17        A.    Yes.

18        Q.    On your résumé, your position, coordinator

19   of social work services, says July 2017 through 2022.

20   Did you hold that position up until the time you

21   became director of Wrap Around and Student Support?

22        A.    Yes.

23        Q.    Okay.   So you were continuously employed

24   by -- you've been continuously employed by the DeKalb

25   County School District from, I guess, the time you

CONFIDENTIAL

Page 67

1  started in July of 2016 through the present.  Is that

2  correct?

3       A.   Yes.

4       Q.   Okay.  What are your job duties as the

5  director of Wrap Around and Student Support for the

6  DeKalb County School District?

7       A.   I provide leadership to four departments.

8  I coordinate resources, both internal and external

9  resources, to support students.  I develop SAFE

10  Centers.  I provide brief supportive counseling to

11  students that are having acute crisis in regards to

12  death.  I manage budgets, both the general and

13  federal budgets.  Responsible for hiring and

14  evaluating and developing employees, and developing

15  processes and procedures and guidelines in regards to

16  District policy and procedures, and represent the

17  department with internal and external stakeholders.

18       Q.   And that department is called Wrap Around

19  and Student Support?

20       A.   Yes.

21       Q.   What -- what does the term "Wrap Around"

22  mean?

23       A.   It means that we are providing

24  comprehensive services to students to remove barriers

25  to them receiving instruction.

CONFIDENTIAL

Page 68

1        Q.    So you mentioned comprehensive services.
2    What are some of the services that you provide?
3        A.    We provide mental health services,
4    therapeutic-type services, social-emotional services,
5    tangible services such as food pantries and clothing
6    closets.
7              So it's a variety of services that are
8    nonacademic to support students while they're in
9    school.
10       Q.    You testified that you provide
11   comprehensive services to students to remove barriers
12   to them receiving instruction.  Are there particular
13   barriers to students receiving instruction that your
14   department tries to address?
15       A.    Yes.
16       Q.    And what are those?
17       A.    Attendance.  Discipline.  Mental health.
18   And family barriers that may present themselves,
19   child welfare issues.  Homelessness.  Foster care.
20   Migrant.  And a host of other issues that -- I can't
21   think of every single issue at this moment.
22       Q.    These are issues like from outside of
23   school that could affect students' performance in
24   school?
25              MR. WALKER:  Object to form.

CONFIDENTIAL

Page 69

1            THE WITNESS:  They're issues both inside
2       of school that have impact on students, and
3       outside of school.
4    BY MR. REINKE:
5            Q.   You testified that in your role as
6    director of Wrap Around and Student Support, you
7    provide leadership to four departments.  Are those
8    the four departments that are listed on your résumé?
9            A.   Yes.
10           Q.   Okay.  So "after school":  What is that
11   department?
12           A.   It's the after-school program that
13   students participate in after the traditional school
14   day has ended.
15           Q.   And -- and what is the purpose of that
16   program?
17           A.   It's to provide supervision for students
18   after school.  And then they have different programs
19   in the -- in that program.  So they may have
20   recreational component to it and an academic
21   component.
22           Q.   You also provide leadership to the nursing
23   department?
24           A.   Yes.
25           Q.   What is the nursing department?

CONFIDENTIAL

Page 70

```
 1        A.    The nursing department is comprised of
 2   nurses that provide medical support to students in
 3   the schools.
 4        Q.    And what type of medical support do nurses
 5   provide to students in schools?
 6        A.    If a student has a medical diagnosis, the
 7   nurse treats that child based on their diagnosis and
 8   doctor's orders.
 9        Q.    Is there any other type of medical support
10   that nurses provide?
11        A.    They provide any type of acute support
12   that may come up unexpectedly, if there's an
13   unexpected accident at school or emergency at school.
14        Q.    Do nurses provide mental health support to
15   students in the DeKalb County School District?
16        A.    If a student comes to them with an acute
17   need, they can provide that supportive counseling to
18   them.
19        Q.    Okay.  But other than in that context,
20   then no?
21        A.    They are not hired to provide mental
22   health support.  They are hired to provide medical.
23        Q.    You also provide leadership to the
24   Title IV department.
25        A.    Right.
```

CONFIDENTIAL

1          Q.    What is the Title IV department?

2          A.    Title IV is a federally funded program

3    that makes provisions to provide supportive services

4    to students in regards to student safety, technology,

5    and their wellness.

6          Q.    So you mentioned supportive services in

7    regards to student safety, technology, and wellness.

8    I want to focus first on student safety.

9                What types of supportive services does

10   Title IV provide to DeKalb County School District

11   students with regard to their safety?

12         A.    They -- Title IV funding, they have

13   purchased equipment for the Public Safety Office,

14   surveillance-type equipment for the Public Safety

15   Office, to help during large events, like athletic

16   events.  And then they provide support to -- to the

17   schools and to the students by having trainings, such

18   as restorative practice trainings, mental

19   health/first-aid trainings.

20         Q.    Do you know if any of these trainings are

21   specifically focused on social media?

22         A.    Social media comes up during the

23   trainings.  And so as part of the mental health

24   first-aid training, social media does come up in

25   there, just as a precaution.  Because we're talking

Page 72

```
 1    about mental health and wellness, and how to preserve
 2    mental health and wellness.
 3         Q.   Okay.  So you mentioned that that -- that
 4    social media comes up in the mental health first-aid
 5    training.  Are you aware of any other restorative
 6    practices training where the -- where social media
 7    comes up?
 8         A.   I can't recall, because I have not been in
 9    one of those trainings recently.
10         Q.   What is the mental health first-aid
11    training?
12         A.   The mental health first-aid training is a
13    six- or seven-hour training that certain staff
14    members in the District have been trained to
15    facilitate.  And it takes a look at common illnesses
16    that students are dealing with, mental health
17    concerns that students are dealing with.  And it
18    tells staff how to identify those symptoms and how to
19    seek help.
20         Q.   And who gives this training?
21         A.   We have staff members within the District
22    that have been trained to redeliver the training.
23         Q.   Staff members like within your department?
24         A.   It's a mixture of staff members.
25         Q.   Do you know any of -- who any of the staff
```

CONFIDENTIAL

Page 73

1    members that give this training are?

2         A.    Yes.

3         Q.    And who are they?

4         A.    Some of them are social workers, school

5    social workers.  And some are mental health

6    coordinators.

7         Q.    And who is this training given to?

8         A.    Staff members.

9         Q.    Is it given to all staff members in the

10   DeKalb County School District?

11        A.    That is the intention, and so we are

12   signing up staff members throughout the school year.

13        Q.    Okay.  Do you know like what percentage of

14   current DeKalb County School District staff members

15   have received this training?

16        A.    I don't.

17        Q.    When was this mental health first-aid

18   training first given within the DeKalb County School

19   District?

20        A.    I don't recall the exact year.  Maybe

21   around 2017.

22        Q.    Okay.  You mentioned that the intention

23   was to give the training to all staff members, and

24   you said give the training to all staff members.  Do

25   you mean that the intention is that each staff member

CONFIDENTIAL

Page 74

1    would sit through this training once?

2         A.    Yes.

3         Q.    Okay.  So it's not something -- the

4    intention is not that this training would be given to

5    every staff member annually, correct?

6         A.    That's correct.

7         Q.    You said that this is a six- to seven-hour

8    training that looks at common illnesses.  What are

9    some of the illnesses that are covered in this

10   training?

11        A.    Attention deficit hyperactivity disorder.

12   Substance abuse disorder.  Depression.  Suicidal

13   ideation.

14             I can't recall all the other . . .

15        Q.    You also testified that social media comes

16   up in this training.  How does social media come up

17   in this training?

18        A.    It comes up when we are talking about

19   possible addictive behavior.

20        Q.    Okay.  And so social media is mentioned as

21   a possible addictive behavior in the training?

22        A.    The presenter brings it up, yes.

23        Q.    Okay.  Is there any other way in which

24   social media comes up?

25        A.    Not that I can think of.

CONFIDENTIAL

Page 75

1        Q.    Now, going back to the Title IV department

2    within your leadership, you mentioned that in

3    addition to the supportive services for safety, the

4    Title IV department provides supportive services for

5    technology.  What kind of supportive services for

6    technology does the Title IV department provide?

7        A.    Purchasing devices.  Purchasing laptops

8    and printers.  Computers.

9        Q.    Okay.  And -- and who are these devices

10   purchased for?

11       A.    We have student engagement coaches.

12       Q.    What is a student engagement coach?

13       A.    They are employees that work with a cohort

14   of 40 students in order to provide mentoring services

15   to increase their academic performance.

16       Q.    Is this like part of a program or

17   initiative within the District?

18       A.    It's a program in the District.

19       Q.    Does that program have name?

20       A.    The Check & Connect program.

21       Q.    And what is the Check & Connect program?

22       A.    It's a program where we identify

23   40 students in a school, that those students are

24   typically presenting with academic or behavioral or

25   attendance concerns.  And we pair them with the

Page 76

1    student engagement coach in order to decrease

2    behavioral concerns, increase attendance, and

3    increase academic performance.

4         Q.   Is this program specific to students who

5    have concerns related to social media?

6              MR. WALKER:  Object to form.

7              THE WITNESS:  The program is specific to

8         students that we see have some academic

9         concerns.

10   BY MR. REINKE:

11        Q.   Okay.  So -- so they may have academic

12   concerns for reasons other than social media,

13   correct?

14             MR. WALKER:  Object to form.

15             THE WITNESS:  They have academic concerns

16        for a multitude of reasons.

17   BY MR. REINKE:

18        Q.   Right.  So I guess what I'm trying to get

19   at is in order for a student to participate in the

20   Check & Connect program, there doesn't have to be a

21   determination made that that student's concerns are

22   related to social media, right?

23        A.   The student may have concerns related to

24   social media, thus having an adverse impact on their

25   academic performance.

CONFIDENTIAL

Page 77

```
 1        Q.   Right.  I understand that they might.  But
 2   a student could also participate in the Check &
 3   Connect program if they had concerns -- academic
 4   concerns, or discipline concerns, or behavioral
 5   concerns -- that were unrelated to social media,
 6   correct?
 7             MR. WALKER:  Object to form.
 8             THE WITNESS:  Students can participate in
 9        the program whether or not they have concerns
10        related to academic, attendance, behavior.
11   BY MR. REINKE:
12        Q.   Right.  And whether or not those concerns
13   are related to social media?
14        A.   Some of those concerns are related, and
15   some may not be related, so they can participate in
16   the program.
17        Q.   Either way, right?
18             MR. WALKER:  Object to form.
19   BY MR. REINKE:
20        Q.   Yes?
21        A.   They can participate in the program
22   whether they have concerns or not.
23        Q.   Okay.
24             So you mentioned purchasing devices to
25   support this -- the student engagement coaches and
```

CONFIDENTIAL

Page 78

1   the Check & Connect program.  Is there other -- are

2   there any other types of technology-supportive

3   services that the Title IV department provides?

4        A.   We purchase software to track student

5   behavior.

6        Q.   Okay.  And what software is that?

7        A.   I cannot recall the exact title of the

8   software.

9        Q.   Is this something that's separate from

10  like disciplinary incidents that are tracked in

11  Infinite Campus?

12       A.   It is another platform, that we track

13  concerns.

14       Q.   And how -- how are -- how is student

15  behavior tracked in this platform?

16       A.   I am not intimately familiar with exactly

17  how it's tracked.

18       Q.   Okay.  Do you have a general understanding

19  of how it's tracked?

20       A.   Student behavior is notated in there so we

21  can run reports.

22       Q.   What type of behavior?

23       A.   Like I said, I'm not intimately involved

24  in maintaining any data on that platform myself, so

25  I'm not sure exactly what is inputted in that

CONFIDENTIAL

Page 79

1   platform.

2       Q.   Are you aware of whether this platform

3   contains any data related to behavioral incidents

4   that are attributed to social media?

5            MR. WALKER:  Objection to form.

6            THE WITNESS:  I'm not aware.

7   BY MR. REINKE:

8       Q.   And if you know, when did the DeKalb

9   County School District start using this platform?

10      A.   Prior to my employment with the District.

11      Q.   Okay.  So prior to July of 2016.

12           Does this platform, to your knowledge,

13  track behavioral incidents across the District as a

14  whole?

15      A.   No, it doesn't.  Only tracks behavior that

16  the student engagement coaches enters in there for

17  the schools that they're assigned to.

18      Q.   Okay.  And how many student engagement

19  coaches does the DeKalb County School District

20  currently employ?

21      A.   Approximately 27.

22      Q.   Are there any other ways in which the

23  Title IV department provides supportive services in

24  relation to technology?

25      A.   Not that I can recollect.

Page 80

1          Q.   You also testified that the Title IV

2     department provides supportive services in relation

3     to wellness.  How does the Title IV -- or what type

4     of services does the Title IV department provide in

5     relation to wellness?

6          A.   They pay for the employment of PBIS

7     coaches.  And they also pay for the Big Brothers/Big

8     Sisters partnership at one of our middle schools, at

9     Lithonia Middle School.  And they pay for a

10    prevention/intervention liaison at the DeKalb

11    Alternative School.

12         Q.   Okay.  Any other supportive services with

13    respect to wellness that the Title IV department

14    provides?

15         A.   Not that I can recollect.

16         Q.   You mentioned PBIS coaches.  What is a

17    PBIS coach?

18         A.   "PBIS" is an acronym for positive behavior

19    intervention and support.  And they provide guidance

20    to schools who are wanting to become PBIS schools.

21    Those schools are implementing that program to try to

22    decrease behavioral concerns and increase academic

23    performance.

24         Q.   Okay.  So some schools within the DeKalb

25    County School District have implemented PBIS program,

CONFIDENTIAL

Page 81

1    and others have not?

2        A.    Yes.

3        Q.    Do you know approximately what percentage

4    of DeKalb County schools have implemented a PBIS

5    program?

6        A.    I don't.

7        Q.    Do you know how many PBIS coaches the

8    DeKalb County School District currently employs?

9        A.    Approximately seven at the District level.

10       Q.    And what is the general job description

11   for a PBIS coach?

12       A.    To manage the rollout of the PBIS

13   training, and -- and work in the schools.  And so

14   they go out to schools to train School District staff

15   on how to effectively implement the PBIS model.

16       Q.    You also mentioned the Big Brothers and

17   Big Sisters partnership.  What is that?

18       A.    The Big Brothers/Big Sisters program is a

19   mentoring program through the Big Brothers/Big

20   Sisters of Atlanta.  And they provide three staff

21   members to Lithonia Middle School, and they meet with

22   200 students throughout the school year to provide

23   mentoring services.

24       Q.    What is the purpose of this program?

25       A.    To increase academic performance.

CONFIDENTIAL

Page 82

1          Q.   What types of mentoring services do -- are
2     provided through this program?
3          A.   It's primarily character-building-type
4     services, social-emotional-type services.
5          Q.   Do you know if any of these services that
6     are provided through this program are specifically
7     related to social media?
8          A.   I don't know if any of those services are
9     related.
10          Q.   You also mentioned a
11     prevention/intervention liaison?
12          A.   Yes.
13          Q.   What is that?
14          A.   She provides support to students at the
15     DeKalb Alternative School.
16          Q.   So this is just a single employee that has
17     that position?
18          A.   Yes.
19          Q.   What is the DeKalb Alternative School?
20          A.   It's a school where students that have
21     disciplinary concerns that are pervasive are assigned
22     to, as a result of a student hearing.
23          Q.   You said that the prevention/intervention
24     liaison provides support to students at that school.
25     What type of support?

CONFIDENTIAL

Page 83

1      A.    She meets with students at that school
2    individually, if they're having some concerns, or
3    they need to talk to someone about.
4      Q.    Is the prevention/intervention liaison a
5    licensed social worker?
6      A.    No, she's not.
7      Q.    Is she like a licensed school
8    psychologist?
9      A.    No, she's not.
10     Q.    Licensed counselor?
11     A.    Yes, she is.
12     Q.    Other than the DeKalb Alternative School,
13   do any schools within the DeKalb County School
14   District have a prevention/intervention liaison?
15     A.    No, they do not.
16     Q.    One of the departments that you provide
17   leadership to is the Social Work Department, correct?
18     A.    Yes.
19     Q.    And what is the social work department?
20     A.    The social work department is a department
21   that provides support in regards to child welfare
22   concerns that are presented by students.
23     Q.    Okay.  And when you say that the
24   department provides support, what type of support
25   does the department provide?

CONFIDENTIAL

Page 84

1          A.    They respond to referrals that are related
2    to child abuse and neglect.  Mental health concerns,
3    truancy concerns, family concerns, homelessness,
4    poverty.
5          Q.    The third bullet point on your résumé says
6    you "Coordinate internal and external resources to
7    support District initiatives."
8                Were there specific district initiatives
9    that you support in your role as director of Wrap
10   Around and Student Support?
11         A.    Yes.
12         Q.    And what are those initiatives?
13         A.    Around school-based mental health and
14   school-based health centers.
15         Q.    What is the school-based mental health
16   initiative?
17         A.    That initiative includes assigning a
18   therapist from an external partner to a school, so
19   they can provide direct therapeutic services to
20   students while they're at school, during the school
21   day.
22         Q.    You mentioned "external partner."  Are
23   there multiple external partners that the DeKalb
24   County School District works with to provide these
25   services?

CONFIDENTIAL

Page 85

1       A.   Yes.

2       Q.   How many are there?

3       A.   Approximately five.

4       Q.   Do you know what they are?

5       A.   I know a few of them.

6       Q.   Okay.  What are the ones that you can

7  recall?

8       A.   CHRIS 180.  Pathways.  Summit.  Claratel.

9  And Positive Growth.

10       Q.   And generally speaking, these are external

11  providers that provide therapists to work in DeKalb

12  County schools?

13       A.   Yes.

14       Q.   Do they provide any other services to

15  DeKalb County schools?

16       A.   They sometimes provide professional

17  development training for teachers.  So they may hold

18  a workshop for teachers.

19       Q.   Any other services?

20       A.   They assist with crisis, when there's a

21  death in the school.

22       Q.   Anything else that you can think of?

23       A.   No.

24       Q.   Do you know how long DeKalb County School

25  District has been using external providers to provide

CONFIDENTIAL

Page 86

1    these services?

2         A.    Since before I became employed with the

3    District.

4         Q.    So since before July of 2016?

5         A.    Yes.

6         MR. REINKE:  Let's go off the record for a

7         second.

8         VIDEOGRAPHER:  We're going off the record

9         at 11:17.  And this ends Media Unit Number 1.

10             (A recess transpired from 11:17 a.m.

