**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTES**</u>

| **Date:** January 26, 2025 | **Time:** 5 hours 45 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 22-md-03047-YGR 23-cv-01467-YGR 23-cv-01804-YGR 23-cv-03065-YGR 23-cv-04659-YGR 23-cv-05448-YGR 24-cv-01382-YGR 25-cv-02310-YGR | **Case Name:** In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Will Harris, II (Co-Lead Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liaison Counsel)

**Deputy Clerk:** Edwin Angelo A. Cuenco       **Court Reporter:** Stephen Franklin; via Zoom

**PROCEEDINGS**

Motion for Summary Judgment – Held via Zoom
Further Case Management Conference – Held via Zoom

The Court heard arguments on the disentanglement arguments, specific causation, market share liability, failure to warn claim, past damages, abatement and future damages, statute of limitations, and case management issues re pretrial dates and motions to seal. The arguments are taken into submission.

Parties are ordered to meet and confer and file a list of documents that should remain sealed.

The following pretrial deadlines are set:
Joint filing of list of documents that need to remain sealed due by February 9, 2026.
Filing of School District Jury Instructions due by January 28, 2026.
State AG Case Reply due by January 30, 2026.
Further Case Management Conference set on February 11, 2026, at 9:00 a.m.
Further Case Management Conference set on March 18, 2026, at 9:00 a.m.

Written order to issue.