11              until 11:18 a.m.)

12         VIDEOGRAPHER:  We're back on the record

13         at 11:17.  And this begins Media Unit Number 2.

14   BY MR. REINKE:

15        Q.    All right, Ms. Revels, you also testified

16   about school-based health centers as one of the

17   initiatives that you support.  What are school-based

18   health centers?

19        A.    They are essentially a school-based clinic

20   within a school, where we have a full-service medical

21   practice housed within our school.

22        Q.    And do you know how many schools within

23   the DeKalb County School District have one of these

24   school-based health centers?

25        A.    Two.

CONFIDENTIAL

Page 87

1          Q.    And they provide like sort of the full

2    spectrum of medical services that a pediatrician's

3    office would provide?

4          A.    Yes.

5          Q.    Other than the school-based mental health

6    initiative that we've talked about, and the

7    school-based health centers initiative that we talked

8    about, are there other District initiatives that you

9    support?

10         A.    Yes, there are.

11         Q.    And what are those?

12         A.    The truancy prevention initiative.

13         Q.    Any other initiatives?

14         A.    The SAFE Center initiative.

15         Q.    Anything else?

16         A.    Suicide prevention.

17         Q.    Any other initiatives that you can think

18   of, as you sit here today, that you support within

19   the DeKalb County School District as -- in your role

20   as director of Wrap Around and Student Support?

21         A.    Nothing else off the top of my head.

22         Q.    What is the truancy prevention initiative?

23         A.    It's our initiative to increase student

24   attendance.

25         Q.    And does that initiative have various

CONFIDENTIAL

Page 88

1    programs within it?

2        A.    It has various procedures.

3        Q.    Procedures that are designed with the goal

4    of increasing student attendance?

5        A.    Yes.

6        Q.    And what are some of those procedures?

7        A.    Having campaigns, having special events

8    throughout the school year.  Having back-to-school

9    roundup events, to increase awareness about the first

10   day of school.  Lifting up attendance concerns that

11   happen right before or after holidays, and so sending

12   out correspondence to families to remind them when we

13   come back from holidays.  Facilitating meetings at

14   schools to track and monitor student attendance.

15       Q.    You mentioned the SAFE Center initiative.

16   What is the SAFE Center initiative?

17       A.    It's the Student and Family Engagement

18   Center, and it's an initiative where we are providing

19   comprehensive services to students, that include

20   mental health services, and then some economic

21   support in the -- in the way of food or clothing,

22   school supplies a student may need.

23       Q.    Then you mentioned the suicide prevention

24   initiative.  What is the suicide prevention

25   initiative?

CONFIDENTIAL

Page 89

1        A.   It is providing supportive services to
2   students to decrease the number of suicides.
3        Q.   What are some of the supportive services
4   that are provided by the suicide prevention
5   initiative?
6        A.   Training of staff members to identify
7   symptoms and signs.  And it's also the collaboration
8   with those external partners to provide services
9   inside of the schools as well.
10        Q.   Are you involved with the training to
11   staff members that's given as part of the suicide
12   prevention initiative?
13        A.   I have been.
14        Q.   Okay.  And I think you testified that that
15   training is to -- for staff members to be able to
16   identify symptoms and signs of risk of suicide.  Is
17   that right?
18        A.   Yes.
19        Q.   Okay.  What are some of the symptoms or
20   signs of a risk of suicide that staff members are
21   trained on?
22        A.   Students becoming isolated; change of
23   behavior; students neglecting to do their work as
24   assigned; and students verbalizing or expressing that
25   they're suicidal.

CONFIDENTIAL

Page 90

```
1          Q.    Are there any other symptoms or signs that
2     you can recall DeKalb County School District staff
3     being trained on as part of the suicide prevention
4     initiative?
5          A.    Watching out for students that are engaged
6     in superficial cutting of themselves.
7          Q.    Does the suicide prevention initiative
8     include any training for staff members on like how to
9     prevent suicide, other than recognizing the symptoms
10    and signs?
11         A.    Yes.
12         Q.    And what do you recall about the content
13    of that training?
14         A.    Not leaving students alone or
15    unsupervised; doing a warm handoff with students to
16    another staff member that can provide more intensive
17    support; contacting family members; utilizing the
18    Georgia emergency crisis line, if needed, for
19    additional assistance.
20         Q.    Does the suicide prevention initiative
21    training, to your knowledge, include any content
22    about the reasons for student suicide?
23              MR. WALKER:  Object to form.
24              THE WITNESS:  No, it talks more about the
25        signs and the symptoms and what to look for, and
```

CONFIDENTIAL

Page 91

1          focusing on what to do to prevent the suicide.

2     BY MR. REINKE:

3          Q.    On your résumé, the fourth bullet point

4     says, as part of your role of director of Wrap Around

5     and Student Support, you "provide brief supportive

6     counseling to students and staff experiencing

7     crisis."  Is that in connection with like the death

8     of a student or staff member?

9          A.    Yes, that's part of it.

10         Q.    Okay.  Are there other circumstances in

11    which you provide supportive counseling to DeKalb

12    County students as part of your job as director of

13    Wrap Around and Student Support?

14         A.    If I am visiting a school to do an

15    observation, and there's a concern at the school, I

16    can meet with a student.

17         Q.    Any other circumstances in which you

18    provide supportive counseling to DeKalb County School

19    District students in your current role?

20         A.    No.

21         Q.    You testified about visiting a school to

22    do an observation.  What is an observation?

23         A.    To look how a program is being implemented

24    in a school, to evaluate whether it's being

25    implemented with fidelity.

CONFIDENTIAL

Page 92

```
 1          Q.    And when you say a "program," are there
 2     specific programs that you would go visit schools to
 3     take a look at?
 4          A.    The human trafficking program and the
 5     SAFE Center program.
 6          Q.    Any other specific programs that you
 7     recall visiting schools to do an observation of?
 8          A.    No.
 9          Q.    In your role as director of Wrap Around
10     and Student Support, how often do you visit schools?
11          A.    Weekly.
12          Q.    About once per week?
13          A.    It varies from week to week.
14          Q.    In an average week, in your current role,
15     approximately how much time would you estimate that
16     you spend in schools?
17          A.    It's difficult to estimate, because some
18     weeks I may go into schools every day and some weeks
19     I may go to one school.  So it's difficult to
20     estimate.
21          Q.    And when you visit a school in your
22     current role as director of Wrap Around and Student
23     Support, what do you generally do when you're at the
24     school?
25          A.    If there has been a death at the school, I
```

CONFIDENTIAL

Page 93

1  will meet with the administrator and develop a plan
2  of action how to provide support to students.  If I
3  am going to do an observation, then I will go in and
4  either sit in on a session that's being conducted in
5  one of the rooms in the school, in the SAFE Center or
6  some other location in the building.  If I'm looking
7  to see if pantries are in place and materials and
8  supplies are stored appropriately, then that's where
9  I'll go in the building.
10          So it depends on what I'm looking for when
11  I go.
12      Q.   When you go to a school to do an
13  observation, do you typically sit in on a class?
14      A.   I have in the past.  It just depends --
15  like I said, it depends what I'm going for.
16      Q.   Approximately how often would you estimate
17  that you sit in on a class in your current role as
18  director of Wrap Around and Student Support?
19      A.   It's difficult to estimate, because it's
20  varied.  I go into schools for different purposes.
21      Q.   When was the last time you sat in on a
22  class in your role as director of Wrap Around and
23  Student Support?
24      A.   I cannot recall.  I can't recall the last
25  time I sat in on a class.

CONFIDENTIAL

Page 94

1      Q.    Have you done that like this semester?

2      A.    No, I haven't done it this semester.

3      Q.    Have you sat in on a class this school

4   year?

5      A.    I sat in on a training this school year.

6      Q.    And what was that training?

7      A.    It was one of our partners meeting with

8   students.

9      Q.    Do you recall the specific content of that

10  training?

11     A.    I can't.

12     Q.    Other than that training, do you recall

13  sitting in any classes this school year?

14          MR. WALKER:  Object to form.

15          THE WITNESS:  I recall sitting in with

16     students during meetings -- during group

17     meetings.

18  BY MR. REINKE:

19     Q.    And what is a group meeting?

20     A.    When a group of students are meeting with

21  an adult that's employed by the school.

22     Q.    I mean, would that be different than like

23  a teacher teaching during class time?

24     A.    Yes, it is.  It wasn't with a teacher.

25     Q.    We were talking about the District

CONFIDENTIAL

Page 95

1  initiatives that you support in your role as Wrap

2  Around and Student Support.  Do you support any

3  district initiatives that are specific to social

4  media?

5       A.   I support the -- yes.

6       Q.   Okay.  And which initiatives that are

7  specific to social media do you support?

8       A.   The Yondr pouch initiative.

9       Q.   Other than the Yondr pouch initiative, do

10 you support any initiatives that are specific to

11 social media?

12      A.   No.

13      Q.   What is the Yondr pouch initiative?

14      A.   It's the initiative that the District has

15 adopted due to the pervasive use of social media by

16 our students.  And so the students, when they come to

17 school in the morning, they have to put their device

18 in a pouch, so that they cannot access platforms

19 during the school day, just distract them from

20 instruction and cause the teachers to lose

21 instructional time.

22      Q.   Okay.  So the students put their phone

23 into a pouch at the beginning of the day, correct?

24      A.   Yes.

25      Q.   Then that pouch is locked?

CONFIDENTIAL

Page 96

1        A.    It is.

2        Q.    So they can't use their phone for any

3    purpose when it's in the pouch, correct?

4        A.    That's the intention.

5        Q.    Okay.  What is your role in relation to

6    the Yondr pouch initiative?

7        A.    I was on the committee to discuss how to

8    roll out the initiative, and looking at the

9    information that we had at the time to make decisions

10    about how to effectively intervene in what was going

11    on with the students.

12        Q.    You said you were on the committee to

13    discuss how to roll out the initiative.  Do you

14    recall when those discussions took place?

15        A.    Discussions may have started -- and I

16    don't know exactly when -- but it was before last

17    summer.

18        Q.    So before the summer of 2024?

19        A.    Yes.

20        Q.    And then Yondr pouches were implemented in

21    a pilot of ten DeKalb County schools in fall 2024,

22    correct?

23        A.    Yes.

24        Q.    Since the implementation in fall 2024,

25    have you had any role in the Yondr pouch initiative?

CONFIDENTIAL

Page 97

1          A.    No, not a specific role.

2          Q.    Other than the positions that are

3    reflected on your résumé, have you held any positions

4    in education?

5          A.    No.

6          Q.    If you could turn to the last page of your

7    résumé.  You list several certifications.

8                The first certification that's listed on

9    your résumé is "State of Georgia Leadership

10   Certification"?

11         A.    Yes.

12         Q.    And what is that?

13         A.    It indicates that I am a certified leader,

14   of professional standards.

15         Q.    And is that a current certification that

16   you hold?

17         A.    Yes, it is.

18         Q.    The next certification on your résumé is a

19   "State of Georgia Service 5 Certification."  What is

20   that certification?

21         A.    That is in relation to being a certified

22   social worker.

23         Q.    And what does Service 5 mean?

24         A.    It's the -- it just it means I have a

25   master's.

CONFIDENTIAL

1      Q.   And then -- is that a current
2   certification?
3      A.   Yes, it is.
4      Q.   You're also a "licensed clinical social
5   worker"?
6      A.   Yes, I am.
7      Q.   And is your license current?
8      A.   Yes, it is.
9      Q.   You're an "ethics in the workplace
10  trainer"?
11     A.   Yes.
12     Q.   What is that?
13     A.   When I worked with Atlanta Public Schools,
14  we had to become certified in ethics in the
15  workplace.
16     Q.   And do you recall who gave you that
17  certification?
18     A.   I cannot.
19     Q.   You are also a "QPR suicide prevention
20  trainer"?
21     A.   Yes.
22     Q.   What is a QPR suicide prevention trainer?
23     A.   "QPR" stands for question, persuade, and
24  response.  And it's a training that we provide to
25  staff members to recognize the signs and symptoms of

CONFIDENTIAL

Page 99

1    someone who may be suicidal, and how to respond.

2        Q.    Is this the training that we were

3    previously discussing about the suicide prevention

4    initiative?

5        A.    It's a portion of it.

6        Q.    Okay.  And do you provide that training to

7    DeKalb County School District employees?

8        A.    Not currently.

9        Q.    Have you done that in the past?

10       A.    I have.

11       Q.    When was the last time you provided that

12   training to DeKalb County School District employees?

13       A.    As a coordinator.

14       Q.    So that would have been sometime during

15   the time frame of July 2017 through 2022?

16       A.    Yes.

17       Q.    You're also listed -- or it's listed on

18   your résumé that you are a "darkness to light

19   trainer."  What is a darkness to light trainer?

20       A.    It's a training to prevent child sexual

21   abuse.

22       Q.    And you're a "certified mediator"?

23       A.    Yes.

24       Q.    Where is that certification from?

25       A.    I can't recall.

CONFIDENTIAL

Page 100

1          Q.    And then you're listed as a "former mental
2     health first aid trainer."
3          A.    Yes.
4          Q.    What is a mental health first aid trainer?
5          A.    Mental health -- mental health first aid
6     is a specific training curriculum.
7          Q.    And that's the mental health first-aid
8     curriculum that we discussed earlier?
9          A.    Yes, it is.
10         Q.    Okay.  You're a former trainer for that
11    curriculum?
12         A.    Yes.
13         Q.    So your certification has expired?
14         A.    Yes.
15         Q.    Do you recall when it expired?
16         A.    2020.  Between 2020 and 2021.
17         Q.    There is an organization listed on your
18    résumé, School Social Workers Association of Georgia.
19    Do you hold any positions currently within that
20    organization?
21         A.    No, I do not.
22         Q.    Other than what's reflected on your
23    résumé, do you have any other formal training or
24    certifications in mental health?
25         A.    No, I do not.

CONFIDENTIAL

Page 101

1          Q.    You were employed by DeKalb County School

2     District during the COVID-19 pandemic; is that

3     correct?

4          A.    Yes, I was.

5          Q.    Would you agree that the pandemic caused

6     stress for people all around the world?

7               MR. WALKER:  Object to form.

8               THE WITNESS:  Yes, I do.

9     BY MR. REINKE:

10         Q.    Okay.  And that would include students

11    within the DeKalb County School District?

12              MR. WALKER:  Object to form.

13              THE WITNESS:  The pandemic caused stress

14         for everyone.

15    BY MR. REINKE:

16         Q.    Okay.  Including DeKalb County School

17    District students?

18         A.    Students were very stressed, yes.

19         Q.    Would you agree that students within the

20    School District experienced anxiety as a result of

21    the pandemic?

22              MR. WALKER:  Object to form.

23              THE WITNESS:  I don't know if they

24         suffered anxiety because of the pandemic, but

25         the pandemic caused a great deal of stress.

CONFIDENTIAL

                                             Page 102

1    BY MR. REINKE:

2         Q.    The DeKalb County School District

3    suspended in-person learning during the COVID-19

4    pandemic; is that correct?

5         A.    Yes.

6         Q.    In fact schools within the DeKalb County

7    School District were closed for approximately one

8    year during the pandemic, correct?

9         A.    Yes.

10        Q.    And during that time, there was virtual

11   instruction?

12        A.    Yes.

13        Q.    Would you agree that disruptions to school

14   instructional time can have mental health impacts on

15   students?

16            MR. WALKER:  Object to form.

17            THE WITNESS:  Can you restate the

18       question, please?

19   BY MR. REINKE:

20        Q.    Do you believe that disruptions to

21   instructional time could adversely affect student

22   mental health?

23            MR. WALKER:  Object to form.

24            THE WITNESS:  Students were definitely

25       disrupted from receiving instruction in a

Page 103

1          traditional way during COVID.  And so that could
2          lead to some concerns.
3     BY MR. REINKE:
4          Q.    Some concerns with respect to student
5     mental health?
6          A.    It can lead to concerns with academic
7     performance, with their ability to engage
8     effectively, with them feeling isolated.  And with
9     them becoming anxious, they become depressed.
10          Q.    Did you play any role in the decision of
11     the DeKalb County School District to transition to
12     virtual learning during the COVID-19 pandemic?
13          A.    No.
14          Q.    Did you play any role in like the process
15     for transitioning to virtual learning?
16          A.    No, I did not.
17          Q.    I'm going to show you a document that we
18     will mark as Exhibit 5, which is Tab 3.
19          (DeKalb-Revels Exhibit 5 was marked for
20     identification.)
21     BY MR. REINKE:
22          Q.    And if you could, please, take a moment to
23     review this document.  And let me know when you've
24     completed your review.
25                Have you finished?

CONFIDENTIAL

Page 104

1      A.   Yes.

2      Q.   Okay.  At the bottom of the document,

3  there's an e-mail from Deborah Moore-Sanders, dated

4  October 25th, 2020, that was sent to you along with

5  several other individuals.  Correct?

6      A.   Yes.

7      Q.   And if you flip over to the second page,

8  Dr. Moore-Sanders' title at the time was executive

9  director of culture and climate, correct?

10      A.   Yes.

11      Q.   At this time, October 25th of 2020, you

12  were coordinator of social work services for the

13  DeKalb County School District, correct?

14      A.   Yes.

15      Q.   Dr. Moore-Sanders said, "Greetings team,

16  Please see the attached document that addresses how

17  the District is handling mental health support.  This

18  has been a revolving question so I am providing a

19  summary of services.  Please review and provide

20  feedback."  Correct?

21      A.   Yes.

22      Q.   Okay.  And then you responded to the

23  e-mail, looks like later that day, saying, "Sorry for

24  the delay.  Looks good, includes everything that we

25  are doing.  I changed the first sentence.  See what

CONFIDENTIAL

Page 105

1    you think.  I also highlighted a couple of things."

2    Correct?

3         A.   Yes.

4         Q.   And it looks like you attached a document

5    to that e-mail called "Addressing Mental Health

6    Needs - October 26, 2020."  Correct?

7         A.   Yes.

8         Q.   I'm going to show you a document that we

9    will mark as Exhibit 6, which is Tab 3.

10        (DeKalb-Revels Exhibit 6 was marked for

11   identification.)

12   BY MR. REINKE:

13        Q.   And if you could, please, take a moment to

14   review Exhibit 6, and tell me when you have completed

15   your review.

16             This was Tab 2.  You got it right.

17        A.   Okay.

18        Q.   Okay.  Is this the document that was

19   attached to the e-mail that we just reviewed as

20   Exhibit 5?

21        A.   I am not 100 percent sure, because I don't

22   have the e-mail, but . . .

23        Q.   Well, the e-mail --

24        A.   I'm familiar with this document.  I mean,

25   I don't know if this is exactly what I attached, but

CONFIDENTIAL

Page 106

1    I'm familiar with this document.

2         Q.    Okay.  You're familiar with this document.

3              So this is the document that provides a

4    summary of the mental health services that the DeKalb

5    County School District was offering to its students

6    during the COVID-19 pandemic, correct?

7         A.    Yes.

8         Q.    Okay.  And did you assist at all in

9    preparing this document?

10        A.    Yes, I did.

11        Q.    Do you recall reviewing this document and

12   providing feedback on it?

13        A.    Yes.

14        Q.    And you provided that feedback to

15   Dr. Moore-Sanders, correct?

16        A.    Yes, I did.

17        Q.    And if you could go back to Exhibit 5,

18   which is the e-mail we were looking at before we

19   looked at this document.

20              And in the top -- in your e-mail to

21   Dr. Moore-Sanders, you said, "Looks good, includes

22   everything that we are doing.  I changed the first

23   sentence."

24              And then going back to Exhibit 6, the

25   first sentence of Exhibit 6 says, "The sudden and

CONFIDENTIAL

Page 107

1   unexpected transition from the familiar teaching

2   structure to a virtual platform can have an enormous

3   impact on students and staff, academically, socially

4   and emotionally."

5              Is that a sentence that you drafted?

6        A.   Based on this e-mail, it is.

7        Q.   Okay.  And do you agree with that

8   statement?

9        A.   Yes.

10       Q.   The next sentence says, "Closing a school

11  district can have an enormous impact on students and

12  staff in terms of addressing mental

13  health/social-emotional needs."

14             Do you agree with that statement?

15       A.   Yes.

16       Q.   And then the next sentence says, "Students

17  many" -- which looks like it's just a stray word --

18  "may experience an increased level of stress or

19  anxiety due to factors such as missing their friends,

20  being in a digital world too long, struggling with

21  time management, not understanding specific content

22  when required to work independently, or simply being

23  overwhelmed."

24             Do you agree with that statement?

25       A.   Yes.

CONFIDENTIAL

Page 108

1        Q.    And are the items listed in this paragraph
2    issues that DeKalb County School District students
3    experienced during the period of virtual learning as
4    a result of the COVID-19 pandemic?
5        A.    Yes, these are issues students
6    experienced.
7        Q.    Now, this memo goes on to describe
8    several -- provides a summary of -- of several mental
9    health resources that the DeKalb County School
10    District was employing to address the mental health
11    needs of students and staff and parents during the
12    pandemic, correct?
13        A.    Yes.
14        Q.    And if you flip to the second page --
15    actually, first page, sorry.
16            The last bullet point on the first page
17    says, "School psychologists and school social workers
18    are available to their schools to address parental
19    and teacher concerns on topics such as anxiety,
20    stress, suicidal ideation, recognizing mental health
21    symptoms, and/or being overwhelmed."
22            Did I read that correctly?
23        A.    Yes.
24        Q.    Now, in your role as coordinator of social
25    work services, you did not oversee the school

```
                                          Page 109
```

1    psychologists, correct?

2         A.   No, I did not.

3         Q.   But you did oversee school social workers?

4         A.   Yes, I did.

5         Q.   Would you agree that the school social

6    workers were an important part of DeKalb County

7    School District's mental health resources that were

8    available during the pandemic?

9         A.   Yes.

10        Q.   And what types of support services were

11   DeKalb County School District social workers

12   providing during the pandemic?

13        A.   Some of the social workers were providing

14   like open office hours, so that if someone needed to

15   talk to them, they could sign -- they could sign

16   in -- unscheduled appointments type of -- it's like a

17   block of time, so that people can sign in and talk to

18   them if they needed to talk to them, both for

19   students and adults.

20             And they also were able to provide brief

21   supportive counseling to students, if there were any

22   concerns that they presented with and they wanted to

23   talk to someone about it.

24             Students were also able to click on a --

25   click on a link to say "I'm being abused."  "I'm

CONFIDENTIAL

Page 110

1  being molested."  "Someone is hurting me at home."

2  And the social worker could reach out to that student

3  and talk to them about it.

4       Q.   Okay.  Are there any other services that

5  DeKalb County School District social workers were

6  providing to students, that you can recall, during

7  the pandemic?

8       A.   Yes.  We were giving out food on a weekly

9  basis to families through our partnership with the

10  food bank.  We were still making home visits to

11  ensure that students were receiving instruction.  We

12  were delivering devices to students.

13       Q.   When you say you were "delivering devices

14  to students," what kind of devices?

15       A.   Laptops.

16       Q.   Were those like Chromebooks?

17       A.   Yes.

18       Q.   Issued by the District?

19       A.   Yes.

20       Q.   And that was so students could participate

21  in virtual learning?

22       A.   Yes.

23       Q.   You mentioned that DeKalb County School

24  District social workers were providing grief support

25  or counseling for students during the COVID-19

CONFIDENTIAL

Page 111

1    pandemic, correct?

2         A.    Yes.

3         Q.    What is grief supportive counseling?

4         A.    Oh, not "grief."  "Brief."

5         Q.    Oh, "brief"?

6         A.    Yes.

7         Q.    Okay, okay.  Sorry.

8               Brief supportive counseling?

9         A.    Yes.  I'm sorry.

10        Q.    All right.  And what would -- so

11   supportive counseling could be, you know, addressing

12   various mental health issues, correct?

13        A.    Yes.

14        Q.    And what would be some of the mental

15   health issues that DeKalb County School District

16   social workers were addressing during the pandemic?

17        A.    Suicidal ideation.  Depression.  Social

18   isolation.  Students acting as parents during the

19   pandemic.

20              So any issue that came up that a student

21   wanted to express concerns about.

22        Q.    During the COVID-19 pandemic, was there an

23   increase in demand for these counseling sessions

24   compared to before the pandemic?

25        A.    The demand changed, just because the --

CONFIDENTIAL

Page 112

1    the method of interacting with the students changed.
2    And so it's difficult to say whether it was an
3    increase or not, because our enrollment declined so
4    much.  And so it's kind of difficult to give it -- to
5    quantify it.
6         Q.   When you say "the demand changed," what do
7    you mean by that?  Like how did it change?
8         A.   We were no longer able to -- to see a
9    student that is upset, to see them in our face.  And
10   so it was just difficult -- it was a little bit more
11   difficult to recognize if a student needed help.
12        Q.   Because of the lack of face-to-face
13   interaction?
14        A.   Yes.
15             MR. REINKE:  Okay.  We're almost at noon,
16        so we can go off the record and take a lunch
17        break.
18             VIDEOGRAPHER:  We're going off the record
19        at 11:56.
20             (A recess transpired from 11:56 a.m. until
21             12:48 p.m.)
22             VIDEOGRAPHER:  We're back on the record at
23        12:48.
24   BY MR. REINKE:
25        Q.   All right, Ms. Revels.  I'm going to show

CONFIDENTIAL

Page 113

1    you another document that we'll mark as Exhibit 7.

2         (DeKalb-Revels Exhibit 7 was marked for

3    identification.)

4    BY MR. REINKE:

5         Q.   And this one will be very quick.  This --

6    this is Tab 5.

7              And this looks like an e-mail that you

8    sent to yourself, with an attachment.  Correct?

9         A.   Yes.

10             MR. REINKE:  And I'll mark as Exhibit 8

11        the document that was produced by DeKalb County

12        School District as the attachment to this

13        e-mail.  And that's Tab 4.

14        (DeKalb-Revels Exhibit 8 was marked for

15    identification.)

16    BY MR. REINKE:

17        Q.   If you could please take a moment to

18    review the document that I've marked as Exhibit 8,

19    and tell me if you recognize that document.

20        A.   Okay.

21        Q.   Do you recognize that document?

22        A.   Yes.

23        Q.   And what is this document?

24        A.   These were notes that I typed to myself.

25        Q.   Okay.  And do you recall why you typed

CONFIDENTIAL

Page 114

1    these notes?

2          A.    Based on the subject of the e-mail, I may

3    have been working on a grant.

4          Q.    Do you recall working on a grant related

5    to obtaining additional social worker resources after

6    the pandemic?

7          A.    I don't recall which grant that could have

8    been.

9          Q.    All right.  So you don't recall

10   specifically -- like a specific grant in which you

11   made these notes in connection with?

12         A.    I don't.

13         Q.    Okay.  If we can take a look at the notes

14   that we've marked as Exhibit 8, the first sentence

15   says, "School social workers (SSW) will be

16   instrumental in providing for student care in the

17   aftermath of the COVID-19 pandemic."  Correct?

18         A.    Yes.

19         Q.    Were school social workers in the DeKalb

20   County School District instrumental in providing for

21   student care in the aftermath of the pandemic?

22         A.    Yes.

23         Q.    Okay.  And then the next sentence says,

24   "Students facing challenges regarding increased

25   anxiety, grief and loss, depression, social phobia

CONFIDENTIAL

Page 115

1    and other mental health challenges will need to be

2    provided with supportive services in order to

3    transition back into the school setting."

4              Is that correct?

5         A.   Yes.

6         Q.   And is this sentence describing challenges

7    that students in the DeKalb County School District

8    faced as a result of the COVID-19 pandemic?

9              MR. WALKER:  Object to form.

10             THE WITNESS:  We had to try to anticipate

11       what we may see when students returned.

12   BY MR. REINKE:

13        Q.   When they returned from the virtual

14   learning during the pandemic?

15        A.   Yes.

16        Q.   Okay.  And did you in fact see anxiety in

17   students after they returned to virtual learning from

18   the pandemic?

19        A.   We did see students with an increased

20   level of anxiety.

21        Q.   And did you see students that had an

22   increased level of grief and -- grief and loss when

23   they returned from the period of virtual learning

24   during the COVID-19 pandemic?

25        A.   We did.

CONFIDENTIAL

Page 116

1          Q.    Did you also see students in the DeKalb
2    County School District that had an increased level of
3    depression when they returned from virtual learning
4    during the COVID-19 pandemic?
5          A.    Yes, we did.
6          Q.    Did you also see students in the DeKalb
7    County School District that had -- that were
8    experiencing social phobia when they returned from
9    virtual learning after the COVID-19 pandemic?
10         A.    Yes, we did.
11         Q.    And what is social phobia?
12         A.    When it -- when a person experiences some
13   level of anxiety in relation to being in social
14   situations around large crowds of people.
15         Q.    Okay.  So it's fair to say, then, that
16   DeKalb County School District students faced a number
17   of mental health challenges when they returned to
18   school from virtual learning after the COVID-19
19   pandemic?
20         A.    Yes.
21         Q.    The next sentence says, "SSWs" -- which
22   are school social workers, correct? -- "will partner
23   with CASEL to receive enhanced training around
24   implementing a social-emotional learning model with
25   students in order to restore a sense of normalcy in

CONFIDENTIAL

Page 117

1    schools."  What is "CASEL"?

2         A.    It's an SEL platform, an SEL program.

3         Q.    Okay.  And do you know specifically what

4    those letters stand for?

5         A.    "SEL" is social-emotional learning.  CASEL

6    is a company that provides those services.  I'm not

7    sure what "CA" stands for right now.

8         Q.    But the company is pronounced "castle"?

9         A.    Yes.

10        Q.    What is social-emotional learning?

11        A.    It's -- it's teaching children soft skills

12   around self-regulation, social interaction,

13   decision-making.  It's teaching students a variety of

14   skills in order to negotiate themselves in the world.

15        Q.    And it looks like this paragraph is

16   discussing implementing a training associated with a

17   social-emotional learning model in the DeKalb County

18   School District after the pandemic.  Is that correct?

19        A.    Yes.

20        Q.    And did the DeKalb County School District

21   implement such a training?

22        A.    We did not move forward with CASEL.

23        Q.    Is there any particular reason why the

24   School District did not move forward with CASEL?

25        A.    We already had some SEL information, and I

CONFIDENTIAL

Page 118

1    think we continued to move forward with the SEL

2    information that we already had.

3         Q.    Okay.  When you say that the District

4    already had SEL information, what kind of information

5    did the District have?

6         A.    We had -- we used SEL curriculum

7    information from a different program.

8         Q.    And how did the DeKalb County School

9    District use this SEL curriculum information?

10        A.    We taught those soft skills to students

11   through the Second Step program.

12        Q.    Is that something that was taught to all

13   students within the DeKalb County School District?

14        A.    It was really geared towards elementary

15   students.  It was geared primarily towards elementary

16   and maybe middle school students.

17        Q.    Okay.  And it was geared toward elementary

18   and maybe middle school students that were returning

19   to in-person learning after the pandemic; is that

20   right?

21        A.    So that's a program that we had

22   prepandemic.

23        Q.    Okay.

24        A.    And so we wanted -- we wanted to continue

25   that program.

CONFIDENTIAL

Page 119

1    Q.    Okay.  So you continued the program after

2    the pandemic?

3    A.    We did.

4    Q.    And would it have been given to all

5    elementary schools, when they returned -- all

6    elementary school students, when they returned to

7    in-person learning?

8    A.    The program was provided to all elementary

9    schools so that the counselor could redeliver the

10   program.  However, it may not have been provided to

11   every single student in the schools.  I can't

12   guarantee that every counselor actually implemented

13   the program.

14   Q.    Was it your intent that it would be

15   provided to every student in elementary schools?

16   A.    It was the intent that we would provide

17   some level of support, SEL support.  And so if you're

18   not providing Second Step, do something to build

19   character amongst students.

20   Q.    What was the content of this Second Step

21   training program that was provided specifically after

22   students returned to in-person learning following the

23   pandemic?

24   A.    The program had a child safety component

25   to it.  And it also had components, like I said, with

CONFIDENTIAL

Page 120

1   soft skills, character-building, building empathy,

2   coping skills; just teaching children how to interact

3   with one another, be sensitive to one another's

4   needs, and interact in a peaceful way and not a

5   conflictual-type way.

6           Q.   Is there any content that this program

7   that was specifically focused on social media?

8               MR. WALKER:  Object to form.

9               THE WITNESS:  I did not manage that

10          curriculum, and so I'm not really sure about

11          every component of it.

12  BY MR. REINKE:

13          Q.   Okay.  But as you sit here today, are you

14  personally aware of any component of this program

15  that was specifically focused on social media?

16          A.   The child safety piece could have had a

17  component that focused on social media.  Like I said,

18  I wasn't intimately -- one of the people that did the

19  training for that curriculum, so I'm not sure.  So I

20  can't say that it did not -- affirm -- solely on

21  that.

22          Q.   Okay.  You said it could have had a

23  component that focused on social media.  It also

24  could not have had that; you just don't know either

25  way.  Right?

CONFIDENTIAL

Page 121

1      A.    I'm not sure if it had that component or

2  not.

3      Q.    Okay.  You also testified that it was your

4  intention to provide some level of SEL support to all

5  students in the DeKalb County School District after

6  they returned to in-person learning following the

7  pandemic.  Was there any SEL support that was

8  provided to DeKalb County students when they returned

9  to in-person learning following the pandemic that

10  specifically focused on social media?

11      A.    We had conversations with our schools and

12  our teachers and our leaders to discuss how we could

13  effectively provide instruction to the students and

14  alleviate any distractions that social media

15  platforms were creating for our students.

16      Q.    And did you personally participate in

17  these conversations?

18      A.    Yes, I did.

19      Q.    Who were the -- how many times do you

20  recall discussing this?

21      A.    We discussed -- so our team of leaders, we

22  discussed at our monthly meetings what we could do to

23  help support students reentering school, and how we

24  could help support our instructional leaders in the

25  building and not have to support students that were

CONFIDENTIAL

Page 122

1  not following directions.  And so it was ongoing

2  conversation.

3      Q.   And how many times do you specifically

4  recall discussing social media as part of these

5  conversations?

6      A.   It came up -- it came up -- like we had

7  meetings weekly, and then we had meetings monthly,

8  with different groups.  And so it would come up -- at

9  least monthly it was coming up, because it was a

10 pervasive issue, once we returned.  And we really had

11 to work on -- how do we create some structure around

12 students paying attention.

13     Q.   Do you recall any specific conversations

14 about -- or do you recall any specific mentions of

15 social media in these conversations that you're

16 describing?

17     A.   I recall conversations about how to handle

18 the disciplinary concern that came up due to the use

19 of social media.  We were trying to decrease

20 suspensions.

21     Q.   And who do you recall having those

22 conversations with?

23     A.   With our internal leadership, when we had

24 our monthly meetings.

25     Q.   When you say "internal leadership," are

CONFIDENTIAL

Page 123

1  there specific individuals that you're referring to?

2       A.    It would be the deputy -- the deputy

3  superintendent and the other coordinators.

4       Q.    Was the deputy superintendent at the time

5  Dr. Moore-Sanders?

6       A.    Yes, it was.

7       Q.    Okay.  And when you say "the other

8  coordinators," who are you referring to?

9       A.    The coordinator of counseling, coordinator

10  of psychological services.

11       Q.    You said that the conversation with these

12  individuals was about how to handle the disciplinary

13  concerns related to social media, and I think you

14  mentioned specifically reducing suspensions.  Do you

15  recall anything else about that conversation?

16       A.    We wanted to make sure that our team that

17  were -- that were based in the schools could provide

18  some support to those students, instead of them being

19  suspended, out of school.  So we wanted to provide

20  support for students in school.

21       Q.    And did your team provide support to

22  students in school in that regard?

23       A.    We did.

24       Q.    And how did your team do that?

25       A.    We were able to meet with students and

CONFIDENTIAL

Page 124

1    discuss with them some alternative behaviors that

2    would be more positive and would not lead to them

3    being suspended.

4         Q.   And do you know approximately how many of

5    these meetings with students occurred?

6         A.   I don't have any numbers.

7         Q.   Do you know if these meetings with

8    students were documented in any way?

9         A.   We encourage our staff members to document

10   meetings with students for any issue that they're

11   talking about.

12        Q.   And is there a specific way that you

13   encourage staff members to document meetings with

14   students?

15        A.   Through Infinite Campus.

16        Q.   Okay.  Is there anything else you recall

17   about your conversations with Dr. Moore-Sanders and

18   the other coordinators about how to handle

19   disciplinary concerns regarding social media --

20        A.   No.

21        Q.   -- in the wake of the pandemic?

22        A.   No, there's not.

23        Q.   I'm going to show you another document

24   that we'll mark as Exhibit 9, or -- sorry.  It's

25   Tab 9 and Exhibit 9.  Okay.  Got my numbers confused

CONFIDENTIAL

Page 125

```
 1   for a second.
 2         (DeKalb-Revels Exhibit 9 was marked for
 3   identification.)
 4             MR. REINKE:  No, it's not Tab 9; it's
 5         Tab 76, Exhibit 9.
 6   BY MR. REINKE:
 7         Q.   If you could please take a moment to
 8   review the document that I've marked as Exhibit 9.
 9   And let me know when you've completed your review.
10         A.   Okay.
11         Q.   Okay.  Have you reviewed Exhibit 9?
12         A.   I have.
13         Q.   And at the top e-mail on the chain, it
14   looks like Dr. Towns is forwarding you and a number
15   of other people the e-mail that is the second e-mail
16   in the chain.  Correct?
17         A.   Yes.
18         Q.   Okay.  And that second e-mail on the chain
19   that Dr. Towns was forwarding to you is from somebody
20   named Michelle Sandrock.  Do you know who that is?
21         A.   Yes, I do.
22         Q.   Okay.  And who is she?
23         A.   She works with Metro RESA.
24         Q.   What is Metro RESA?
25         A.   It's the Metro Regional Education --
```

CONFIDENTIAL

Page 126

1    something -- Association.  I can't remember exactly
2    what it's for.
3         Q.   Okay.  And do you know what the function
4    of that organization is?
5         A.   I don't.  I've never worked with that
6    organization.
7         Q.   Is that an organization that, to your
8    knowledge, works with the DeKalb County School
9    District?
10        A.   They do.
11        Q.   And do you know what they do for the
12   DeKalb County School District?
13        A.   Oftentimes they provide trainings for
14   staff members.
15        Q.   Do you know what kind of trainings they
16   provide?
17        A.   Around PBIS and restorative practices.
18        Q.   And it looks like the e-mail that you were
19   forwarded from Dr. Towns says, "Good morning PBIS DCs
20   and external coaches.
21             "Late Friday GaDOE sent out some relevant
22   information that I wanted to make you aware of as it
23   relates to SEL/mental health/school climate.  Please
24   make you plan and discuss with your
25   superintendent/District leadership regarding the

CONFIDENTIAL

Page 127

1    Student Wellness Survey as there is no mandatory

2    participation, but the data will likely be helpful

3    for future planning of your school climate/mental

4    health initiatives."

5              Is "GaDOE" that's referred to here, is

6    that the Georgia Department of Education?

7         A.   Yes, it is.

8         Q.   And do you recall the Georgia Department

9    of Education providing resources to the DeKalb County

10   School District to address mental health issues as a

11   result of the pandemic?

12        A.   I recall, yes.

13        Q.   Okay.  And -- and what were some of those

14   resources?

15        A.   Links.  They sent links to us.

16        Q.   Okay.  When you say "they sent links," you

17   mean like a -- a link to like online resources?

18        A.   Yes.

19        Q.   Okay.  Do you recall the Georgia

20   Department of Education providing any other resources

21   to the DeKalb County School District in the wake of

22   the COVID-19 pandemic?

23        A.   No.

24        Q.   This e-mail refers to a mental health

25   symposium.  And it says, "The ripple effects of the

CONFIDENTIAL

Page 128

1   COVID-19 pandemic are many, including the impact of

2   isolation and other factors on the well-being of

3   individuals.  The Georgia Department of Education is

4   dedicated to providing training and resources to

5   equip school staff with knowledge and skills to

6   support the mental health and well-being of students,

7   staff, and other members of the school community.

8   Since 2018, the RESA/GaDOE MHAT project has provided

9   no cost mental health awareness training through

10  schools, districts, and RESAs to over 28,000 school

11  staff throughout the state in a blend of face-to-face

12  and online platforms."

13          Have you ever attended any training

14  provided by the Georgia Department of Education about

15  the mental health and well-being of students?

16          A.   I cannot recall.

17          Q.   The paragraph continues, "Join us

18  virtually February 22 through 24th, 2021, for Coping

19  With COVID-19:  Supporting Mental Health in Our

20  Schools, a mental health awareness training

21  symposium."  Correct?

22          A.   Yes.

23          Q.   Do you recall if you attended the Coping

24  With COVID-19:  Supporting Mental Health in Our

25  Schools training symposium that's referred to in this

CONFIDENTIAL

Page 129

1    paragraph?

2         A.   I do not recall.

3         Q.   Do you know if anybody in the DeKalb

4    County School District attended that symposium?

5         A.   I'm not sure.

6         Q.   The next paragraph in this e-mail is

7    titled "Student Wellness Survey."

8              And the first sentence says, "The Georgia

9    Student Health Survey, Georgia Parent Survey, and

10   Georgia School Personnel Survey will not be

11   administered during the 2020 through 2021 school

12   year."  Are you familiar with the Georgia Student

13   Health Survey?

14        A.   Yes, I am.

15        Q.   What is the Georgia Student Health Survey?

16        A.   It's a survey that the State sends out for

17   students to complete regarding their well-being at

18   school.

19        Q.   Okay.  You say it's a survey that the

20   State sends out.  Is that the State Department of

21   Education?

22        A.   Yes.

23        Q.   And the survey is for students to

24   complete.  So is it sent to DeKalb County School

25   District students?

CONFIDENTIAL

```
                                       Page 130
 1        A.    Yes.
 2        Q.    Do you know how often that survey is sent
 3   to DeKalb County School District students?
 4        A.    I can't recall.
 5        Q.    In your role with the DeKalb County School
 6   District, do you receive the results of the Georgia
 7   Student Health Survey for DeKalb County School
 8   District students?
 9        A.    No.  You have to search for the results.
10        Q.    Have you ever looked at the results of the
11   Georgia Student Health Survey for DeKalb County
12   School District students?
13        A.    Yes.
14        Q.    And -- and when have you looked at the
15   results of that survey?
16        A.    Prepandemic.
17        Q.    Do you recall looking at the results of
18   that survey more than once?
19        A.    I cannot recall the exact number of times
20   I've pulled the survey.
21        Q.    Do you recall if you've ever looked at the
22   results of that survey after the pandemic?
23        A.    I can't recall, because they stopped
24   sending it at some point.  So I can't recall.
25        Q.    When you say "they stopped sending it at
```

CONFIDENTIAL

Page 131

1    some point," what do you mean by that?

2         A.    GaDOE didn't send it out to the students

3    for a couple years.  And so I'm just not sure of when

4    they stopped and started.  It was a -- there was a

5    break.

6         Q.    When -- when you say "GaDOE," do you mean

7    the Georgia Department --

8         A.    The Georgia Department --

9         Q.    -- of Education?

10        A.    -- of Education, yes.

11        Q.    All right.  You said they stopped sending

12   it at some point for a couple years.  Have they

13   started sending it again, do you know?

14        A.    I can't recall.

15        Q.    You testified that before the pandemic,

16   you looked at the results of the Georgia Student

17   Health Survey.  For what purpose were you looking at

18   the results of that survey?

19        A.    For data related to children wanting to

20   complete suicide.

21        Q.    Okay.  Was there a particular reason why

22   you were looking at that data?

23        A.    I believe we were just wanting to gauge

24   the services that we would provide to students to

25   provide support.

CONFIDENTIAL

Page 132

1      Q.   And did the data that you reviewed assist

2  you in doing that?

3      A.   It did.

4      Q.   How so?

5      A.   We saw that students were identifying on

6  the survey that they had been thinking about suicide

7  in the past.

8      Q.   Do you consider the data in the Georgia

9  Student Health Survey to be reliable?

10          MR. WALKER:  Object to form.

11          THE WITNESS:  It's student report, and so

12      as reliable as student report in that format,

13      where there is a level of anonymity, I can't

14      really attest whether that information is

15      accurate or not.

16  BY MR. REINKE:

17      Q.   Okay.  Do you have any reason to like

18  doubt the veracity of these surveys?

19          MR. WALKER:  Object to form.

20          THE WITNESS:  I really can't even

21      formulate, you know, what Georgia Department of

22      Education is using as their validity instrument

23      for that.

24  BY MR. REINKE:

25      Q.   Okay.  You -- you just don't know how they

CONFIDENTIAL

Page 133

1    validate the data?

2        A.    I don't.

3        Q.    Okay.  Do you know if anybody else within

4    the DeKalb County School District uses Georgia

5    Student Health Surveys for any purpose?

6        A.    I wouldn't know what any other division

7    was doing.

8        Q.    Have you ever had any conversations with

9    anybody in the DeKalb County School District about

10   the results of Georgia's Student Health Surveys?

11       A.    Yes, I have.

12       Q.    Okay.  And tell me about those

13   conversations.

14       A.    I've had conversations with the social

15   workers around it increasing the level of sensitivity

16   when students present with mental health concerns.

17       Q.    And when you say "increasing the level of

18   sensitivity," what do you mean about that?

19       A.    To ensure they are having a thorough

20   conversation with students, to rule out suicidal

21   ideation.

22       Q.    Okay.  So to ensure that the social worker

23   is discussing -- is having a thorough conversation

24   with students?

25            Yes?

CONFIDENTIAL

Page 134

```
 1        A.   Yes.
 2        Q.   Okay.  And does -- Georgia Student Health
 3   Surveys came up in these conversations?
 4        A.   Yes.
 5        Q.   How so?
 6        A.   I told them that they could take a look at
 7   the Georgia Student Health Survey, so that they
 8   could -- so that they could just see for themselves
 9   the type of numbers that were coming up.
10        Q.   Okay.  Other than these conversations with
11   social workers that you've described, have you had
12   any other conversations with anybody in the DeKalb
13   County School District about Georgia Student Health
14   Surveys?
15        A.   No.
16        Q.   This e-mail also refers to Georgia Parent
17   Surveys.  Is that something that you're familiar
18   with?
19        A.   No.  That doesn't come out of my division.
20        Q.   Okay.  And this e-mail refers to Georgia
21   School Personnel Surveys.  Is that something you're
22   familiar with?
23        A.   I've completed it.
24        Q.   Okay.  And is that a survey that's also
25   given by the Georgia Department of Education?
```

CONFIDENTIAL

Page 135

1        A.    I believe so.

2        Q.    And how many times do you recall

3   completing that survey?

4        A.    Whenever it's sent out.  I'm not sure of

5   the cadence at which it's sent out, though.

6        Q.    Okay.  And do you recall ever looking the

7   results of the Georgia School Personnel Survey?

8        A.    No, I haven't.

9        Q.    This e-mail refers to a Student Wellness

10  Survey that was sent out by Metro RESA, correct?

11       A.    Yes.  I'm actually not sure if Georgia

12  Department of Education sent it out, or Metro RESA.

13       Q.    Okay.  Fair enough.  But this refers to

14  something called the Student Wellness Survey,

15  correct?

16       A.    Yes.

17       Q.    Do you know if that Student Wellness

18  Survey was administered to DeKalb County School

19  District students?

20       A.    I'm not sure if it was.

21       Q.    Okay.

22       A.    It's not our instrument.

23       Q.    But you didn't play any role in the

24  administration of a Student Wellness Survey to DeKalb

25  County School District students, fair?

CONFIDENTIAL

Page 136

1          A.     Not that I can recall.

2          Q.     Okay.   Now, I want to talk to you a bit

3     about SAFE Centers.   And I know that you testified

4     when we were talking about your job descriptions that

5     that part of your role has to do with SAFE Centers,

6     correct?

7          A.     Yes.

8          Q.     What is a SAFE Center?

9          A.     It's a Student and Family Engagement

10    Center that provides comprehensive services to

11    students.   The services include mental health

12    services, conflict resolution skills, food pantry.

13    It may have a clothing closet, and it provides

14    students with support in any areas they may present

15    concerns.

16         Q.     Okay.   You mentioned mental health

17    services.   What types of mental health services are

18    provided in SAFE Centers?

19         A.     The individual mental health services

20    that -- that I mentioned earlier, that were provided

21    by those five different partners.   And mental health

22    services are also provided in the form of group

23    meetings.   We also have providers that come and teach

24    different skills, like violence prevention or gang

25    prevention, or just different -- address different

CONFIDENTIAL

Page 137

1    concerns that we see in schools.

2         Q.    The five service providers, are you

3    referring to the five partners that provide

4    counseling to DeKalb County School District students?

5         A.    Yes, I am.

6         Q.    Including like CHRIS 180?

7         A.    Yes, and Pathways, yes.

8         Q.    And they provide these services within

9    SAFE Centers?

10        A.    In those schools that have SAFE Centers.

11        Q.    Do they also provide services in schools

12   that do not have SAFE Centers?

13        A.    Yes, they do.

14        Q.    And in that instance, where do they

15   provide those services?

16        A.    They are provided with a confidential

17   meeting area in those schools.

18        Q.    You mentioned -- are there other mental

19   health services that the SAFE Centers provide?

20        A.    We -- in order to start a SAFE Center, we

21   conduct a survey of sorts, with students in that

22   school, to determine the needs; and then we look at

23   the demographics of the school.  And so if a school

24   has a high number of students that are teen parents,

25   we may provide a teen parenting program.

CONFIDENTIAL

Page 138

1              And so we just look at the individual
2     needs of the schools, and then we'll provide services
3     based on the needs that are presented.
4          Q.    Okay.  So the services -- the mental
5     health services that are provided with any particular
6     SAFE Center could vary from school to school,
7     depending on what the needs of that particular school
8     are?
9          A.    The programs.  And so we have -- our
10    standard in the SAFE Center is to provide the
11    therapy, the therapeutic services, that we provide
12    that as standard level of care at all six SAFE
13    Centers.
14             In addition to that, we have partnerships
15    with various external partners and agencies that
16    provide additional services.
17        Q.    Are you aware of any programming provided
18    in SAFE Centers that is specific to social media?
19             MR. WALKER:  Object to form.
20             THE WITNESS:  The programs that are
21          provided in the SAFE Centers, like I said, they
22          are specific to the needs of the students.  And
23          so -- social media is definitely a concern for
24          us, and so we see that coming up in
25          conversations, when they're talking about

CONFIDENTIAL

Page 139

1         violence prevention, or talking about human
2         trafficking prevention, talking about safe --
3         safety.
4              And so that comes up in different
5         conversations in the SAFE Centers when providers
6         come.
7   BY MR. REINKE:
8         Q.   Okay.  So that can come up in connection
9   with individual mental health services that are being
10  provided in a SAFE Center?
11        A.   It can come up in individual, yes.
12        Q.   Okay.  You mentioned that the programs are
13  specific to the needs of the students.  Right?
14        A.   (Nodding head up and down.)
15        Q.   And I guess what I'm trying to understand
16  is if there is a program that is offered in the SAFE
17  Centers that is exclusively focused on social media
18  issues.
19        A.   Our programs in schools are not typically
20  just -- like linear in focus, where we can only talk
21  about one thing with students.  We need to always
22  give students the opportunity to discuss whatever
23  concerns that they have, whatever concerns they bring
24  to the table.  And so we have to be fluid when the
25  students come to us --

CONFIDENTIAL

Page 140

1      Q.   Sure.

2      A.   -- and make sure we're able to address

3  whatever concern they have.

4      Q.   Okay.  So then there is no program that's

5  offered in SAFE Centers that is exclusively focused

6  on social media?

7      A.   All the programs are -- like I said,

8  they're fluid; and so they may come with the

9  intention of talking about safety, and then if social

10  media comes up in those conversations, we can address

11  safety concerns at that time.

12      Q.   Okay.  What was your -- well, before we

13  get to that, you also mentioned that SAFE Centers

14  have a role with respect to conflict resolution

15  skills.  Explain that.

16      A.   We have at -- one of our SAFE Centers, we

17  have a partnership with the King Center for

18  Nonviolence.  And so we have representatives that

19  come out to the school to teach children about

20  resolving conflict in a nonviolent way.

21      Q.   Okay.  Is there any other programming at

22  SAFE Centers related to conflict resolution skills?

23      A.   We have -- we have had a partnership with

24  one of the local hospitals around gun violence, and

25  just talking about how to resolve conflicts without

CONFIDENTIAL

Page 141

1    using weapons, without resorting to fighting.

2         Q.    Any other programming that you can think

3    of that relates to conflict resolution skills?

4         A.    I venture to say all the programming.  We

5    have programming around hip-hop lyrics, and we have

6    programming around mindfulness.  We have a gardening

7    program that teaches children how to self-reflect.

8              And so we have a lot of different types of

9    programs through the SAFE Centers that are teaching

10   students skills that would help them be more

11   deliberate in their decision-making.

12        Q.    You also mentioned a food pantry as a

13   service that SAFE Centers provide.  What is the food

14   pantry?

15        A.    We have a partnership with the -- one of

16   the food banks, and they provide us with shelf-stable

17   items.  And so if a family enrolls in school, they

18   may have just moved into the community, or we have a

19   family that's experiencing homelessness and they may

20   need some food to tide them over, we have food

21   available that we can provide to the family.

22        Q.    So this food pantry provides a means of

23   addressing like food insecurity issues?

24        A.    It does.

25        Q.    And you mentioned a clothing closet as

CONFIDENTIAL

Page 142

1   well.  What is the clothing closet?

2        A.   A clothing closet has clothes for students

3   that -- that may need clothes for a variety of

4   reasons.  There may have been a -- experienced a

5   fire.  They may have had to flee a domestic violence

6   situation.  They may be homeless.  They may have

7   gotten drenched in the rain.

8             It's just -- if a child needs some

9   clothes, we have some clothes available in most of

10  our SAFE Centers.

11       Q.   Are these -- the clothing that is

12  available in SAFE Centers, is that clothing that the

13  student -- that a student would borrow?  Or do they

14  get to like, you know, take the clothing and keep it?

15       A.   They can keep it.

16       Q.   Okay.  And is that clothing that's like

17  donated from the community?

18       A.   We have -- we have a partner that donates

19  items to us that are new.  And then we also have some

20  donations.

21       Q.   Okay.  And who is the partner that donates

22  items?

23       A.   It's the Assistance League of Atlanta.

24       Q.   Were you involved in the creation of

25  SAFE Centers in the DeKalb County School District?

CONFIDENTIAL

Page 143

1         A.    Yes, I was.

2         Q.    Okay.  What was your role in the creation

3    of SAFE Centers?

4         A.    Developing the concept of what the

5    SAFE Center would look like, aesthetically, and

6    hiring the staff members that would work in the

7    SAFE Center, and developing the partnerships for the

8    SAFE Centers to get them started.

9         Q.    Were SAFE Centers your idea?

10        A.    They were actually the -- the idea of

11   Metro RESA.  And they call them "comprehensive school

12   models," and so we just -- every district that has

13   them renames it.

14        Q.    How did you find out about this idea of

15   comprehensive school model?

16        A.    Through a meeting with Metro RESA.

17        Q.    Do you recall when that meeting was?

18        A.    It was prepandemic.

19        Q.    What do you recall from that meeting?

20        A.    It was a meeting with the -- actually

21   Ms. Sandrock from Metro RESA, the deputy -- the

22   deputy superintendent, and a few other team members.

23            And Metro RESA introduced the idea of a

24   comprehensive school model.

25        Q.    Okay.  And "Ms. Sandrock" is Michelle

CONFIDENTIAL

Page 144

1  Sandrock, who was looking at -- who wrote the e-mail
2  we were looking at previously?
3       A.   Yes.
4       Q.   You mentioned the deputy superintendent.
5  Was that Dr. Moore-Sanders?
6       A.   No.  At the time, that was Vasanne
7  Tinsley.
8       Q.   Okay.  And then you were present in this
9  meeting?
10      A.   Yes.
11      Q.   As well as several other people from the
12 DeKalb County School District?
13      A.   Yes.
14      Q.   Do you recall any of those other
15 individuals who were present in this meeting?
16      A.   Dr. Moore-Sanders was there.  Kishia Towns
17 was there.  Our prevention liaison was there.  And
18 myself.
19      Q.   And who is the prevention liaison?
20      A.   Torri Hornsby-Griffin.
21      Q.   Is that the position that works in the
22 alternative school?
23      A.   Yes.
24      Q.   And so after this meeting took place, what
25 was sort of the next step that led to the development

CONFIDENTIAL

Page 145

1    of SAFE Centers in DeKalb County schools?

2         A.   We had to identify a site.

3         Q.   Identify a school to open a first

4    SAFE Center?

5         A.   Yes.

6         Q.   Were you involved with the process of

7    identifying which school to open the first

8    SAFE Center in?

9         A.   The -- the -- Dr. Vasanne Tinsley, the

10   deputy superintendent at that time, identified the

11   site.

12        Q.   Okay.  Do you know why she chose the

13   school she did?

14        A.   The school had a poor graduation rate.

15        Q.   Do you know if there were any other

16   factors in why she chose that school?

17        A.   No.

18        Q.   And which school was identified as the

19   first site for SAFE Centers?

20        A.   Cross Keys High School.

21        Q.   And that's a DeKalb County high school?

22        A.   Yes, it is.

23        Q.   When did the SAFE Center open at Cross

24   Keys High School?

25        A.   Maybe the '21-'22 school year; I'm not

CONFIDENTIAL

Page 146

1    sure exactly when.

2         Q.    Was it sometime after the pandemic?

3         A.    It was.

4         Q.    And since that time, has the DeKalb County

5    School District opened additional SAFE Centers?

6         A.    Yes, we have.

7         Q.    How many SAFE Centers are there currently

8    in the DeKalb County School District?

9         A.    Six.

10         Q.    And they're all at high schools?

11         A.    Yes, they are.

12         Q.    Do you know what high schools they're at?

13         A.    Yes, I do.

14         Q.    Which high schools?

15         A.    Cross Keys, McNair, Redan, Stone Mountain,

16    Martin Luther King, and Towers.

17         Q.    And do you know how those -- well, let me

18    ask you this:  How -- how many high schools are

19    there, total, within the DeKalb County School

20    District?

21         A.    I believe there are 23 high schools.

22         Q.    Okay.  So not all high schools have a

23    SAFE Center?

24         A.    That's correct.

25         Q.    Do you know how it was chosen which high

CONFIDENTIAL

Page 147

1    schools would have a SAFE Center?

2         A.    Those schools were identified as having

3    poor graduation rates.

4         Q.    Do you know if there were any other

5    factors in why those schools were chosen to have SAFE

6    Centers?

7         A.    That was the primary reason.

8         Q.    SAFE Centers are places where students can

9    receive various services, right?

10        A.    That's correct.

11        Q.    Okay.  How does a student access a

12   SAFE Center?

13        A.    They can have an appointment, prescheduled

14   appointment, with a provider or a partner.  Or they

15   can be referred by their teacher, school counselor,

16   or an administrator in the building.

17        Q.    Do SAFE Centers provide any services to

18   students like on a walk-in basis?

19        A.    Yes, they do.

20        Q.    Okay.  So a student can just walk into the

21   SAFE Center and obtain services?

22        A.    Yes, they can.

23        Q.    Do they need a referral in order to do

24   that?

25        A.    They need a pass.

CONFIDENTIAL

Page 148

1      Q.    Like a hall pass?

2      A.    Yes.  Yes.

3      Q.    And -- and who would have to provide that

4   pass?

5      A.    Wherever the student was coming from.

6      Q.    Okay.

7      A.    So if they were coming from a teacher or

8   from a -- the media center; it depends where the

9   student is coming from.

10     Q.    You also mentioned that students can be

11   referred to SAFE Centers.  How does the process for

12   referring a student to a SAFE Center work?

13     A.    Through Infinite Campus.  Or through an

14   e-mail.

15     Q.    And -- and who would refer a student to a

16   SAFE Center?

17     A.    Typically a school counselor, an

18   administrator.

19     Q.    What would be some of the reasons why a

20   school counselor or administrator would refer a

21   student to the SAFE Center?

22     A.    If the student is exhibiting some type of

23   atypical behavior in the classroom.  They are

24   starting to notice signs of depression or lack of

25   participation.  They may have some attendance

CONFIDENTIAL

Page 149

1   concerns.  They may have some behavioral concerns.

2   The teacher wants the child to receive some mental

3   health support, some therapeutic support.  It's been

4   brought to the teacher's attention that there are

5   some family concerns about food insecurity, or they

6   need clothing.  A parent may have got in contact with

7   the teacher to ask for some additional support for

8   their family.

9        Q.   If a student is referred to a SAFE Center

10  by a school counselor or an administrator, are they

11  required to go to the SAFE Center?

12       A.   We can't force a child to go to the

13  SAFE Center.

14       Q.   All right.  But would they, you know, be

15  punished in any way if they didn't go --

16       A.   No.

17       Q.   -- after a referral?

18       A.   No, they would not be punished.

19       Q.   Okay.

20            You also mentioned that students can

21  schedule prescheduled appointments for SAFE Centers.

22  How does that process work?

23       A.   So if a student is already involved in a

24  group for a partner that's coming out there to

25  conduct a group, like the teen -- teen mother group,

CONFIDENTIAL

Page 150

1    they may have a prescheduled appointment.  They know

2    that group is going to meet twice a month, and so

3    they will come down to the SAFE Center during that

4    time to meet with that group.

5         Q.   Is that something that would happen during

6    normal school hours?

7         A.   Yes.

8         Q.   So would a student like miss class time to

9    attend a prescheduled appointment at a SAFE Center?

10        A.   Typically not.  We typically have the

11   students come in during lunchtime, or during -- some

12   schools -- some high schools have an extended home

13   room period.

14            And so we make every effort to call

15   students during nonacademic time.

16        Q.   Okay.  But it's possible that a student

17   could be scheduled for an appointment at a

18   SAFE Center during academic time?

19            MR. WALKER:  Object to form.

20            THE WITNESS:  If there's a student that

21        has some type of concern that's impacting their

22        academic performance that may have caused a

23        suspension and we can have them go to a

24        SAFE Center instead of being suspended from

25        school and do their work in -- in a smaller

CONFIDENTIAL

Page 151

1      environment with less distractions, then we
2      would.
3  BY MR. REINKE:
4      Q.   Okay.  Are there other circumstances in
5  which students could miss class time to go to SAFE
6  Centers?
7      A.   We don't promote missed instruction, and
8  so we're not -- we're not going to create a
9  circumstance for students to intentionally miss
10 instruction.
11     Q.   Do SAFE Centers provide services with
12 respect to like figuring -- helping students figure
13 out what they're going to do after they graduate?
14     A.   It depends.  And so we have other
15 employees in the building that that really is their
16 sole responsibility, which is to help students plan
17 for what they're going to do after graduation.
18          However, if the subject comes up, the
19 SAFE Center personal ambassador will talk to a
20 student about decision-making.
21     Q.   Okay.  When -- when you refer to these
22 other employees in the building, are you talking
23 about counselors?
24     A.   We have counselors.
25     Q.   And -- and could counselors provide

CONFIDENTIAL

Page 152

1    services within a SAFE Center?

2        A.   Yes.  Anyone can come in the SAFE Center

3    and meet with a student.

4        Q.   Okay.  Do SAFE Centers provide like

5    tutoring services for students?

6        A.   Some schools will allow a teacher or a

7    staff member to use that space for tutoring.

8        Q.   And SAFE Centers can assist students in

9    dealing with personal issues?

10       A.   Yes.

11       Q.   They can assist students with dealing with

12   family issues?

13       A.   Yes.

14       Q.   They can assist students who need access

15   to food?

16       A.   Yes.

17       Q.   Students who need access to clothing?

18       A.   Yes.

19       Q.   What about students who need access to

20   school supplies?

21       A.   Yes.

22       Q.   A SAFE Center can assist with that?

23       A.   Yes.

24       Q.   It can also assist students who need

25   access to toiletry items?

CONFIDENTIAL

Page 153

1          A.    Yes.

2          Q.    And what would some of those items

3     include?

4          A.    Toothpaste, washcloth, soap, toothbrush,

5     deodorant, combs.

6          Q.    And SAFE Centers offer these services

7     during regular school hours?

8          A.    Yes, they do.

9          Q.    Do they offer any services after school?

10          A.    Yes.  Some do.

11          Q.    And what services would SAFE Centers offer

12     after school?

13          A.    If a specific partner has a program after

14     school, then they'll remain and receive those

15     services after school hours.

16          Q.    Can you think of any specific examples of

17     programs that have been offered in SAFE Centers after

18     school?

19          A.    So we have -- we had a relationship --

20     interpersonal relationship program that was offered

21     during the summer, so that wasn't during normal

22     school hours.

23          Q.    And what was that program?

24          A.    It was teaching children how to

25     effectively engage with one another in healthy

CONFIDENTIAL

Page 154

1   relationships, healthy communication, respectful

2   communication with one another.

3         Q.   And how did the program go about doing

4   that?

5         A.   They worked with the football team at the

6   school, and they met with them one day a week for a

7   few weeks.

8         Q.   Do SAFE Centers offer any services on

9   weekends?

10        A.   The SAFE Center -- they've hosted like

11  prom dress events on the weekend, for students to get

12  prom dresses.  They've partnered with a local church

13  to do some theater work with some of the students in

14  the church during the weekends.

15             So it's just depending on what

16  opportunities present themselves that we think would

17  be beneficial for the students.

18        Q.   When you talk about a SAFE Center, what

19  does the SAFE Center like physically look like?

20        A.   We typically create what we call a

21  Zen Den.  And that's a therapeutic room that has --

22  has a -- has a sofa in it, has a chair, has some

23  tables in it.  It's carpeted.  It's painted in warm

24  colors that are therapeutic.

25             And so we try to create a nurturing

CONFIDENTIAL

Page 155

1    environment in that room, which is calm and relaxing,

2    so that if a student is exhibiting any concerns,

3    here's a place where they can go and decompress.

4              We have another room, referred to as

5    the VIP Suite, and that's where a lot of our group

6    meetings are held, and group sessions are held.  So

7    when those partners come in and they want to talk to

8    the students about nonviolence or what have you,

9    they'll meet in the VIP Suite.

10             We have a training room in some of the

11   SAFE Centers where we can do training with students,

12   have a food pantry that's filled with shelves, which

13   is stocked with food.  Some have a clothing closet

14   and so there's racks of hangers with clothes on it.

15             Those are the typical rooms in the SAFE

16   Centers.

17        Q.   Okay.  So a SAFE Center consists of

18   multiple rooms?

19        A.   Yes.

20        Q.   Are they all kind of like together in like

21   one suite?

22        A.   Ideally.  It just depends on the space

23   that the school has.

24        Q.   Okay.  So in some schools they are, but in

25   other schools they are not?

CONFIDENTIAL

Page 156

1          A.    Yes.

2          Q.    Okay.  I'm going to show you a document

3    that we'll mark as Exhibit 10, which is Tab 11.

4          (DeKalb-Revels Exhibit 10 was marked for

5    identification.)

6                    MR. REINKE:  This is a document that was

7          produced by DeKalb County School District in

8          this case.  It's an Excel, so the Bates number

9          didn't print on the page, but the Bates number

10         is DEKALB041700.

11   BY MR. REINKE:

12         Q.    And if you could please take a moment to

13   review the document that I've marked as Exhibit 10,

14   and tell me if you recognize this document.

15         A.    Yes.

16         Q.    Okay.  And what is this?

17         A.    This is a document that really shows where

18   the rooms are located at McNair High School.

19         Q.    In the SAFE Center?

20         A.    Uh-huh.

21         Q.    Okay.  And generally speaking -- you know,

22   there's various rooms listed on this document,

23   correct?  So there's a lounge?

24         A.    Yes.

25         Q.    There's Threadz Night?  It says "Threadz"?

CONFIDENTIAL

Page 157

```
 1          A.    Yes.
 2          Q.    What is that?
 3          A.    That's the clothing closet.
 4          Q.    Okay.  There's "Training Ground"?
 5          A.    Yes.
 6          Q.    "Success Center"?
 7          A.    Yes.
 8          Q.    "The Hub"?
 9          A.    Yes.
10          Q.    A "Food Pantry"?
11          A.    Yes.
12          Q.    "Health Services"?
13          A.    Yes.
14          Q.    The "Zen Den"?
15          A.    Yes.
16          Q.    "VIP Suite"?
17          A.    Yes.
18          Q.    And then office and reception area?
19          A.    Yes.
20          Q.    Generally speaking, do all of the SAFE
21     Centers at the six DeKalb County high schools where
22     there are SAFE Centers include the same rooms that
23     are listed on this exhibit?
24          A.    No.
25          Q.    And what's -- what differs?
```

CONFIDENTIAL

Page 158

1        A.    They don't have health services located

2   near the SAFE Centers.  They don't have a success

3   center located in the SAFE Center.  They don't have a

4   hub, the parent hub.  And some have training -- they

5   don't have -- they don't have training -- most of

6   them don't have training rooms either.

7        Q.    Is the SAFE Center at McNair High School

8   like the largest, in terms of physical space, among

9   the SAFE Centers at DeKalb County schools?

10        A.    Yes, it is.

11        Q.    Are students permitted to use electronic

12   devices in SAFE Centers?

13        A.    That's not what students come to the

14   SAFE Center to do.  And so students are not allowed

15   to use their electronic devices while they're in

16   school at all.

17        Q.    All right.  So they're not allowed to use

18   electronic devices in SAFE Centers?

19        A.    They're not allowed to use electronic

20   devices in schools.

21        Q.    And that would include SAFE Center --

22        A.    That would include SAFE Centers --

23        Q.    Okay.

24        A.    -- located within the school.

25        Q.    Are they allowed to access social media in

CONFIDENTIAL

Page 159

1    SAFE Centers?

2              MR. WALKER:  Object to form.

3              THE WITNESS:  I'm not sure what each

4         SAFE Center is doing, but I know that as a

5         general rule, in our schools, we -- we don't ask

6         students to access social media; however, if --

7         if a provider is using social media to increase

8         awareness about a specific topic while they're

9         doing a training, there may be an occasion that

10        a student may be asked to access something.

11   BY MR. REINKE:

12        Q.   Okay.  And are you aware of any instances

13   of providers using social media in SAFE Centers to

14   increase awareness about a particular topic?

15        A.   I am not.

16        Q.   Okay.  I'm going to be showing you a

17   document that we'll mark as Exhibit 11, which is

18   Tab 12.

19        (DeKalb-Revels Exhibit 11 was marked for

20   identification.)

21   BY MR. REINKE:

22        Q.   And I recognize this is a fairly lengthy

23   document, but if you could please take a moment to

24   review it, and let me know when you have completed

25   that.

CONFIDENTIAL

```
                                              Page 160

 1        A.    Okay.
 2        Q.    Okay.  Do you recognize what this document
 3   is?
 4        A.    Yes.
 5        Q.    And it's titled "Academic Report Document
 6   September 2023" --
 7        A.    Yes.
 8        Q.    -- correct?
 9        A.    It is.
10        Q.    And what is that?
11        A.    This is a document that we report out on a
12   monthly basis what is going on, and so just some
13   highlights of what's going on in our department.
14        Q.    Okay.  So various department leaders
15   report on highlights within their departments every
16   month?
17        A.    Right.
18        Q.    And those highlights are compiled in this
19   document?
20        A.    Uh-huh.
21        Q.    Yes?
22        A.    Yes.
23        Q.    Okay.  And this is the document for
24   September 2023?
25        A.    Yes.
```

CONFIDENTIAL

Page 161

1        Q.   It says "Mrs. Michelle Dillard" at the
2    top.  Who is -- who is she?
3        A.   She's the chief of schools.
4        Q.   And what is the chief of schools?
5        A.   She provides leadership to the area
6    superintendents, who are the -- essentially the
7    supervisor for principals.
8        Q.   Okay.  And so she -- the area
9    superintendents report to her?
10       A.   Yes.
11       Q.   And is this information in these academic
12   report documents compiled through Mrs. Dillard?
13       A.   I'm not sure how Ms. Dillard compiles --
14   has her team compile her information.
15       Q.   Okay.  But is it your understanding that
16   the leader of each department provides information to
17   somebody on Mrs. Dillard's team to compile into this
18   report?
19       A.   I'm not familiar with how another chief
20   compiles their information.
21       Q.   Okay.  If you turn to the page where the
22   Bates number at the bottom -- that's the number in
23   the bottom right-hand corner -- is DEKALB053215.
24       A.   Yes.
25       Q.   And you see your name, about a quarter of

CONFIDENTIAL

Page 162

1    the way down the page, correct?

2          A.    Yes.

3          Q.    This information that's under your name --

4          A.    Yes.

5          Q.    -- is that information that you provided

6    for this report?

7          A.    Yes.

8          Q.    Is that information that you drafted?

9          A.    My team drafted the information.

10         Q.    Okay.  And then did you review that

11   information after your team drafted it?

12         A.    Yes, I did.

13         Q.    And did you approve it being put into this

14   academic report document for September 2023?

15         A.    Yes, I did.

16         Q.    And at the very bottom of the page,

17   there's a heading called "SAFE Center Story Time"?

18         A.    Yes.

19         Q.    And then flipping over, there's a

20   paragraph underneath SAFE Center story time, correct?

21         A.    Yes.

22         Q.    And what is SAFE Center Story Time?

23         A.    The SAFE Center liaison from Martin Luther

24   King High School was asked to provide a positive

25   story about her SAFE Center.

CONFIDENTIAL

Page 163

1        Q.    Okay.  And she provided that to somebody
2    on your team?
3        A.    She provided that to me.
4        Q.    Okay.  And then -- and then you reviewed
5    that?
6        A.    Yes.
7        Q.    And then you approved it being included in
8    this academic report document?
9        A.    Yes, I did.
10       Q.    Okay.  And her report says, "It's
11   officially fall, school has been back in session a
12   full two months, and the students and staff were
13   extremely excited about the presence of the
14   SAFE Centers in their buildings.  Here at MLK Jr.
15   High School, students were in disbelief at how their
16   school transformed overnight (it was longer, but
17   overnight in the students' minds).  The SAFE Center
18   has provided them with snacks, a quiet space to chill
19   or vibe on their lunch breaks, and a place to go to
20   get resources such as shoes, hygiene items, school
21   supplies, and clothing.  We met several children that
22   admitted that they would not eat in the cafeteria due
23   to social anxiety and phobias.  Students that would
24   typically be called "loners" were now in the VIP
25   Suite with various peers listening to YouTube music

CONFIDENTIAL

```
                                              Page 164
 1    with the lights dimmed and having conversations with
 2    one another."  Did I read that correctly?
 3         A.   Yes.
 4         Q.   Okay.  So the SAFE Center liaison for MLK
 5    High School was reporting that students who would
 6    typically be called "loners" were in the VIP Suite
 7    listening to YouTube music and interacting with each
 8    other?
 9         A.   Yes.
10         Q.   Okay.  We've spent a little bit of time
11    here discussing SAFE Centers, and you'd agree with me
12    that SAFE Centers offer a multitude of services to
13    students, correct?
14         A.   Yes.
15         Q.   And that includes counseling?
16              Yes?
17         A.   Yes.
18         Q.   And that includes help with food?
19         A.   Yes, it does.
20         Q.   Help with clothing?
21         A.   Yes.
22         Q.   Help with toiletry items?
23         A.   Yes.
24         Q.   Could be academic support?
25         A.   Yes.
```

Page 165

1      Q.   Is it fair to say that SAFE Centers were

2  not specifically designed to address issues related

3  to social media?

4      A.   SAFE Centers were designed to address any

5  concern that the student presents when they come to

6  school.

7      Q.   All right.

8      A.   So that includes social media concerns.

9      Q.   It includes social media concerns, but it

10  includes other concerns as well, correct?

11      A.   It includes a lot of different concerns.

12          MR. REINKE:  Okay.  We can take a break.

13          VIDEOGRAPHER:  We're going off the record

14      at 1:58.  And this ends Media Unit Number 2.

15          (A recess transpired from 1:58 p.m. until

16          2:20 p.m.)

17          VIDEOGRAPHER:  We're back on the record

18      at 2:21.  And this begins Media Unit Number 3.

19  BY MR. REINKE:

20      Q.   All right, Ms. Revels, before the break,

21  you recall I was asking you questions about

22  discussions you had related to social media in the

23  context of SEL programs in the wake of the COVID-19

24  pandemic?

25      A.   Okay.

Page 166

1      Q.   Do you recall that I was asking you
2  questions about that?
3      A.   About SEL programming?  Yes.
4      Q.   Yes.  And do you recall that as part of
5  that discussion, you testified that you had meetings
6  where you discussed social media in that context?
7      A.   Yes.
8      Q.   Okay.  And those meetings that you were
9  describing, were those like regular weekly or monthly
10  meetings with your team?
11      A.   Yes.
12      Q.   Okay.  So they weren't meetings that were
13  called for the specific purpose of discussing social
14  media?
15      A.   We had meetings -- if you're referring to
16  our monthly meetings with the team, our monthly team
17  meetings, we had monthly meetings, and they addressed
18  a variety of issues or concerns that would come up in
19  the schools that we felt we needed to address.
20      Q.   Okay.  And these were meetings that you
21  had like once per month?
22      A.   Yes.
23      Q.   Okay.  Just a regularly scheduled monthly
24  meeting?
25      A.   Yes.

CONFIDENTIAL

Page 167

1    Q.   Okay.  And they discussed a variety of

2    issues, right?

3    A.   Yes.

4    Q.   So not just social media?

5    A.   That's correct.  A variety of issues were

6    discussed.

7    Q.   Now, we -- we also talked about like the

8    food pantry in SAFE Centers.  And I think you

9    testified that that food pantry is a means of

10   addressing students that have food insecurity in the

11   DeKalb County School District, correct?

12   A.   Yes.

13   Q.   Is it fair to say that a large number of

14   students in the DeKalb County School District are

15   food insecure?

16          MR. WALKER:  Object to form.

17          THE WITNESS:  We see a significant number

18       of families accessing our food resources that

19       we're able to provide.

20   BY MR. REINKE:

21   Q.   And is it true that approximately

22   80 percent of students within the DeKalb County

23   School District are eligible for free or reduced

24   lunch?

25   A.   I'm not sure of the exact percentage.

CONFIDENTIAL

Page 168

1        Q.   Do you know approximately what that
2    percentage is?
3        A.   I know it's over 60 percent, but I'm not
4    sure of the exact number.
5        Q.   Would you agree with me that food
6    insecurity can be a source of stress for students?
7            MR. WALKER:  Object to form.
8            THE WITNESS:  Our students have a lot of
9        forms of stressors.  And so when we provide the
10       food, it's really to the family; they can come
11       up and get the food.  And so students -- some --
12       some may know of the stressor that their family
13       is facing due to food insecurity, and some
14       families may be able to cover up that insecurity
15       because they can come and get the food
16       themselves.
17           And so we're not asking students to take
18       home a bag of groceries with them on the school
19       bus, because we want to make sure that they're
20       not embarrassed to take food home.  And so we
21       try to be really discreet and protect the
22       confidentiality of our families that need food.
23   BY MR. REINKE:
24       Q.   Okay.  But if -- would you agree with me
25   that if a student is aware of their food insecurity,

CONFIDENTIAL

Page 169

1    that that could cause them stress?

2              MR. WALKER:  Object to form.

3              THE WITNESS:  If a student is hungry --

4    BY MR. REINKE:

5         Q.   Yes.

6         A.   -- and had to come to school, that would

7    cause stress.

8         Q.   Okay.  And -- and then that stress could

9    negatively affect a student's mental health?

10             MR. WALKER:  Object to form.

11             THE WITNESS:  Students are impacted in a

12        variety of ways.  And so food insecurity, not

13        performing well academically; there are a lot of

14        stressors that students experience in school.

15   BY MR. REINKE:

16        Q.   Right.  And these stressors can negatively

17   affect their mental health as a whole, correct?

18             MR. WALKER:  Object to form.

19             THE WITNESS:  Yes.  All of the stressors

20        that they face.

21   BY MR. REINKE:

22        Q.   Now, homelessness is also an issue for

23   some students in the DeKalb County School District;

24   is that correct?

25        A.   Yes, it is.

CONFIDENTIAL

Page 170

1        Q.    Do you have an estimate of how many

2    students within the DeKalb County School District are

3    homeless?

4        A.    We typically have over a thousand students

5    a year that are identified as homeless.

6        Q.    And would you agree that homelessness is

7    an issue that could cause students to experience

8    stress?

9            MR. WALKER:  Object to form.

10           THE WITNESS:  We have a variety of factors

11       that cause stress for our students.

12       Homelessness is one of those factors.

13   BY MR. REINKE:

14       Q.    Okay.  And -- and that stress associated

15   with students being homeless could negatively affect

16   their mental health?

17           MR. WALKER:  Object to form.

18           THE WITNESS:  Homelessness and any type of

19       deprivation can cause stress among students.

20   BY MR. REINKE:

21       Q.    Right.  And then that stress can

22   negatively affect a student's overall mental health;

23   is that --

24           MR. WALKER:  Object to form.

25           THE WITNESS:  All stressors can impact a

CONFIDENTIAL

Page 171

1       student's mental health.

2   BY MR. REINKE:

3       Q.   Are there students within the DeKalb

4   County School District that lack access to health

5   care?

6       A.   DeKalb County has health care services

7   that are provided to families in the county, and so

8   they should be able to access health care services.

9       Q.   So you've never heard of the lack of

10  access to health care services being an issue among

11  DeKalb County students?

12      A.   I've heard that students were not getting

13  the care that they needed, and so my team helped

14  families to access the resources through -- through

15  DeKalb County Health Department, and through filling

16  out forms for health insurance or Medicaid.  So part

17  of the role of the social worker is to help families

18  access services.

19      Q.   And when you say that you've heard that

20  students were not getting the care that they needed,

21  what do you recall hearing about that?

22      A.   They were having difficulty possibly with

23  vaccines, not getting vaccines timely.

24      Q.   Are there any other things that you recall

25  learning about students in the DeKalb County School

CONFIDENTIAL

Page 172

1    District with respect to their ability to get health
2    care?
3            A.    Really about parents not signing up for
4    Medicaid and letting Medicaid lapse at times.
5            Q.    Okay.  Are these things that students
6    would be aware of?
7            A.    Our younger students may not be aware of
8    it, because their families are really charged with
9    that responsibility.  Some of the older students may
10   be aware of it, if their families are sharing with
11   them why they can't go to the doctor.
12           Q.    And if a student has awareness of that, is
13   that something that could cause them to experience
14   stress?
15               MR. WALKER:  Object to form.
16               THE WITNESS:  If a student is having a
17       medical concern that is causing them discomfort,
18       I think anyone that has an uncomfortable medical
19       concern that's causing pain will be under some
20       level of stress.
21   BY MR. REINKE:
22           Q.    Right.  And that could negatively affect
23   their overall mental health?
24               MR. WALKER:  Object to form.
25               THE WITNESS:  Anything that's going to

CONFIDENTIAL

Page 173

1        adversely impact the students and the way they
2        feel will have an impact on their mental health.
3    BY MR. REINKE:
4        Q.   In your current role at DeKalb County
5    School District, one of your job responsibilities is
6    to lead the social work department, correct?
7        A.   Yes, it is.
8        Q.   So as the term is used within the DeKalb
9    County School District, what is a school social
10   worker?
11       A.   A school social worker is a master-level
12   social worker that handles child welfare concerns for
13   the School District.
14       Q.   Okay.  When you say "handles child welfare
15   concerns," what are some examples of child welfare
16   concerns that school social workers handle within the
17   DeKalb County School District?
18       A.   Issues around child abuse and neglect.
19   Truancy.  Suicidal ideation.  Discipline concerns.
20   Family concerns.  Custody issues.  Homelessness.
21   Foster care.  Migrant concerns.  Teen pregnancy.
22            There's a list of concerns.  I'm sure I'm
23   not giving you an exhaustive list of everything
24   that's listed.
25       Q.   So social workers within DeKalb County

CONFIDENTIAL

Page 174

1    School District address a wide range of concerns that

2    could affect how students perform in school?

3         A.   Yes.

4         Q.   And they address a wide range of concerns

5    that could affect students' mental health?

6         A.   Yes.

7         Q.   What are the job duties of a social

8    worker?

9         A.   The duties include looking into cases

10   based on referrals provided by staff members at the

11   school, and determining next steps for families and

12   for students.

13            And so the next steps may include

14   contacting the Department of Family and Children

15   Services, if a mandated report needs to be made.  It

16   may include filing a complaint in juvenile court, if

17   there's an attendance concern, or educational neglect

18   complaint for an attendance concern for a younger

19   child.  It may include providing some brief

20   supportive counseling, depending on what the needs

21   are of this child.  It includes providing crisis

22   support in the case of a death of a student or staff

23   member in the building.  It includes doing annual

24   trainings for staff members, and it includes dealing

25   with any issue that creates a barrier to students'

CONFIDENTIAL

Page 175

1    academic success.

2         Q.    And these duties that you have just

3    described, that's -- just to be clear -- the duties

4    of a school social worker within the DeKalb County

5    School District?

6         A.    Yes, it is.

7         Q.    Okay.  You mentioned providing brief

8    supportive counseling.  How do school social workers

9    within the DeKalb County School District provide

10   brief supportive counseling?

11        A.    They'll set up individual meetings with

12   the student.

13        Q.    Is there any counseling provided in a

14   group setting by social workers within the DeKalb

15   County School District?

16        A.    Some social workers may have a group.

17        Q.    Do you have an estimate of the percentage

18   of the time that -- of their time that social workers

19   within the DeKalb County School District spend

20   providing brief supportive counseling to students?

21        A.    That would be a large percentage of their

22   time.  Probably 75 to 80 percent of their time is

23   with students.

24        Q.    And these brief supportive counseling

25   sessions, you mentioned one-on-one sessions, so

CONFIDENTIAL

Page 176

1    let's -- let's start with that.

2              Is there a prescribed amount of time that

3    one of these one-on-one counseling sessions with a

4    social worker in the DeKalb County School District

5    would last?

6         A.   No.  It depends on the need of the

7    student.

8         Q.   Do you have an idea of how long they last,

9    on average?

10        A.   It depends on the needs of the student, so

11   I can't make an estimate.

12        Q.   All right.  So it could vary?

13        A.   It does vary, yes.

14        Q.   And it varies substantially?

15        A.   It can, depending on -- if a student lost

16   a parent, or if a student failed a class.  It just

17   depends on what the student is talking about.

18   Because we have to be empathetic to their needs.

19        Q.   You also mentioned like group sessions --

20        A.   (Nodding head up and down.)

21        Q.   -- between DeKalb County students and

22   social workers.  Do you know how long those group

23   sessions last?

24        A.   A group session would typically last an

25   estimated 40 minutes.

Page 177

1          Q.    And approximately how many students would
2     be in a group?
3          A.    Approximately five students.  No more than
4     ten students.
5          Q.    You mentioned that social workers within
6     the DeKalb County School District provide annual
7     trainings for staff members.  What types of trainings
8     do social workers provide for staff members within
9     the DeKalb County School District?
10          A.    It's referred to as a mandated reporter
11     training, and it discusses signs and symptoms to look
12     for in cases of suspected child abuse and neglect.
13     It also covers suicidal ideation, human trafficking,
14     foster care, homelessness, migratory program, and
15     attendance.
16          Q.    Are there any other topics that you can
17     think of that are covered by that mandated reporter
18     training?
19          A.    Not off the top of my head.
20          Q.    So social media is not specifically
21     covered?
22          A.    Social media comes up when human
23     trafficking is being discussed.
24          Q.    Okay.  Is social media part of that
25     mandatory reporter training, other than in connection

CONFIDENTIAL

Page 178

1    with the discussion of human trafficking?

2         A.    That's where I recall it coming up.

3         Q.    And other than the mandatory -- or

4    mandated reporter training, do social workers within

5    the DeKalb County School District provide any other

6    types of annual trainings to District staff members?

7         A.    They provide other trainings, but not

8    other -- no other annual training.

9         Q.    Okay.  What are the other trainings they

10   provide?

11        A.    They may provide a specific training on

12   the topic of human trafficking, just so we're on that

13   topic.  They may provide a training on mental health

14   first aid, if they are trained in that area.

15        Q.    Are there other trainings that school

16   social workers within the DeKalb County School

17   District provide to District staff members?

18        A.    Various social workers are trained in

19   different areas.  And so some may be trained in

20   restorative practices or Connections Matter.  So

21   there are different trainings that different social

22   workers may have the skill level to redeliver.

23        Q.    Are you aware of any social workers within

24   the DeKalb County School District who have specific

25   training related to social media?

Page 179

1          A.    The trainings can include social media
2     because as you're conducting a training, either to
3     students or parents or community members, questions
4     come up around how do I protect my child?  And so
5     that's the area where social media often comes up in
6     the conversation.  And so at that point we have to
7     respond to the questions.
8          Q.    Okay.  But -- but are you aware of any
9     specific social workers within the District that have
10    received like a specific training that is focused
11    solely on social media?
12         A.    Social media comes up in training.
13         Q.    Right.
14         A.    And so it's brought up when we have --
15    when we host trainings.  So the social media
16    conversation is often brought up as we're doing
17    trainings.  And it's brought up by the participants
18    in the training.
19         Q.    And my question is just a little bit
20    different.  My question is if you're aware of a
21    particular training given by social workers in the
22    DeKalb County School District that is only focused on
23    social media.
24              MR. WALKER:  Object to form.
25              THE WITNESS:  We do not have a training

CONFIDENTIAL

Page 180

1          that is solely focused on just one issue in that

2          way.  So the trainings are broad, and cover a

3          variety of topics.

4    BY MR. REINKE:

5          Q.   Do part of the job duties of -- of school

6    social workers within the DeKalb County School

7    District include addressing student mental health

8    issues?

9          A.   Can you restate your question?

10         Q.   Sure.  Do part of the job duties for

11   social workers within the DeKalb County School

12   District include addressing student mental health

13   issues?

14         A.   Yes.

15         Q.   And how do social workers within the

16   District address student mental health issues?

17         A.   They meet with students, one on one, to

18   assess what the concerns are.  And based on that

19   assessment, that assessment, they will make a

20   referral, if needed, to an external resource, one of

21   our mental health partners, or an external resource,

22   based on what the parent is requesting, once they've

23   had a chance to flush out the concern with the

24   parent.

25         Q.   Okay.  And given the role that student

CONFIDENTIAL

Page 181

1   social workers -- or that school social workers play

2   in addressing student mental health, would you agree

3   that having a shortage of social workers could

4   adversely affect student mental health?

5           MR. WALKER:  Object to form.

6           THE WITNESS:  We have been advocating to

7       increase the number of social workers in the

8       schools, because we would like to be able to

9       provide more comprehensive services within the

10      schools.

11  BY MR. REINKE:

12      Q.   And is that because not having enough

13  social workers could negatively impact student mental

14  health?

15          MR. WALKER:  Object to form.

16          THE WITNESS:  It's because we know if we

17      have more social workers, we will be able to

18      help more students more quickly.

19  BY MR. REINKE:

20      Q.   Okay.  So not having enough social workers

21  would not negatively affect student mental health?

22  Is that your testimony?

23          MR. WALKER:  Object to form.

24          THE WITNESS:  It creates a lag in

25      services.  And so social workers are assigned to

CONFIDENTIAL

Page 182

1          multiple schools, and so they -- if they're at

2          one school, then they have to drive to another

3          school once they receive a referral about a

4          concern.  And so if we had more social workers,

5          we could address that concern immediately, and

6          not have to wait for someone to drive from one

7          school to the next.

8     BY MR. REINKE:

9          Q.  So not having enough social workers

10    creates a lag in services?

11         A.  It creates a lag in response time.  So the

12    students receive the services, just not as quickly.

13    They may have to wait until a social worker drives

14    between schools to get the service they seek.

15         Q.  So students may not receive services as

16    quickly as they otherwise would.  Right?

17         A.  If -- yeah, because we have social workers

18    at every school now.

19         Q.  And could that delay in receiving services

20    negatively impact a student's mental health?

21              MR. WALKER:  Object to form.

22              THE WITNESS:  We have school counselors at

23         the schools, who are also able to provide

24         services, and they, for the most part, are not

25         assigned to multiple schools.  And so students

CONFIDENTIAL

Page 183

1           can receive some level of support before the

2           social worker gets there.

3     BY MR. REINKE:

4           Q.   So -- so the delay in a social worker

5     getting to talk to the student does not negatively

6     affect a student's mental health; is that your

7     testimony?

8           A.   I would prefer if we had more social

9     workers to deal with issues more rapidly.  And so we

10    have school counselors that can fill in the gap until

11    we can get the social worker over to the schools, so

12    students are provided with continuous ongoing

13    support.

14          Q.   What's the difference between a school

15    counselor and a school social worker?

16          A.   Different training, different degrees.

17    The expectation is a school counselor will do

18    scheduling for students, deal with more of the

19    academic difficulties, and that -- they're dealing

20    more with the -- the issues that occur in school; and

21    the social worker is dealing a lot with the issues

22    that occur outside of school that impact the student

23    in school.

24               And they're both dealing with all of the

25    concerns, because students present with a lot of

CONFIDENTIAL

Page 184

1    concerns.  So we have to layer the support that our

2    students receive.

3            Q.    Does a school social worker need to have

4    a -- what -- what is the minimum degree requirement

5    for a school social worker?

6            A.    A master's degree in social work.

7            Q.    And what is a -- the minimum degree

8    requirement for a school counselor in the DeKalb

9    County School District?

10           A.    I believe the counselors also have a

11   master's degree in school counseling, or in

12   counseling.

13           Q.    How many school social workers are

14   currently employed by the DeKalb County School

15   District?

16           A.    I believe it's 65.

17           Q.    There's approximately 92,000 students in

18   the District?

19           A.    Approximately.

20           Q.    You've been working in the social work

21   department in DeKalb County School District since

22   2016, correct?

23           A.    Yes, I have.

24           Q.    Okay.  In the time period that you've been

25   working for the social work department in the DeKalb

CONFIDENTIAL

Page 185

1  County School District, has the number of school

2  social workers employed by the District changed?

3        A.   Yes, it has.

4        Q.   And how has it changed?

5        A.   It's increased.

6        Q.   So at the time you started working for the

7  DeKalb County School District, in 2016, how many

8  school social workers did the District employ?

9        A.   I believe there were approximately 39

10 to 42 social workers.

11        Q.   Are there currently any vacancies within

12 the school social work position in the DeKalb County

13 School District?

14        A.   I don't believe there are any vacancies

15 posted right now.

16        Q.   So at this time, you're not trying to hire

17 any additional school social workers; is that

18 correct?

19        A.   I don't believe we have any positions

20 posted.

21        Q.   I'm going to show you a document that

22 we'll mark as Exhibit 12, which is Tab 64.

23        (DeKalb-Revels Exhibit 12 was marked for

24 identification.)

25

Page 186

1    BY MR. REINKE:

2        Q.    If you could please take a moment to

3    review the document that I've marked as Exhibit 12,

4    and let me know when you've completed it.

5        A.    Yes.

6        Q.    Okay.  And this is an e-mail from

7    Dr. Moore-Sanders to Cheryl Watson-Harris, correct?

8        A.    Yes, it is.

9        Q.    And at the time of the e-mail, was Cheryl

10   Watson-Harris the superintendent for DeKalb County

11   schools?

12       A.    Yes, she was.

13       Q.    And you were copied on this e-mail,

14   correct?

15       A.    Yes.

16       Q.    The subject of the e-mail is "Staff to

17   Student Ratios."

18       A.    Yes.

19       Q.    And the e-mail says, "Greetings

20   Mrs. Watson-Harris, Attached is information requested

21   during our meeting with board members Pierce and Hill

22   to support a reduction in the staff to student

23   ratios.

24            "I will be meeting with Mr. Burbridge next

25   week to do a cost analysis for our district to look

CONFIDENTIAL

Page 187

1    at a ratio reduction based on 1 to 500 recommendation

2    as well as a cost analysis for licensed personnel.

3              "If we reduce our social workers and

4    psychologists' school assignments, we will have the

5    staff to offer mental health services in a

6    comprehensive manner."

7              Did I read that correctly?

8         A.   Yes.

9         Q.   Do you recall having discussions with

10   Dr. Moore-Sanders, around January 14th of 2022, about

11   the ratio of students to social workers in the DeKalb

12   County School District?

13        A.   Yes.

14        Q.   And what do you recall about those

15   discussions?

16        A.   We discussed wanting to increase the

17   number of school social workers.

18        Q.   And do you recall, did you discuss the

19   reasons why you wanted to increase the number of

20   social workers?

21        A.   Yes.

22        Q.   And what were those reasons?

23        A.   To decrease the workload for the social

24   workers and provide more services to students.

25        Q.   Provide more of what types of services to

CONFIDENTIAL

Page 188

1    students?

2        A.    More mental health support to students.

3        Q.    Okay.  I'm going to show you a document

4    that we will mark as Exhibit 13, which is Tab 30,

5    which is the attachment to the e-mail we just looked

6    at.

7        (DeKalb-Revels Exhibit 13 was marked for

8    identification.)

9    BY MR. REINKE:

10       Q.    And if you could please take a moment to

11   review Exhibit 13, and tell me when you have finished

12   your review.

13       A.    Okay.

14       Q.    Have you finished reviewing the document?

15       A.    Yes.

16       Q.    Okay.  And about halfway down the first

17   page, there's a heading that says "Psychological

18   Services Department"?

19       A.    Yes.

20       Q.    Have you worked in the Psychological

21   Services Department at any point in time when you've

22   been employed by the DeKalb County School District?

23       A.    I have never worked in that department.

24       Q.    Have you ever supervised that department

25   in the time that you've been employed at the DeKalb

CONFIDENTIAL

Page 189

1    County School District?

2           A.    Yes, I have.

3           Q.    In which role?

4           A.    At a director.

5           Q.    So in your current role?

6           A.    Yes.

7           Q.    So in your current role, you have

8    supervisory authority over the Psychological Services

9    Department?

10          A.    Not anymore.

11          Q.    During what time period did you have

12   supervisory authority over the Psychological Services

13   Department?

14          A.    When I first assumed the -- the position,

15   in September 2022, for a little under a year.  But I

16   don't remember the exact time frame when -- when the

17   new superintendent came, he reorganized the

18   departments.

19          Q.    Okay.  And -- and when you say "the new

20   superintendent," who are you referring to?

21          A.    Our current superintendent, Dr. Horton.

22          Q.    Okay.  So -- so once Dr. Horton took over

23   at superintendent of the DeKalb County School

24   District, he reorganized departments, and you no

25   longer had supervisory authority over the

CONFIDENTIAL

Page 190

1    Psychological Services Department?

2          A.    That's correct.

3          Q.    After that reorganization, who had

4    supervisory authority over the Psychological Services

5    Department?

6          A.    Student Services.  So Norman Sauce's

7    department, or division.  Norman Sauce's division.

8          Q.    And do you know why this reorganization

9    took place?

10         A.    Because the Psychological Services

11   Department is responsible for testing students for

12   special education, and special education falls within

13   the Student Services Department.

14         Q.    Do you know if there were any other

15   reasons why the reorganization took place?

16         A.    No.

17         Q.    If you flip to the next page, a little bit

18   more than halfway down, after the second chart,

19   there's a heading that says "School Social Work

20   Department."  Do you see that?

21         A.    Yes.

22         Q.    And that is a department that you do

23   supervise today, correct?

24         A.    Yes, it is.

25         Q.    And that's a department that you have

CONFIDENTIAL

Page 191

1    worked in or supervised for the entire time that you

2    have been employed by the DeKalb County School

3    District, correct?

4         A.   Yes.

5         Q.   Underneath the heading "School Social Work

6    Department," it says, "The School Social Work

7    Department is comprised of 40 master's level,

8    school-based social workers, and 2 homeless social

9    work liaisons.  SSWs are assigned between three to

10   five schools and the department handles approximately

11   12,600 student referrals annually."

12            The data provided in those sentences that

13   I just read, is that consistent with your

14   recollection of the number of school social workers

15   that were employed by the DeKalb County School

16   District in January of 2022?

17        A.   Yes.

18        Q.   Is it consistent with your recollection

19   that school social workers were assigned between

20   three to five schools around the time frame of

21   January of 2022?

22        A.   Yes.

23        Q.   And currently, within the School Social

24   Work Department, how many schools are school social

25   workers assigned?

CONFIDENTIAL

Page 192

1        A.    They're currently assigned between two and

2    three schools.

3        Q.    This paragraph also says that "the

4    department handles approximately 12,600 student

5    referrals annually."  Is that consistent with your

6    recollection of the number of annual referrals that

7    the School Social Work Department handled around the

8    time frame of January 2022?

9        A.    Yes, it is.

10        Q.    And do you know how many annual referrals

11    the School Social Work Department handles today?

12        A.    I do not.

13        Q.    Do you know if it's more or less than

14    12,600?

15        A.    I do not.

16        Q.    The paragraph goes on to state, "Social

17    work referrals are divided into 21 categories to

18    accurately account for the work."  Correct?

19        A.    Yes.

20        Q.    And then it lists the -- well, it says

21    then "The categories include the following:

22    attendance, academic, drug abuse, economic,

23    emotional/mental health, family, foster care, group,

24    guardianship, health, homeless, human trafficking,

25    migrant, pregnancy, purposity, school discipline,

Page 193

```
 1   special education, staff allegation, suicidal
 2   ideation, suspected abuse/neglect, and suspected
 3   sexual abuse."  Correct?
 4        A.   Yes.
 5        Q.   Were those the 21 categories of social
 6   work referrals for the Social Work Department as of
 7   January 2022?
 8        A.   Yes.
 9        Q.   Okay.  And are those still the same
10   categories today?
11        A.   The Social Work Department is led by
12   Shelly Bishop, and so I provide supervision to
13   Ms. Bishop.  And so she may have added another
14   category that I'm not aware of.
15        Q.   Okay.  But you're not aware of any
16   additional categories today, other than what's listed
17   in here?
18        A.   I'm not.
19        Q.   Okay.  Social media is not one of the
20   categories, is it?
21        A.    It's not a category that is listed.
22   However, we know that it has an impact on some of the
23   categories that are listed.
24        Q.   Right.  But because it's not a separate
25   category, Social Work Department doesn't separately
```

CONFIDENTIAL

Page 194

1    track the number of referrals that are related to

2    social media, correct?

3            A.    We don't track it in Infinite Campus, the

4    way these other categories are tracked.  But we have

5    a responsibility to look at underlying issues when we

6    receive referrals.  And so it may come out as an

7    underlying issue when we receive a referral.

8            Q.    Okay.  So it may come out, depending on

9    the circumstances of an individual case?

10           A.    Yes.

11           Q.    Okay.  But is there any data that you're

12    aware of that the Social Work Department has

13    tabulated to track the number of cases where social

14    media has been an issue?

15                 MR. WALKER:  Object to form.

16                 THE WITNESS:  The Social Work Department

17        has anecdotal data in regards to the impact of

18        social media, and we have also conducted

19        meetings where social media has come up as a

20        concern for the School District.  We know that

21        it has an impact on creating distractions in the

22        classroom, which has an adverse impact on

23        academic performance among our students.

24    BY MR. REINKE:

25           Q.    Are you aware of any numerical data that

CONFIDENTIAL

Page 195

1  provides the number of social work referrals within

2  the DeKalb County School District that are related to

3  social media?

4        A.   We would need to search for that type of

5  data, so -- I'm not aware of any numerical data.

6  However, I am aware of anecdotal data.

7        Q.   Have you ever conducted a search for that

8  type of data?

9        A.   I have not conducted that type of a

10 search.

11       Q.   Are you aware of anybody else within the

12 DeKalb County School District who has conducted that

13 type of a search?

14       A.   I am not aware of anyone conducting a

15 search for that.  However, I know our discipline

16 platform infinite Campus may be an avenue to

17 determine whether social media has been the source of

18 referrals for discipline or behavioral health

19 concerns.

20       Q.   Have you ever conducted a search in the

21 discipline data in Infinite Campus to try to

22 determine that?

23       A.   I have not.

24       Q.   Do you know if anybody else has?

25       A.   I know that Darnell Logan has conducted

Page 196

1   research around the use and the impact of social

2   media in his inquiry into what type of platform or

3   device we would need to use in order to curb the use

4   of social media amongst students in classrooms, which

5   led us to the decision to purchase the Yondr pouches

6   and the lockers, cell phone lockers, for students.

7           Q.   Okay.  And so -- so your knowledge of

8   that, of what Mr. Logan had done, is based on your

9   participation in the committee related to the Yondr

10  program?

11          A.   Yes, it is.

12          Q.   Okay.  Other than that, are you aware of

13  anybody else within the DeKalb County School District

14  who has ever searched for incidents of discipline

15  related to social media in Infinite Campus?

16          A.   No, I'm not aware of any.

17          Q.   You -- you testified about anecdotal data,

18  that there's anecdotal data related to social media

19  playing a factor in social work referrals.  Do you

20  call that -- do you recall that?

21          A.   Yes.

22          Q.   What anecdotal data are you referring to?

23          A.   We have situations where social workers

24  have received concerns from teachers that have come

25  up due to the usage of social media in classrooms,

CONFIDENTIAL

Page 197

1  due to children being distracted in class and not

2  receiving instruction, due to teachers having to

3  constantly stop instruction in order to redirect

4  students.

5       Q.   Okay.  As you sit here today, can you name

6  any specific teachers who have raised that concern?

7       A.   I can name social workers who have had

8  concerns.

9       Q.   Okay.  And who are those social workers?

10      A.   Chamika Allen, at McNair High School.

11  Deltrice Roberts-Wortham, at Southwest DeKalb High

12  School.  Naomi Hemphill, at Martin Luther King High

13  School.  Gloria Leslie; she was the former social

14  worker at Redan High School.

15           We've had -- we have about 40 social

16  workers, and so at one time or another, many of the

17  social workers have expressed concerns, because

18  they've been called upon to deal with concerns that

19  have come out of students exhibiting addictive

20  behavior related to social media use.

21           I've actually witnessed for myself a

22  student that has become completely dysregulated once

23  her -- her use of a social media was stopped in

24  school.  And her phone was taken away from her, and

25  she began to have a verbal and physical outburst in

CONFIDENTIAL

1    the main office, and was screaming that she needed

2    her device back, over at McNair High School.

3         Q.   You say you witnessed this for yourself.

4    So you were personally present when this happened?

5         A.   I was.

6         Q.   Okay.  And tell me about what happened.

7         A.   I was walking past the main office, and a

8    young lady was screaming in the main office.  And so

9    I -- I approached the office to see if I could

10   provide assistance; and when I got to the main

11   office, she was knocking things off of the main

12   counter in the office and tearing paper off the wall,

13   off the bulletin board in the office.

14            And one of the police officers was

15   standing in the office at the time.  And I looked at

16   him and asked what was going on.  He said, "We've

17   confiscated her cell phone."

18            And she was screaming on the top of her

19   lungs that she wanted her phone back.

20        Q.   Okay.  And you -- you heard her screaming

21   that?

22        A.   Yes.

23        Q.   What specifically was she saying?

24        A.   "Give me my" -- curse word -- "phone."

25        Q.   Did she say anything about social media?

CONFIDENTIAL

Page 199

1          A.   Well, we know that it's not the plastic
2     phone that she's screaming about.  We know it's the
3     access to social media platforms that's creating that
4     type of adverse severe reaction.
5          Q.   My question was, did she say anything
6     about social media?
7          A.   She said "Give me my phone back."  And so
8     even though she did not directly say the word, "Give
9     me my social media back," we know that that's what --
10    what caused that type of addictive behavior and
11    response, and that compulsion, and that
12    anxiety-provoking response.
13         Q.   You heard this student screaming.  Did you
14    ever talk to this student, one on one?
15         A.   I did not.  The police ended up taking her
16    into another room.
17         Q.   Okay.  And so after you observed this
18    incident, you never followed up with this student for
19    a one-on-one consultation?
20         A.   I didn't.  No, the police took custody of
21    her and called the parents.
22         Q.   So you never asked this student why she
23    reacted the way she did when her phone was taken
24    away?
25         A.   I could see, based on her behavior, that

CONFIDENTIAL

Page 200

1    she was having a physiological response to the phone

2    being taken away.  And so I could see that she was

3    exhibiting signs of someone that was going through

4    some level of anxiety and extreme stress from her

5    phone being taken away.

6              She was breathing hard.  She was having

7    erratic behavior.  She was screaming at the top of

8    her lungs.  She was acting out physically, destroying

9    property.

10        Q.   But you never had a consultation with her

11   to understand why she was exhibiting that kind of

12   behavior, correct?

13             MR. WALKER:  Object to form.

14             THE WITNESS:  I did not have a

15       consultation with her.

16   BY MR. REINKE:

17        Q.   Okay.  And she never said anything to you

18   about the reasons why she was reacting that way,

19   correct?

20        A.   I don't know the student personally,

21   because I don't work at that school.  So that student

22   would not have a reason to come and seek me out to

23   explain what was going on.

24        Q.   Right.  So she never said anything to you

25   about that, right?

CONFIDENTIAL

Page 201

1          A.    I did not have a discussion with the
2     student about it.
3          Q.    She didn't say, for example, that she was
4     anxious because she wouldn't be able to access social
5     media, as opposed to not being able to get in touch
6     with somebody in case of an emergency?  She didn't
7     say anything like that, right?
8               MR. WALKER:  Object to form.
9               THE WITNESS:  It was clear that the
10          student was having a physical and emotional
11          reaction to her phone being taken away.  And she
12          was screaming, "I want my phone back."  And so
13          it was clear that she was having an episode.
14          She would -- had become completely dysregulated
15          because she didn't have access to her phone
16          anymore.
17     BY MR. REINKE:
18          Q.    Right.  And -- and without access to her
19     phone, she wouldn't be able to use her phone to
20     contact somebody in an emergency, right?
21               MR. WALKER:  Object to form.
22               THE WITNESS:  We have phones in the
23          school, throughout the school, that any student
24          can access if they needed to contact someone, so
25          -- we have phones in the main office; we have

CONFIDENTIAL

Page 202

1          phones in all of our administrator offices.  And

2          so students are able to make contact with family

3          members if they need to use a phone.

4                And that's actually how parents get in

5          contact with their students as well.  They're

6          able to call the main office and get in contact

7          with their students.

8     BY MR. REINKE:

9          Q.   Do you know that she knew that?

10         A.   All of our students know that.

11         Q.   So you know for a fact that she knew that

12    she had access to other phones?

13         A.   Every student knows that they have access

14    to phones in the main office.  That's how we get in

15    contact with their families.  That's how their

16    families contact them.

17         Q.   You never asked her that, though, did you?

18         A.   I did not talk to that student

19    individually.

20         Q.   Okay.  And to be clear, that student never

21    told you that not having access to social media was

22    the reason that she reacted that way, correct?

23              MR. WALKER:  Object to form.

24              THE WITNESS:  It was clear that the

25         student was having an episode --

CONFIDENTIAL

Page 203

1    BY MR. REINKE:

2        Q.    Right.

3        A.    -- based on that phone taken away from

4    her, because she was screaming out:  "Give me my" --

5    curse word -- "phone back."

6        Q.    Right.  I understand what you observed of

7    the student.  But my question was, that student never

8    told you that she was reacting that way because

9    taking her phone away meant that she would not have

10   access to social media?

11            MR. WALKER:  Object to form.

12            THE WITNESS:  Based on my experience as a

13        mental health professional, it was clear that

14        that student had become completely dysregulated,

15        and she was exhibiting signs of extreme

16        distress, and she was having an episode where

17        she was unable to manage her behavior.

18            And it was classic behavior of someone

19        with an addiction.  It was the compulsion, the

20        acting out, the disregard for consequences, and

21        the inability to regulate herself and control

22        herself.

23   BY MR. REINKE:

24        Q.    And my question was, did she ever tell you

25   that she was reacting the way that she was because

CONFIDENTIAL

Page 204

1    when her phone was taken away, she would not have

2    access to social media?

3                  MR. WALKER:  Object to form.

4                  THE WITNESS:  As a mental health

5          professional, I oftentimes have to make

6          assessments of students and the way they're

7          acting, and they're providing us with verbal or

8          nonverbal cues of their behavior; I need to make

9          an assessment.

10                 MR. REINKE:  I'm going to object as

11         nonresponsive.

12   BY MR. REINKE:

13         Q.   My question was, did she tell you that she

14   was reacting in the way that she did because she --

15   when her phone was taken away, she would, no, longer

16   have access to social media?

17                 MR. WALKER:  Object to form.

18                 THE WITNESS:  The student provided

19         nonverbal cues that she was having a mental

20         health episode.

21   BY MR. REINKE:

22         Q.   What's a nonverbal cue that -- strike

23   that.

24                 She didn't say anything verbally to you

25   about the reasons why she was having that episode,

CONFIDENTIAL

Page 205

```
 1   correct?
 2        A.   I did not meet individually with the
 3   student.
 4        Q.   So she did not say anything verbally to
 5   you, because you didn't meet individually with her,
 6   correct?
 7             MR. WALKER:  Object to form.
 8             THE WITNESS:  Her comments were not
 9        directed towards anyone particularly.  She was
10        screaming out at the office.
11   BY MR. REINKE:
12        Q.   Right.  And none of the comments -- she
13   never mentioned social media, correct?
14        A.   She mentioned her phone.
15        Q.   Okay.  But not specifically social media?
16             MR. WALKER:  Object to form.
17             THE WITNESS:  She mentioned her phone.
18   BY MR. REINKE:
19        Q.   But did she specifically mention social
20   media?  Yes or no?
21        A.   She did not mention social media.
22        Q.   Okay.  You also mentioned -- well, other
23   than that incident, have you personally witnessed any
24   other incidents of a student mental health crisis
25   that you believe is related to social media?
```

CONFIDENTIAL

1      A.    I've observed teachers having to redirect

2  students when I went in the classroom to do

3  observations for the human trafficking curriculum,

4  and teachers having to repeatedly redirect their

5  students to get off of their phones while the

6  curriculum was being taught in the classroom, at the

7  schools that I visited.  So those are the direct

8  experiences that I've had.

9      Q.    Okay.  So you haven't witnessed another

10  student having a mental health crisis as a result

11  of -- or due to what you believe is social media?

12      A.    I have not personally witnessed, although

13  my staff have brought concerns to my attention.

14      Q.    Okay.  Do you recall any specific concerns

15  that your staff brought to your attention about that?

16      A.    Staff members have brought concerns around

17  human trafficking issues coming up, and students --

18  or adults having access to students.  And that's

19  created -- caused concern for parents, as well as

20  staff members at school.

21      Q.    Okay.  And -- but would you agree with me

22  that those concerns could arise being online

23  generally?

24            MR. WALKER:  Object to form.

25            THE WITNESS:  So students -- I guess, in

CONFIDENTIAL

Page 207

1          the area of human trafficking, there -- there

2          aren't enough controls where we can ensure that

3          students are in a safe environment, and that

4          adults are not targeting young people in order

5          to exploit them.

6    BY MR. REINKE:

7          Q.    You mentioned human trafficking, right?

8    You believe that that's something that students could

9    experience as a result of being on social media?

10         A.    Can you restate your question?

11         Q.    Yeah.  Do you believe that students could

12   experience human trafficking as a result of being on

13   social media?

14         A.    Students are in contact with adults

15   inappropriately.

16         Q.    Okay.  And social media is one of the ways

17   in which students could get in contact with adults

18   inappropriately?

19         A.    And vice versa, yes.

20         Q.    Right.  But there's other ways in which

21   students could get in contact with adults

22   inappropriately, or adults could get in contact with

23   students inappropriately, correct?

24         A.    Social media provides an easy way for

25   adults to gain access to students.

CONFIDENTIAL

Page 208

1        Q.   But there are other ways in which adults
2   can gain access to students.  You'd agree with that,
3   right?
4        A.   Adults can gain access to students in
5   multiple ways.
6        Q.   Okay.  And that could include like online
7   dating apps, for example?
8        A.   I'm not familiar with students using
9   online dating apps.
10       Q.   Okay.
11       A.   I'm just not familiar with online.
12       Q.   But that is a possible way -- you'd agree
13   that that's a possible way that an adult could get in
14   contact with a student, right?
15            MR. WALKER:  Object to form.
16            THE WITNESS:  I'm not sure of what
17       controls are on online dating apps.  I've never
18       used an online dating app.
19   BY MR. REINKE:
20       Q.   And an adult could get in touch with a
21   student by text messaging?
22       A.   Adult can get in contact with a student
23   via a lot of different methods.
24       Q.   You've testified about anecdotal data of
25   discussions with social workers in the DeKalb County

CONFIDENTIAL

Page 209

```
1    School District and issues they've been dealing with
2    with respect to social media.  Are you aware of any
3    written documentation of this anecdotal data?
4         A.    Not that I can recollect at the moment.
5         Q.    Okay.  You've also testified that you've
6    conducted meetings with social workers where social
7    media has come up, right?  Do you recall that
8    testimony?
9         A.    Yes.
10        Q.    Are these -- do you regularly meet with
11   social workers that work in the social worker
12   department?
13        A.    Not in this current role, no.
14        Q.    Okay.  What -- what meetings are you
15   referring to?
16        A.    So when I was the coordinator --
17        Q.    Okay.
18        A.    -- I had monthly meetings.
19        Q.    Okay.  So this was -- when you testified
20   that you were part of meetings where social media had
21   come up, those were the monthly meetings when you
22   were the coordinator?
23        A.    Yes.
24        Q.    Okay.
25              Okay, if we can go back to the Exhibit 13,
```

CONFIDENTIAL

Page 210

1    which is the document we were previously looking at.

2          A.    Is that --

3          Q.    Yes, that's the one you have in front of

4    you.

5          A.    Okay.

6          Q.    The very last paragraph under "School

7    Social Work Department" says, "Based on both current

8    and historical data, the highest need has been in the

9    areas of:  Attendance concerns, economic need,

10   family-related matters, homelessness, and

11   emotional/mental health support."

12          Did I read that correctly?

13          A.    Yes.

14          Q.    Is that consistent with your recollection

15   of the areas of highest need for the social -- for

16   social workers in the DeKalb County School District

17   as of January 14th, 2022?

18          A.    Yes.

19          Q.    And is that still the areas of highest

20   need for social workers in this -- in the school

21   Social Work Department today?

22          A.    As I indicated, I don't directly supervise

23   them anymore, and so I cannot confirm whether those

24   areas are still the highest-need areas in the

25   department.

CONFIDENTIAL

```
                                              Page 211
 1        Q.   Okay.  If you flip over to the next page,
 2   please.
 3             There is a chart that is labeled with the
 4   heading "School Social Worker to Student Ratio,"
 5   correct?
 6        A.   Yes.
 7        Q.   And then the column on the left says,
 8   "National Association of School" -- excuse me; I read
 9   that wrong.
10             "National Association of Social Workers
11   (NASW) recommended ratio."  Correct?
12        A.   Yes.
13        Q.   Are you familiar with the National
14   Association of Social Workers?
15        A.   Yes.
16        Q.   What is that organization?
17        A.   It's the professional organization for
18   social workers across the country.  And so they have
19   different areas of focus, like social workers that
20   work at hospitals, in prisons, in schools in
21   different areas, and they outline social work ethics
22   in that professional organization, and host
23   conferences.
24        Q.   And are you familiar with the recommended
25   ratio that's set forth in this chart?
```

CONFIDENTIAL

Page 212

1          A.    I've seen that information before.

2          Q.    Okay.  So the National Association of

3     Social Workers recommends that there be 1 social

4     worker for every 250 students.  Correct?

5          A.    Yes.

6          Q.    And the ratio for DeKalb County School

7     District -- as of the time of this memo, which was

8     January 14th, 2022 -- is listed as 1 social worker

9     for ever 2,353 students, correct?

10         A.    Yes.

11              MR. REINKE:  Okay.  We're at a good

12          stopping point.  We've been going about an hour,

13          so let's take a break.

14              VIDEOGRAPHER:  We're going off the record

15          at 3:17.

16              (A recess transpired from 3:17 p.m. until

17              3:46 p.m.)

18              VIDEOGRAPHER:  We're back on the record

19          at 3:46.

20     BY MR. REINKE:

21         Q.    All right, Ms. Revels, as part of your

22     employment at the DeKalb County School District, has

23     your job included -- included applying for grants to

24     try to obtain resources to address student mental

25     health issues?

CONFIDENTIAL

Page 213

1        A.    Yes.

2        Q.    Okay.  And is that part of your job in

3   your current role?

4        A.    We have a grants department, and so I

5   provide assistance to the grants department if they

6   bring a grant to my attention.

7        Q.    Okay.  And you do that in your current

8   role?

9        A.    I do.

10       Q.    As director of Wrap Around Services?

11       A.    Yes.

12       Q.    Did you also do that, provide assistance

13   to the grant department, when you were a coordinator?

14       A.    Yes, I did.

15       Q.    Okay.  So that's something you've done

16   since you began your employment at the District?

17       A.    As a coordinator and as a director.  I

18   don't recall doing that as a lead social worker, when

19   I was initially hired.

20       Q.    Okay.  As you sit here today, can you

21   recall any specific grant application where social

22   media is specifically mentioned as one of the reasons

23   why DeKalb County School District is seeking the

24   funds?

25       A.    No, I cannot recall any specific grants.

CONFIDENTIAL

Page 214

1      Q.   Would you agree with me that as a licensed
2    social worker, your role is not to diagnose a
3    particular condition?
4      A.   Right.  I don't diagnose --
5      Q.   Right.
6      A.   -- in school.
7      Q.   Okay.  So you've never diagnosed any
8    DeKalb County School District student with any mental
9    health condition, correct?
10     A.   I don't diagnose students in school.
11   That's correct.
12     Q.   Okay.  In your current position at DeKalb
13   County School District, do you use social media in
14   your professional capacity?
15     A.   Personally, I do not.  My team members do.
16     Q.   Okay.  How does your team use social
17   media?
18     A.   To increase awareness around -- like if
19   it's Child Abuse Prevention Month, or if there's a
20   Human Trafficking Prevention Month.  Just various --
21   like topics or meetings to increase awareness.
22     Q.   Do you know what social media platforms
23   your team uses for that purpose?
24     A.   I believe they use Instagram and Facebook.
25     Q.   Do you know if they use any other social

CONFIDENTIAL

Page 215

1    media platforms for that purpose?

2         A.   I'm not sure if they do, but those are the

3    two that I'm familiar with that I know that they use.

4         Q.   Okay.  In your prior position, when you

5    were coordinator of social work services for DeKalb

6    County School District, did you use social media in

7    your professional capacity?

8         A.   I did.  Yes, I did.

9         Q.   And how did -- do you recall what

10   platforms you used when you were in that position?

11        A.   I believe I would post on Facebook, and

12   then it may automatically post on Instagram -- I'm

13   not 100 percent sure, but I know those platforms are

14   used.

15        Q.   Okay.  So you recall posting specifically

16   on Facebook in your professional capacity as

17   coordinator of social work services?

18        A.   I believe it was either Facebook or

19   Instagram, because I think they both communicate with

20   one another.

21        Q.   Okay.  And for what purpose did you use

22   Facebook and Instagram when you were coordinator of

23   social work services for the DeKalb County School

24   District?

25        A.   To promote the good work that the social

CONFIDENTIAL

Page 216

1    workers were doing.

2         Q.   Can you recall any specific examples of

3    good work that you promoted on social media?

4         A.   Possibly around Social Work Month, which

5    is in March every year.  So I may have posted about

6    that.  I'm not 100 percent sure, but that would be a

7    typical time when we would highlight some of the

8    work.

9         Q.   Okay.  And do you recall any specific

10   posts that you made on social media?

11        A.   I don't.  I haven't -- I haven't posted

12   since I was in the position.

13        Q.   In your role as lead of social work

14   services, did you use social media in your

15   professional capacity?

16        A.   That was some time ago.  I may have.  But

17   I can't specifically recall what I would have posted.

18        Q.   Okay.  Do you recall if there were any

19   specific platforms that you used in that role?

20        A.   It would have been the same platform.

21   Either Facebook or Instagram.

22        Q.   All right.  Ms. Revels, thank you for your

23   time today.  I don't have any further questions for

24   you at this time, but I will . . .

25             MR. REINKE:  I guess we should see if any

CONFIDENTIAL

Page 217

1          of my co-defendant's counsel have questions for
2          you, on Zoom or in person.
3                    MS. STRUEBY:  I don't have anything.
4                    MR. REINKE:  Does anybody on Zoom have --
5                    MS. SPRAGUE:  Nothing for Snap.
6                    MR. REINKE:  Thanks.
7                    MS. SPRAGUE:  Thanks.
8                    MR. REINKE:  Okay.
9                    MR. WALKER:  Can we take another quick
10         break?  And then I'll have some questions.
11                   MR. REINKE:  Sure.
12                   VIDEOGRAPHER:  We are going off the record
13         at 3:52.
14                   (A recess transpired from 3:52 p.m. until
15                   4:03 p.m.)
16                   VIDEOGRAPHER:  We're back on the record
17         at 4:03.
18                   MR. REINKE:  And while we were off the
19         record, we agreed that an objection on behalf of
20         one Defendant will count as an objection for
21         all.
22                   MR. WALKER:  Agreed.
23                         EXAMINATION
24    BY MR. WALKER:
25         Q.   All right, Ms. Revels, thank you for your

CONFIDENTIAL

Page 218

```
 1   patience today.  I've got just a few questions for
 2   you.
 3            Do you recall discussing the
 4   student-to-social-worker ratio in DeKalb County
 5   School District?
 6        A.   Yes, I do.
 7        Q.   And do you recall testifying today that
 8   DeKalb wants to increase the number of social workers
 9   so it can provide more services to students?
10            MR. REINKE:  Object to the form.
11            THE WITNESS:  Yes.
12   BY MR. WALKER:
13        Q.   Why does DeKalb want to increase the
14   number of social workers?
15        A.   We would like to have at least one social
16   worker assigned to every school, in order to deal
17   with our mental health concerns that we've been
18   seeing in schools and our -- our observing the
19   pervasive issue that social media has been causing
20   among students in schools.  And the increased
21   distractions in class that are caused by social media
22   has warranted that we increase services to deal with
23   the stressors that cause the addiction of the
24   students scrolling on social media, in addition to
25   other concerns that students have presented with.
```

CONFIDENTIAL

Page 219

1          Q.    Based on your knowledge, does DeKalb have

2     the funds to hire these additional social workers?

3               MR. REINKE:  Object to form.

4               THE WITNESS:  We do not.

5     BY MR. WALKER:

6          Q.    Do you recall providing testimony about

7     the Infinite Campus reporting system?

8          A.    Yes.

9          Q.    Is every instance of a teacher or a social

10    worker or another DeKalb staff member dealing with a

11    student's use of social media in class documented in

12    Infinite Campus?

13              MR. REINKE:  Form.

14              THE WITNESS:  That would be impossible for

15         us to do, because the issue is so pervasive that

16         if we had staff members stop to document every

17         single time they had to redirect a student to

18         put away and stop scrolling social media

19         platforms, it would take away from instruction,

20         and that's all we would spend our whole day

21         doing, would be documenting having to redirect

22         students about putting away their devices and

23         getting off of social media platforms.

24              MR. WALKER:  Thank you, Mrs. Revels.  I

25         don't have any other questions.

CONFIDENTIAL

```
                                          Page 220

 1              MR. REINKE:  No questions from Defendants.

 2      Thanks.

 3              VIDEOGRAPHER:  This concludes the

 4      video-recorded deposition of Denise Revels on

 5      April 18th, 2025.

 6              And we're going to go off the video record

 7      at 4:05 p.m.

 8              (Discussion off the record.)

 9              VIDEOGRAPHER:  We're back on the record

10      at 4:07.  And I erroneously omitted the total

11      times on the record.

12              Mr. Reinke was on the record for 4 hours

13      and 42 minutes, and Mr. Walker was on the record

14      for 2 minutes total.

15              Now we're going off the record at 4:07,

16      for the conclusion of the deposition of Denise

17      Revels on April 18th, 2025.

18              (Time Noted:  4:07 p.m.)

19

20

21

22

23

24

25
```